UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDY GIL and RAFAEL HERNANDEZ, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>PIZZAROTTI, LLC., ATLANTIC CONTRACTING OF YONKERS, INC., JOEL ACEVEDO, IGNAZIO CAMPOCCIA, GIACOMO DI'NOLA a/k/a GIACOMO DI NOLA, JOHN DOE CORPORATIONS 1-10, and RICHARD ROES 1-10,<br><br>Defendants. | 1:19-cv-03497-MKV<br><br>ORDER<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 3/16/2020 |

MARY KAY VYSKOCIL, United States District Judge:

In response to the spread of COVID-19 (coronavirus), the President of the United States has declared a national emergency, the Governor of New York has banned large gatherings, and the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus. *In re Coronavirus/COVID-19 Pandemic* [M10-468, 20MISC00155]. Accordingly:

It is hereby ORDERED that the Post-Discovery Conference scheduled to take place on Thursday, March 19, 2020 is adjourned to May 5, 2020 at 11:00AM. No later than April 28, 2020, the parties should file (i) a joint status letter of no more than 3 pages, and (ii) any pre-motion letters in accordance with the Court's Individual Rules of Practice in Civil Cases, available at https://nysd.uscourts.gov/hon-mary-kay-vyskocil.

**SO ORDERED.**

Date: **March 16, 2020**    _____
      **New York, NY**    **MARY KAY VYSKOCIL**
                          **United States District Judge**