UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDY GIL, and RAFAEL HERNANDEZ, on behalf of themselves and all other similarly situated,<br><br>    *Plaintiffs*,<br>  v.<br><br>PIZZAROTTI, LLC., ATLANTIC CONTRACTING OF YONKERS, INC., JOEL ACEVEDO, IGNAZIO CAMPOCCIA, GIACOMO DI'NOLA a/k/a GIACOMO DI NOLA, JOHN DOE CORPORATIONS 1-10, and RICHARD ROES 1-10,<br><br> *Defendants*. | Civil Action No. 1:19-cv-03497-MKV |

## NOTICE OF MOTION FOR DEFAULT JUDGMENT

PLEASE TAKE NOTICE that upon the Complaint, the First Amended Complaint, and the supporting Declaration of David Harrison, Esq., as well as the exhibits attached thereto, including the annexed Clerk's Certificates of Default, Plaintiffs ANDY GIL, and RAFAEL HERNANDEZ, on behalf of themselves and all other similarly situated ("Plaintiffs"), hereby move this Court and respectfully request that the Court issue an Order entering default judgment, as to liability, in their favor, and against Defendants ATLANTIC CONTRACTING OF YONKERS, INC. and JOEL ACEVEDO, jointly and severally, pursuant to Rule 55 of the Federal Rules of Civil Procedure, and Rules 55.1 and 55.2 of the Local Civil Rules for the Southern District of New York, for failure to answer or otherwise respond to Plaintiffs' claims in this proceeding, and granting such other, further or different relief as the Court deems just and proper.

DATED:	July 2, 2020	HARRISON, HARRISON & ASSOCIATES

	_____/s David Harrison_____

	David Harrison (DH3413)
	110 State Highway 35, 2nd Floor
	Red Bank, NJ 07701
	Phone:   888-239-4410
	Facsimile: 718-799-9171
	dharrison@nynjemploymentlaw.com
	*Attorneys for Plaintiff*


To:

Atlantic Contracting of Yonkers, Inc.
373 South Broadway, #4B
Yonkers, New York 10705

Joel Acevedo
373 South Broadway, #4B
Yonkers, New York 10705