UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDY GIL, and RAFAEL HERNANDEZ, on behalf of themselves and all other similarly situated;<br><br>*Plaintiffs*,<br><br>-against-<br><br>PIZZAROTTI, LLC; ATLANTIC CONTRACTING OF YONKERS, INC.; JOEL ACEVEDO; IGNAZIO CAMPOCCIA; GIACOMO DI'NOLA a/k/a GIACOMO DI NOLA; JOHN DOE CORPORATIONS 1-10 and RICHARD ROES 1-10;<br><br>*Defendants*. | Case No. 19-CV-03497 (MKV)<br><br>DECLARATION OF JOHN HO |

## DECLARATION OF JOHN HO

I, John Ho, make the following declaration in accordance with 28 U.S.C. §1746, and declare under penalty of perjury that the following is true and correct.

1. I am an adult individual and a member of the bar of the Court.

2. I am counsel of record for Pizzarotti LLC, ("PZ") Ignazio Campoccia and Giacomo Di'Nola (collectively "PZ Defendants") in the above-captioned matter.

3. Exhibit A is a true and accurate copy of the contract between PZ and Atlantic Contracting of Yonkers produced by PZ Defendants in this action.

4. Exhibit B is the transcript of the January 9, 2020 deposition of Andy Gil in this matter.

5. Exhibit C transcript of the January 9, 2020 deposition of Caesar Colchao in this matter.

6.        Exhibit D is the transcript of the January 29, 2020 deposition of Rafael Hernandez in this matter.

7.        Exhibit E is the transcript of the February 20, 2020 deposition of Hector Miranda in this matter.

8.        Exhibit F is the transcript of the October 30, 2019 deposition of Giacomo Di'Nola in this matter.

9.        Exhibit G is a true and accurate copy of an email between Joel Acevedo and Ignazio Campoccia produced by PZ Defendants in this action.

10.        I declare under penalty of perjury that the following is true and correct based upon my personal knowledge.

Executed in New York, New York on September 9, 2021

                                                s/ *John Ho*
                                                John Ho