USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDY GIL and RAFAEL HERNANDEZ, on behalf of themselves and all other similarly situated,

                Plaintiffs,

-against-

PIZZAROTTI, LLC., ATLANTIC CONTRACTING OF YONKERS, INC., JOEL ACEVEDO, IGNAZIO CAMPOCCIA, GIACOMO DI'NOLA a/k/a GIACOMO DI NOLA, JOHN DOE CORPORATIONS 1-10, and RICHARD ROES 1-10,

                Defendants,

---

1:19-cv-03497-MKV

ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

    Because of a conflict in the Court's calendar, the pretrial conference scheduled for May 17, 2022 at 10:30 AM is ADJOURNED to May 17, 2022 at 11:00 AM.

**SO ORDERED.**

Date: April 4, 2022
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**