```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDY GIL and RAFAEL HERNANDEZ, on behalf of themselves and all other similarly situated,

Plaintiffs,

-against-

PIZZAROTTI, LLC., ATLANTIC CONTRACTING OF YONKERS, INC., JOEL ACEVEDO, IGNAZIO CAMPOCCIA, GIACOMO DI'NOLA a/k/a GIACOMO DI NOLA, JOHN DOE CORPORATIONS 1-10, and RICHARD ROES 1-10,

Defendants.

1:19-cv-03497-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On October 10, 2022, Plaintiffs and Defendants Pizzarotti, LLC, Ignazio Campoccia, and Giacomo Di'Nola entered a Proposed Order consenting to have a United States Magistrate Judge conduct all proceedings in this case. [ECF No. 183.] The Court endorsed that Order on October 12, 2022. [ECF No. 184.]

The defaulting Defendants, Atlantic Contracting Of Yonkers, Inc. and Joel Acevedo, however, have not appeared and have not consented to the authority of a Magistrate Judge. Plaintiffs should therefore advise by noon on Friday, October 14, 2022, how they intend to proceed as to the defaulting Defendants.

**SO ORDERED.**

Date: October 12, 2022
New York, NY

_____
MARY KAY VYSKOCIL
United States District Judge