USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDY GIL and RAFAEL HERNANDEZ, on behalf of
themselves and all other similarly situated,

Plaintiffs,

-against-

PIZZAROTTI, LLC., ATLANTIC CONTRACTING OF
YONKERS, INC., JOEL ACEVEDO, IGNAZIO
CAMPOCCIA, GIACOMO DI'NOLA a/k/a GIACOMO DI
NOLA, JOHN DOE CORPORATIONS 1-10, and RICHARD
ROES 1-10,

Defendants.

---

1:19-cv-03497-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from the parties requesting that they "be permitted to inform the Court of their decision with regard to proceeding against the Atlantic Defendants two weeks after the final approval of the Settlement Agreement between Plaintiffs and the Pizzarotti Defendants." [ECF No. 186.]

The parties are hereby ORDERED to file a joint status letter in 30 days informing the Court how Plaintiffs intend to proceed as to the defaulting Defendants, Atlantic Contracting Of Yonkers, Inc. and Joel Acevedo, as those defendants have not appeared and therefore have not consented to the authority of a Magistrate Judge.

It is further ORDERED that the Status Conference scheduled for October 18, 2022, at 1:00 PM is adjourned *sine die*.

**SO ORDERED.**

Date:  **October 14, 2022**
        **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**