# Harrison, Harrison & Associates, Ltd.

90 BROAD STREET, 2nd Floor
NEW YORK, NY, 10004
DIRECT DIAL (888) 239-4410
FAX (718) 799-9171
dharrison@nynjemploymentlaw.com

Address all mail to:
110 Highway 35, 2nd floor
Red Bank, NJ 07701

November 17, 2022

**VIA ECF**

The Honorable Sarah Netburn
United States Magistrate Judge
Unites States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:     *Gil* **et al.** *v. Pizzarotti, LLC* **et al.**, Case No. 19-cv-03497 (MKV)(SN)

Dear Judge Netburn:

      Our firm represents Plaintiffs Andy Gil, Raphael Hernandez, and all forty other plaintiffs who opted into this action (collectively "Plaintiffs") in the above referenced matter.  Together with counsel for Defendants Pizzarotti, LLC, Ignazio Campoccia, and Giacomo Di'Nola (collectively, the "Pizzarotti Defendants", and together with Plaintiffs, the "Parties"), we submit this joint letter-motion for approval of the Parties' settlement agreement[1] (the "Agreement"), Exhibit 1.[2]  For the reasons set forth below, the Court should approve the Agreement, dismiss Plaintiffs' claims against the Pizzarotti Defendants with prejudice, and retain jurisdiction over the enforcement of the Agreement.

## I.        FACTUAL AND PROCEDURAL HISTORY

      As detailed more completely in the Complaint (ECF No. 160, Second Amended Complaint.), Plaintiffs are all hourly construction workers who were hired by Atlantic Contracting of Yonkers, Inc. ("Atlantic") to work on Pizzarotti, LLC's ("Pizzarotti) Jardim project during 2018 and 2019.  Plaintiffs allege that they generally worked between fifty (50) and seventy (70) hours each workweek, but—in violation of the Fair Labor Standards Act ("FLSA")

---

[1] The Agreement is signed by all parties except for the individual Defendant Giacomo Di'Nola. Inasmuch as Mr. Di'Nola is no longer employed by Pizzarotti, LLC, it has taken longer than expected to obtain his signature.  Pizzarotti, LLC fully expects him to sign the Agreement shortly.

[2] Exhibits to this letter-motion are referred to by their corresponding exhibit number. Exhibits to the Parties' Agreement are referred to by their corresponding exhibit letter (*e.g.*, Exhibit A to the Parties' Agreement is referred to in this letter-motion as Ex. A.).

and the New York Labor Law ("NYLL")—it is undisputed that Atlantic never paid them overtime for the hours over forty in a workweek that they worked. Atlantic also sometimes did not pay Plaintiffs for all of the hours that they worked. In addition, Atlantic violated the notice provisions of the NYLL by not providing Plaintiffs with any written notices of their wage rates as required by section 195(1) of the NYLL and not providing Plaintiffs with any wage statements showing how their pay was calculated as required by section 195(3) of the NYLL. Named Plaintiffs Andy Gil and Rafael Hernandez filed this action, bringing claims under the FLSA for unpaid overtime wages and under the NYLL for unpaid wages, unpaid overtime, and for penalties for notice violations, on April 19, 2019 (ECF No. 1). Plaintiffs allege that the Pizzarotti Defendants were, at all relevant times, joint employers of Plaintiffs and thus they are jointly liable for the violations outlined above. The Pizzarotti Defendants assert that they were not joint employers and that, at all relevant times, Plaintiffs were independent contractors with respect to the work on the Jardim project.

## **Procedural History**

Named Plaintiffs brought this case, as a class and collective action, against Atlantic and Atlantic's CEO and owner Joel Acevedo (collectively the "Atlantic Defendants") and also against Pizzarotti and Pizzarotti's supervisors – Ignazio Campoccia and Giacomo Di'Nola (collectively the "Pizzarotti Defendants"). The Atlantic Defendants never appeared. On September 15, 2020, Judge Vyskocil granted default judgments as to liability against the Atlantic Defendants to Plaintiffs and to the Pizzarotti Defendants on their crossclaims. (ECF Nos. 114, 115.) This settlement, and the Agreement, only includes and resolves Plaintiffs' claims against the Pizzarotti Defendants, not the Atlantic Defendants.

The Pizzarotti Defendants have not disputed that Plaintiffs were not paid in accordance with the requirements of the FLSA and the NYLL. Instead they dispute whether they were Plaintiffs' employers. After engaging in discovery – on July 16, 2020 – the Pizzarotti Defendants filed a motion for summary judgment. (ECF No. 87.) The Pizzarotti Defendants argued that the Atlantic Defendants were Plaintiffs' employers and that the Pizzarotti Defendants did not have liability because they were not employers. (ECF Nos. 88, 106.) On March 29, 2021, Judge Vyskocil denied the Pizzarotti Defendants' motion, finding that "[c]onsidering the four formal control factors, the [Pizzarotti] Defendants have failed to meet their burden to prevail on summary judgment." (ECF No. 119, at 26.) After Judge Vyskocil's denial of summary judgment, the Plaintiffs and Pizzarotti Defendants attempted to settle the case individually for Andy Gil and Rafael Hernandez who had initiated the case and an additional thirty-eight (38) opt-in plaintiffs through a settlement conference before the Court on June 28, 2021. Unfortunately, the Parties remained very far apart and the settlement conference was unsuccessful.

Following the settlement conference, on August 19, 2021, Plaintiffs moved for certification of a collective on their FLSA claims and a Rule 23 class on their NYLL claims. On March 31, 2022, Judge Vyskocil granted FLSA collective certification, denied Rule 23 NYLL class certification, and ordered the parties to prepare for a bench trial. In order to preserve the NYLL claims of the forty (40) individuals who had opted in to the case by that time, Plaintiffs amended their Complaint on April 28, 2022, to include all forty-two plaintiffs, with the consent

of the Pizzarotti Defendants.  (ECF No. 160.)  Thereafter, the Parties filed their initial joint pretrial submissions and jointly requested that the trial be bifurcated to include a liability trial and a separate damages trial.  Judge Vyskocil granted the Parties' request.

Prior to scheduling a bench trial on liability, the parties agreed to make one final attempt to reach settlement before the Court set a trial date and, after obtaining Court approval, two full-day mediation sessions were scheduled before Dina Jansenson, a JAMS mediator and arbitrator with decades of experience including mediation of wage and hour cases.

The Parties successfully reached a settlement in principle following a two-day, almost nineteen-hour, mediation on September 19-20, 2022.  The settlement terms have now been finalized and are contained in the Parties' Agreement, which they present to the Court for review and approval pursuant to *Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199 (2d Cir. 2015).  Subsequent to the mediation, the Plaintiffs and the Pizzarotti Defendants filed a notice of consent to Your Honor's jurisdiction for all matters.  (ECF No. 183.)  Judge Vyskocil has retained jurisdiction over Plaintiffs' claims and the Pizzarotti Defendants' crossclaims against the Atlantic Defendants.  (ECF No. 185.)

## II.    THE SETTLEMENT IS FAIR AND REASONABLE

*Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199 (2d Cir. 2015), provides that settlement agreements settling FLSA claims with prejudice require the approval of a United States District Court or the Department of Labor.  *Id.* at 200.  In considering the fairness of a proposed settlement, "[t]ypically, courts regard the adversarial nature of a litigated FLSA case to be an adequate indicator of the fairness of the settlement."  *Siler v. Landry's Seafood House - N. Carolina, Inc.*, No. 13-CV-587 RLE, 2014 WL 2945796, at *7 (S.D.N.Y. June 30, 2014) (citation omitted).  Where "the proposed FLSA settlement reflects reasonable compromise over contested issues, it should be approved."  *Flores v. Mamma Lombardi's of Holbrook, Inc.*, 104 F. Supp. 3d 290, 305 (E.D.N.Y. 2015) (quoting *Siler*, 2014 WL 2945796 at *7).  Courts in the Second Circuit consider the totality of the circumstances, including the following factors, when determining whether a proposed settlement is fair and reasonable:

> (1) the plaintiff's range of possible recovery; (2) the extent to which the settlement will enable the parties to avoid anticipated burdens and expenses in establishing their respective claims and defenses; (3) the seriousness of the litigation risks faced by the parties; (4) whether the settlement agreement is the product of arm's-length bargaining between experienced counsel; and (5) the possibility of fraud or collusion.

*Wolinsky v. Scholastic Inc*., 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (quotations omitted).  The Parties believe the settlement here is fair and reasonable under these factors.  As recounted above, the Parties' Agreement is the result of extensive negotiations during almost nineteen hours over two days of mediation with an experienced JAMS neutral after more than three and one half years of fiercely contested litigation.

### A.  The Parties' Agreement is Fair and Avoids Serious Litigation Risks

The Parties' Agreement resolves bona fide disputes over sharply contested issues, represents a substantial recovery for Plaintiffs in light of their potential recovery range and the serious risks they face in a continued litigation, and enables the Parties to avoid considerable expenses that would be incurred were this matter to proceed to trial and through appeals.

As noted above in the discussion of the Pizzarotti Defendants' motion for summary judgment, a central disputed issue in this Action has been the question of whether the Pizzarotti Defendants were Plaintiffs' employers for purposes of the FLSA and the NYLL. The Pizzarotti Defendants have maintained throughout this litigation and all negotiations that they were not Plaintiffs' employers, contending that Plaintiffs were instead employed by The Atlantic Defendants. In support of their position, the Pizzarotti Defendants produced subcontractor agreements and payments from Pizzarotti to the Atlantic Defendants, and have contended that the Pizzarotti Defendants did not direct Plaintiffs' work or maintain Plaintiffs' payroll, timesheets, and personnel records. Plaintiffs have countered the Pizzarotti Defendants arguments by reference to, *inter alia*, timesheets signed by Pizzarotti supervisors, text and email messages between Plaintiffs and Pizzarotti supervisors, and testimony from Plaintiffs with respect to their employment by the Pizzarotti Defendants. If litigation were to continue, Plaintiffs continue to face significant risks at trial in regard to their ability to establish that the Pizzarotti Defendants were their employers for purposes of the FLSA and NYLL.

If the litigation was not resolved and Plaintiffs ultimately failed to establish that the Pizzarotti Defendants were their employers, they risked a <u>total</u> loss of recovery from the Pizzarotti Defendants at trial. The ability to secure any monetary recovery from the alleged subcontractor organizations—which were named and served in this Action but did not appear—is problematic. Plaintiffs' counsel has been unable to uncover information regarding these companies' assets, their continued operations, and their shareholders. Accordingly, the Parties' Agreement allows Plaintiffs to avoid this serious risk presented by continued litigation.

Moreover, the Pizzarotti Defendants' status as Plaintiffs' employers is not the only disputed issue in this case. In the absence of payroll records, Plaintiffs' counsel calculated Plaintiffs' damages based largely on Plaintiffs' recollections of the length of their employment, hours worked, and pay rate. The Pizzarotti Defendants have argued that Plaintiffs have exaggerated the time period that they worked, contending that despite the testimony of Plaintiffs that they began their employment at the Pizzarotti worksite in March 2018, no Plaintiffs were employed at the worksite until the beginning of July 2018 and that therefore Plaintiffs' damages calculations are highly inflated. Were this litigation to continue, Plaintiffs' ability to establish hours and time periods worked will rest, in large part, on their testimony, the credibility of which must be determined by a finder-of-fact. An adverse determination on the issue of hours and time period worked would substantially reduce Plaintiffs' range of recovery, as a considerable portion of the damages in the matter are attributable to the alleged non-payment of overtime premiums for hours for which there are no time-sheets.

In light of these disputes and continued litigation risks, the Parties' Agreement is fair and reasonable and represents a substantial recovery for Plaintiffs. Under the Agreement, the Pizzarotti Defendants will pay the total sum of $460,000.00 to resolve this Action without any admission of liability, with payment being due on or before January 20, 2023. (Ex. 1 at § 1(c).) After deduction

of service awards to four plaintiffs who contributed significantly to the litigation, attorneys' fees, and costs, Plaintiffs will receive $259,125.33, an amount equal to 88 percent of Plaintiffs' estimate of their unpaid overtime under the FLSA or 73.6 percent of Plaintiffs' unpaid overtime and unpaid hours under the NYLL, as calculated by Plaintiffs' counsel, based on Plaintiffs' disputed recollections of hours worked and period of employment. The smallest recovery by any individual Plaintiff is $2,969.75, and the largest recovery by any Plaintiff is $9,976.74. (*See* Ex. 1, Ex. A – *Pro rata* settlement amounts.) For the reasons discussed above, Plaintiffs recovery under the Agreement represents a significant degree of success obtained in light of the serious litigation risks presented in this case.

Consideration of the expenses avoided as a result of the Agreement further confirms its reasonableness. If litigation were to continue, the Parties would next proceed to bifurcated trial addressing the main factual dispute at issue—the Pizzarotti Defendants' status as employers – after which, in the event of a finding for Plaintiffs, a damages trial would ensue. In light of the forty-two (42) Plaintiffs and the fact-intensive nature of the disputes, trial would be lengthy, complex, and necessitate enormous time and financial resources for the Parties and the Court. Furthermore, even in the event that Plaintiffs were victorious, the Pizzarotti Defendants have already announced that any loss(es) at trial would be followed by potential appeals. Proceeding with the litigation would consume significant amounts of time and resources, potentially including resources that the Pizzarotti Defendants have agreed to put towards the resolution of this Action through the Parties' Agreement.

In light of all of the foregoing, following extensive arms-length negotiations at a two-day nineteen-hour mediation with a neutral and experienced mediator, the Parties agreed to the settlement embodied in the Agreement. The Agreement's terms are consistent with *Cheeks*. For example, the release in the Agreement is limited to Plaintiffs' wage-and-hour claims (Ex. 1 at § 3(b) & Ex. B) and there are no confidentiality or non-disparagement provisions. To protect Plaintiffs against a potential default, the Parties jointly request that the Court retain jurisdiction over this matter for purposes of enforcing the terms of the Agreement, thereby helping to guarantee that the payments under the Agreement are made. (*Id.* § 2(c).) Accordingly, for all of the reasons discussed, the Parties believe that the terms of their Agreement are fair and reasonable and comply with all requirements under *Cheeks* and its progeny.

## B. The Allocation of Attorneys' Fees and Costs is Reasonable

Harrison, Harrison & Associates, Ltd. ("Plaintiffs' Counsel" or "Counsel") has used their considerable expertise and experience in litigating wage-and-hour cases to provide a satisfactory result for Plaintiffs. In accordance with the retainer agreements that the Named Plaintiffs, Andy Gil and Rafael Hernandez, signed with Plaintiffs' Counsel, Counsel's attorneys' fees of $148,943.29 is equal to 33.17 % of the total settlement after reimbursement of $10,931.38 in costs incurred by Plaintiffs' Counsel in prosecuting this matter.[3] (*See* Ex. 3.).[4] Costs incurred by

---

[3] Plaintiffs' retainer agreement is based on a contingency fee of one third of any recovery after the deduction of expenses.

[4] A copy of Plaintiffs' retainer agreement signed by the Named Plaintiffs is attached as Exhibit 2.

Plaintiffs' Counsel are: (1) the $402.00 filing fee, (2) $665.00 in process server fees, (3) $1,120.20 in interpretation and translation fees; (4) $2,583.00 in Westlaw legal research expenses; (5) $1,690.70 in court reporter fees; (6) $172.00 in printing costs; (7) $49.98 in travel expenses; (8) $15.70 in postage; and (9) $4,233.17 in JAMS mediation fees.  Notably, Plaintiffs' counsel has absorbed, and is not seeking reimbursement for, thousands of dollars in Spanish interpretation and translation fees.

The contingency fee Plaintiffs agreed to in their retainer agreements should be approved. *In re Lawrence*, 24 N.Y. 3d 320, 339 (2014) ("Absent incompetence, deception or overreaching, contingent fee agreements that are not void at the time of inception should be enforced as written.").  "A contingency fee award is presumptively valid where 'the proposed fee amount is exactly one-third of the net settlement amount[.]'" *Angamarca v. Hud-Moe LLC*, No. 18-CV-1334 (RA), 2018 WL 6618412, at *1 (S.D.N.Y. Dec. 17, 2018) (quoting *Yunjian Lin v. Grand Sichuan 74 St Inc.*, No. 15-CV-2950 (RA), 2018 WL 3222519, at *5 (S.D.N.Y. July 2, 2018). Furthermore, "courts in this Circuit have routinely found an award representing one third of the settlement amount to be reasonable." *Yong Yuan Wang v. Mandarin Glen Cove, Inc.*, No. 18-CV-03266 (DLI) (CLP), 2019 WL 5695910, at *2 (E.D.N.Y. Sept. 30, 2019) (citing *Romero v. Westbury Jeep Chrysler Dodge, Inc.*, No. 15-cv-4145 (ADS) (SIL), 2016 WL 1369389, at *2 (E.D.N.Y. Apr. 6, 2016)); *see also Montalvo v. Arkar Inc.*, No. 17-CV-6693 (AJN), 2018 WL 2186415, at *2 (S.D.N.Y. May 10, 2018) ("Courts routinely award 33.3% of a settlement fund as a reasonable fee in FLSA cases.") (citation omitted).

Plaintiffs' attorneys, David Harrison and Julie Salwen of Harrison, Harrison & Associates ("HHA"), are both experienced employment attorneys who have successfully represented employees – including employees with Class and Collective claims in wage and hour actions – for many years.

David Harrison received his law degree from Benjamin N. Cardozo School of Law in 2004 and has been the Managing Partner at Harrison, Harrison & Associates ("HHA"), a law firm dealing almost exclusively with employee rights, ever since it was founded almost twelve years ago.  During this period, Mr. Harrison has served as plaintiffs'-side counsel in hundreds of plaintiff's-side employment litigation matters, including numerous wage and hour individual, multi-plaintiff, collective and class actions - in various New York State Courts and administrative agencies, and in Federal Courts including the Southern and Eastern Districts of New York, the District of New Jersey, the Northern District of Illinois (admitted *pro hac vice*), the District of Connecticut (admitted *pro hac vice*), and the Central District of California (admitted *pro hac vice*).  Mr. Harrison has also been appointed as co-lead counsel on numerous wage and hour cases that have been certified as collective and/or class actions.  Mr. Harrison is licensed to practice law before all of the courts of the States of New York, New Jersey, and Florida, as well as the Southern and Eastern Districts of New York, the District of New Jersey, the Second Circuit Court of Appeals, the Third Circuit Court of Appeals, and the United States Supreme Court.

Julie Salwen is a 2008 graduate of Fordham University School of Law School and is licensed to practice law before all of the courts of the States of New York and New Jersey, as well as the Southern and Eastern Districts of New York, the District of New Jersey, and the

Second Circuit Court of Appeals. Ms. Salwen has worked for HHA since October 2013. Throughout her time at HHA, Ms. Salwen has devoted 100% of her time to working on plaintiff-side employment litigation matters, including numerous wage and hour individual, multi-plaintiff, collective and class actions and has also been appointed as co-lead counsel on several cases that have been certified as collective and/or class actions. Ms. Salwen has served on the Amicus Committee of NELA-NY and has authored several appellate briefs in support of NELA/NY and employee rights' issues.

Mr. Harrison, Ms. Salwen and HHA have been appointed class/collective counsel or counsel for representative plaintiffs in numerous FLSA wage and hour collective/class actions over the past decade. *See e.g. Ahmed Hegazy et. al. v. The Halal Guys, Inc. et. al.*, No. 22-CV-1880 (LGS) (S.D.N.Y. Sept. 2, 2022) (conditionally certifying FLSA collective and appointing HHA counsel for the FLSA collective in a FLSA/NYLL case involving almost three hundred food-cart and restaurant workers); *Malik Payano et. al. v. Burberry Limited*, 15-CV-10178 (SN) (S.D.N.Y. Nov. 16, 2017) (granting final approval of $2.54 million FLSA collective and class action settlement); *Perez v. Isabella Geriatric Ctr., Inc.*, No. 13-CV-7453 (RA), 2016 WL 5719802, at *3 (S.D.N.Y. Sept. 30, 2016) (appointing Mr. Harrison and Ms. Salwen Class Counsel in a FLSA/NYLL case involving approximately 950 certified nursing assistants); *Poonam Sharma et. al. v. Burberry Limited*, 12-CV-06356 (LDW)(AKT) (E.D.N.Y. August 12, 2015) (appointing HHA and David Harrison Class Counsel and granting final approval of $1.45 million FLSA collective and class action settlement); *Luis P. Taipe et. al. v. MC&O Contracting, Inc. et. al.,* No. 12-cv-4479 (JMA) (E.D.N.Y. June 18, 2015) (appointing HHA and David Harrison Class Counsel and granting preliminary approval of class action settlement involving 770 construction workers); *Dimitra Verikios et. al. v. Taina Corp., et. al.*, No. 12-cv-2592(MAS)(TJB) (D.N.J. March 17, 2015) (granting final approval of class action settlement involving 412 class members).

In this case, the one third contingency fee that Plaintiffs and Counsel agreed to in the retainer agreement represents only 51.69 percent of Counsel's lodestar of $288,172.50. (*See* Ex. 4.) Counsel's fees are more than reasonable and should be approved.

### C. The Service Awards Are Fair and Reasonable

The Agreement includes service awards totaling $41,000.00 to four of the Plaintiffs who expended time and energy on the litigation to move the litigation forward. The four Plaintiffs designated to receive service awards are Andy Gil and Rafael Hernandez, Hector A. Miranda, and Cesar Colchao.

Andy Gil initiated this litigation along with Rafael Hernandez more than three and one half years ago. Without the willingness of Mr. Gil and Mr. Hernandez to step forward and advocate for themselves and their co-workers, there would have been no litigation and no settlement. Throughout years of litigation they provided numerous documents, answered interrogatories, and met with Counsel on a regular basis. In addition, they were each deposed by the Pizzarotti Defendants. They also helped keep the opt-in plaintiffs informed about the progress of the litigation and communicated concerns that opt-in plaintiffs had to Counsel. Mr. Gil and Mr. Hernandez also attended both the Court settlement conference, held on June 28, 2021, (in person

with Counsel, at Counsel's office) and both days of the JAMS mediation, held on September 19 and 20, 2022 (in person at the JAMS' office). The Agreement provides a service award of $14,500.00 to Mr. Gil and $13,500.00 to Mr. Hernandez.

Hector A. Miranda opted into this litigation close to three years ago on January 24, 2020, after which he provided information and documents that were critical to the litigation. Along with Mr. Gil and Mr. Hernandez, Mr. Miranda spent significant time meeting with Counsel. Mr. Miranda also spent additional time meeting with Counsel by himself to provide information and elucidate various documents. He also was deposed by the Pizzarotti Defendants. Mr. Miranda had to work, but he attended the settlement conference and the two-day mediation remotely. The Agreement provides a service award of $10,000.00 to Mr. Miranda.

Cesar Colchao was the fourth plaintiff that the Pizzarotti Defendants deposed. He gave up a day of work to be deposed and spent another day meeting with Counsel to provide Counsel with information and prepare for the deposition. Mr. Colchao also provided documents and attended client meetings during the course of the litigation. Mr. Colchao attended the JAMS mediation via Zoom. The Agreement provides a service award of $3,000.00 to Mr. Colchao.

Courts routinely approve service awards in class and collective action settlements. These awards are "'important to compensate plaintiffs for the time and effort expended in assisting the prosecution of the litigation, the risks incurred by becoming and continuing as a litigant, and any other burdens sustained by the plaintiff.'" *Emeterio v. A&P Restaurant Corp.*, 20-CV-970 (KHP), 2022 WL 274007, at *10 (S.D.N.Y. Jan. 26, 2022) (quoting *Mohney v. Shelly's Prime Steak, Stone Crab & Oyster Bar*, No. 06 Civ. 4270(PAC), 2009 WL 5851465, at *6 (S.D.N.Y. Mar. 31, 2009). In this case, the Named Plaintiffs and opt-in plaintiffs Miranda and Colchao persisted in the litigation for years, supporting the efforts of Counsel through discovery, summary judgment, and collective certification. Without their efforts there would be no recovery for the other plaintiffs. "Recognition payments are 'particularly appropriate in the employment context.'" *Id.* (quoting *Frank v. Eastman Kodak Co.*, 228 F.R.D. 174, 187 (W.D.N.Y. 2005)). In the context of a FLSA collective, named plaintiffs "risk retaliation from future employers who learn of the litigation." *Faroque v. Park West Executive Services*, 15 CV 6868 (DLL) (CLP), 2018 WL 11450335, at *13 (E.D.N.Y. Oct. 19, 2018) (citing *Diaz v. Scores Holding Co.*, Inc., No. 07 CV 8718, 2011 WL 6399468, at *3 (S.D.N.Y. July 11, 2011)). The Court should approve the service awards as reasonable.

We thank the Court for its time and consideration of this matter. We are available to respond to any inquiries the Court may have.

Respectfully Submitted,

/S/ DAVID HARRISON
David Harrison

cc: All Counsel of Record (VIA ECF)

# EXHIBIT 1

DocuSign Envelope ID: 991E89C1-E8CC-4493-BBD3-9C32943F0405

## SETTLEMENT AGREEMENT AND RELEASE
### (Submitted to Southern District of New York for Approval)

This Settlement Agreement and Release ("Agreement") is entered into between Named Plaintiffs Andy Gil and Rafael Hernandez, ("Named Plaintiffs") on behalf of themselves and the Forty (40) Opt-in Plaintiffs listed on **Exhibit A** (collectively "Plaintiffs"), and Pizzarotti, LLC, Giacomo Di'Nola and Ignazio Campoccia (collectively, "Defendants"). Plaintiffs and Defendants are referred to herein as "the Parties."

Whereas, Plaintiffs, through retained counsel, have alleged in a lawsuit filed in the Southern District of New York, Case No. 19-CV-03497 ("the Action") that Defendants misclassified them as independent contractors under the federal Fair Labor Standards Act and the New York Labor Law and that Defendants were, at all relevant times, their joint employer and as a result, failed to pay them overtime wages for the time that they worked in excess of forty (40) hours a week and for certain hours worked. Plaintiffs further allege that Defendants failed to provide them with wage statements and wage notices that complied with the New York Labor Law. Defendants deny the allegations and submit that they were not a joint employer and, thus, had no liability to Plaintiffs whatsoever for any of their claims;

Whereas, the Parties, after the Action was formally commenced, engaged in and completed extensive discovery including but not limited to numerous depositions related to the claims asserted by the Plaintiffs and have now completed the Court's pre-trial submission requirements and are prepared to litigate the Action. Notwithstanding these facts, with the Court's approval, the Parties entered into private mediation as a final attempt to resolve the Action before the Court set a trial date and two full-day mediation sessions were held on September 19-20, 2022 before Dina Jansenson, a JAMS mediator with decades of experience including mediation over wage and hour cases;

Whereas, at the conclusion of the second day of mediation on September 20, 2022, the Parties and their counsel, with the assistance of Ms. Jansenson, reached a tentative agreement to fully resolve the Action, including that the Parties would finalize a full-length settlement agreement;

Whereas, without admitting or conceding any liability or damages whatsoever, Defendants have agreed to settle the Action on the terms and conditions set forth in this Agreement to avoid the burden, expense, and uncertainty of continuing the Action;

Whereas, counsel for Plaintiffs analyzed and evaluated the merits of the claims made against Defendants and the impact of this Agreement on Plaintiffs, and based on their analysis and evaluation of a number of factors, and recognizing the substantial risks of continued litigation, including the possibility that the Action, if not settled now, might not result in any recovery whatsoever, or might result in a recovery less favorable and that would not occur for several years, counsel for Plaintiffs are satisfied that the terms and conditions of this Agreement are fair, reasonable and adequate and that this Agreement is in the best interest of Plaintiffs;

DocuSign Envelope ID: 991E89C1-E8CC-4493-BBD3-9C32943F0405

Therefore, in consideration of the mutual promises set forth below, as well as the good and valuable consideration provided for herein, subject to the Court's approval, the Parties agree to a full and complete settlement of the Action as well as any and all claims that could have been alleged in the Action because they are based on the same or similar facts alleged in the lawsuit, including but not limited to claims for attorneys' fees and costs, as follows:

## 1.    <u>Consideration</u>

a.    In exchange for the promises made by and in consideration for all the terms agreed to by Plaintiffs in this Agreement, Defendants agree to pay the total sum of Four Hundred and Sixty Thousand Dollars ($460,000.00) (the "Gross Settlement Amount"), inclusive of Settlement Payments to Plaintiffs, Plaintiffs' attorneys' fees and litigation costs and expenses, and service payments. At no time and for no reason shall Defendants be required to pay more than the Gross Settlement Amount under the terms of this Agreement. The Gross Settlement Amount shall be allocated as follows, subject to the Court's approval:

i. In addition to each such individual's *pro rata* share of the Net Settlement Amount, Named Plaintiff Andy Gil shall receive an additional gross payment of $14,500.00 as a service payment and Named Plaintiff Rafael Hernandez shall receive an additional gross payment of $13,500.00 from the Gross Settlement Amount, Opt-in Plaintiff Hector A. Miranda shall receive an additional gross payment of $10,000.00 as a service payment from the Gross Settlement Amount and Opt-in Plaintiff Cesar Colchao shall receive an additional gross payment of $3,000.00 as a service payment from the Gross Settlement Amount.

ii. One third of the Gross Settlement Amount, $148,562.67, calculated after deducting costs from the Gross Settlement Amount, shall be paid as attorneys' fees to Plaintiffs' attorneys, Harrison, Harrison & Associates. In addition, Harrison, Harrison & Associates, LTD ("Plaintiffs' Law Firm") will recover its out-of-pocket costs and litigation expenses in the amount of $11,312.00 from the Gross Settlement Amount.

iii.    The Agreement shall not be contingent on the Court approving the amount of attorneys' fees, litigation expenses, or service payments requested by Plaintiffs. In the event that the Court approves or awards lesser amounts than requested for attorneys' fees, litigation expenses / costs, or service payments, the portion not awarded will be added to the Net Settlement Amount and distributed to Plaintiffs. All other terms of Agreement shall remain in full force and effect.

iv.    The Gross Settlement Amount less the amounts set forth above in section 1(a)(i-ii) equals the "Net Settlement Amount."

v.    Each Plaintiff's share of the Net Settlement Amount will be calculated based on that Plaintiff's estimated length of employment at Defendants' construction site located at or around 527 West 27th Street, New York, New York, hourly wage rate, average weekly overtime hours worked, and penalties owed for violations of sections 195(1) and (3) of the NYLL. The amount each Plaintiff will receive based on this methodology is listed in Exhibit A.

DocuSign Envelope ID: 991E89C1-E8CC-4493-BBD3-9C32943F0405

b.    Each Plaintiff's share of the Net Settlement Amount will represent a settlement of non-wages, *i.e.*, liquidated damages, penalties, and interest, and shall not be subject to any payroll tax withholdings and reportable to the IRS on a Form 1099 MISC, Box 3.  Defendants shall issue 1099s to Plaintiffs, Named Plaintiffs and Plaintiffs' attorneys for their respective payments under this Agreement.  Plaintiffs' Law Firm shall provide Defendants with a Form W-9 prior to Defendants' payment of Gross Settlement Amount.  Each Named Plaintiff and each Plaintiff shall provide Defendants with a Form W-9, as a condition precedent before any payments to that Plaintiff under this Agreement shall be due.

c.    On or before January 20, 2023, Defendants shall wire Plaintiffs' Law Firm the full amount of the Gross Settlement Amount, *i.e.,* Four Hundred and Sixty Thousand Dollars.  Plaintiffs' Law Firm shall provide counsel for Defendants all necessary information to effectuate the electronic wiring of the Gross Settlement Funds.  Plaintiffs' Law Firm agrees that the full Gross Settlement Amount shall be held in its escrow account and shall not be released, in whole or in part, until, if and when, the Court approves the Settlement Agreement in its entirety.  After the Court approves the Settlement Agreement in its entirety, Plaintiffs' Law Firm shall be authorized to release the Gross Settlement Fund, in full, as set forth in this Settlement Agreement to each Named Plaintiff and Plaintiff, provided that the appropriate tax form for that Named Plaintiff or Plaintiff has been provided to Defendants.  Plaintiffs' Law Firm shall be solely and exclusively responsible for the distribution of the Gross Settlement Fund and the Defendants' obligation to make all payments under this Agreement shall cease upon the Plaintiffs' Law Firm's receipt of the Gross Settlement Funds.  The Court's approval of the Agreement and Defendants' full payment of the amounts of the Gross Settlement Fund to Plaintiffs' Law Firm shall constitute the "Release Prerequisites" as discussed below.

d.    In the event that thirteen months after the Release Prerequisites have been met and after Plaintiffs' Law Firms' reasonable efforts to distribute to each Named Plaintiff and Plaintiff his or her individual share of the Net Settlement Amount, ten thousand dollars ($10,000.00) or more of the Net Settlement Amount remains undistributed – whether as a result of the failure of individual Plaintiffs to provide a Form W-9 or to cash the checks that represented their *pro rata* share of the Net Settlement Amount, the inability of Plaintiffs' Law Firm to obtain, after reasonable efforts, an address to which an individual Plaintiffs' check should be sent, or other cause – Plaintiffs' Law Firm shall distribute the undistributed funds equally to each of the Named Plaintiffs and Plaintiffs to whom Plaintiffs' Law Firm successfully distributed his or her initial share.  If funds remain undistributed six months after this second distribution or if less than ten thousand dollars ($10,000) of the Net Settlement Amount remains undistributed thirteen months after the Release Prerequisites have been met, Plaintiffs' Law Firm shall make a *cy pres* distribution of any undistributed funds to one or more non-profit organizations, chosen at Plaintiffs' Law Firms' sole discretion, dedicated to vindicating employee rights.

e.    The Parties and their counsel agree that neither party has been provided nor given any tax advice or other assurances regarding the tax consequences for making and/or receiving the Gross Settlement Fund, in whole or in part.  The Parties further agree that they are each solely and individually liable and responsible for any tax obligations, penalties, costs or other assessments that may arise or that may be imposed by any government entity related to the Gross Settlement Fund.

LEGAL\59779258\1

DocuSign Envelope ID: 991E89C1-E8CC-4493-BBD3-9C32943F0405

**2.      Settlement Process**

a.      The settlement shall be subject to approval by the Court. Defendants shall not oppose any motion for approval of the Settlement consistent with this Agreement.

b.      The Parties shall reasonably cooperate with each other and shall use their best efforts to obtain the Court's approval of this Agreement and all of its terms. Each party, upon the request of the other party, agrees to perform such further acts and to execute and deliver such documents as are reasonably necessary to carry out the provisions of this Agreement.

c.      The Parties agree to cooperate and take all steps necessary and appropriate to dismiss Defendants from the Action with prejudice upon approval of the settlement. The Parties agree that the Court shall retain jurisdiction with respect to the implementation and enforcement of the terms of this Agreement, and all Parties submit to the jurisdiction of the Court for purposes of implementing and enforcing the terms of this Agreement and all orders and judgments entered in connection with it.

d.      If the Court does not approve the Settlement Agreement in its entirety subject to Paragraph 1(a)(iii) above and Defendants have paid the Gross Settlement Fund amount, Plaintiffs' Law Firm agrees that it shall, within 3 working days, fully return the Gross Settlement Fund to Defendants by wire transfer provided it has been provided appropriate wiring instructions to do so or any other means requested by Defendants.

**3.      Dismissal and Release**

a.      In exchange for the consideration described in this Agreement, and contingent on satisfaction of the Release Prerequisites, Plaintiffs agree to dismiss Defendants from the Action with prejudice within five (5) days after Court approval of the Agreement is obtained.

b.      In exchange for and in consideration of his or her settlement payment, each Plaintiff shall sign a release in the form attached hereto as **Exhibit B** that releases Defendants from all wage and hour claims under the federal Fair Labor Standards Act and New York Labor Law asserted in the Action through the date the Plaintiff executes the release. The release in this Paragraph 3[b] shall become effective once the Release Prerequisites are met.

c.      Plaintiffs' attorneys shall provide copies of the releases signed by Plaintiffs to Defendants' counsel no later than ten (10) days after each Plaintiff receives his or her applicable share of the Gross Settlement Fund and in any event no later than February 20, 2022.

**4.      Non-Admission**

Plaintiffs and Defendants agree that this Agreement does not constitute, is not intended to be, and shall not be construed, interpreted, or treated in any respect as an admission of any liability or wrongdoing by Defendants. Defendants deny that they engaged in any illegal or improper conduct, and the fact and/or substance of the settlement shall be inadmissible and have no evidentiary effect in any subsequent litigation.

DocuSign Envelope ID: 991E89C1-E8CC-4493-BBD3-9C32943F0405

5.    **Miscellaneous.**

a.    **Entire Agreement.** This Agreement is the complete understanding between the parties and replaces any other agreements, representations or promises, written or oral.

b.    **No Waiver by Inaction.** The failure of any Party to insist upon strict adherence to any term of this Agreement shall not be considered a waiver as to that term or any other term in the Agreement.

c.    **Construction.** The Parties have had an opportunity to negotiate all terms, all conditions, and the language of this Agreement, and hereby agree that all of the terms and conditions shall be construed as if drafted by all Parties and not against any one party as the drafter. Accordingly, any rule of construction that any ambiguity or uncertainty in a writing shall be interpreted against the party drafting the written instrument shall not apply to the construction of this Agreement.

d.    **Choice of Law/Forum.** The interpretation and enforcement of this Agreement shall be governed and interpreted by, and under, the laws of the State of New York without resort to principles of conflicts of laws, and regardless of whether any party is, or may hereafter be, a resident of another state. Any action or proceeding relating to or arising out of this Agreement, including but not limited to the release(s) provided in accordance with this Agreement, shall be resolved exclusively in a state or federal court of competent jurisdiction in New York County, New York, and all of the Plaintiffs and Defendants irrevocably waive any and all defenses or objections related to personal jurisdiction, venue, and/or forum non conveniens with respect to any such action or proceeding.

e.    **Counterparts.** This Agreement may be executed in counterparts, and each executed counterpart shall have the same force and effect as an original instrument, as if all of the Parties to all of the counterparts had signed the same instrument. A facsimile or copy of an original signature transmitted to the other party or an electronic signature compliant with the ESIGN Act (i.e., DocuSign) is effective as an original signature. The Parties agree that for all purposes, a .PDF or facsimile of this Agreement shall have the same legal force and effect as the originals, and no party shall have the duty to furnish an original of this Agreement.

f.    **Modifications.** No amendment or modification of the terms of this Agreement shall be binding on the Parties unless reduced to writing and signed by the person or entity against whom enforcement is sought.

g.    **Authority.** The signatories below confirm that they have the actual authority to sign this Agreement on behalf of the person or entity for whom they are signing.

**WHEREFORE,** the undersigned subscribe to this Agreement, as of the date(s) set forth below opposite their respective signatures.

Dated: 10/27/2022 _____    _____
Andy Gil, Named Plaintiff

5

DocuSign Envelope ID: 991E89C1-E8CC-4493-BBD3-9C32943F0405

Dated: 10/26/2022 _____

Rafael Hernandez, Named Plaintiff

Dated: 11/9/2022 _____

Pizzarotti, LLC

By: _____

Its: CEO _____

Ignazio Campoccia

Dated: 11/14/2022 _____

By: _____

Giacomo Di Nola

Dated: _____

By: _____

DocuSign Envelope ID: 991E89C1-E8CC-4493-BBD3-9C32943F0405

# EXHIBIT A

DocuSign Envelope ID: 991E89C1-E8CC-4493-BBD3-9C32943F0405

**EXHIBIT A**

**INDIVIDUAL *PRO RATA* SETTLEMENT AMOUNTS**

| First Name | Last Name | Individual Settlement Payment |
|---|---|---|
| Alberto | Hernandez | $ 5,765.03 |
| Ana | Saavedra | $ 5,680.43 |
| Andy | Gil | $ 9,521.04 |
| Angel | Perez | $ 5,088.48 |
| Carlos | Simbana | $ 6,658.13 |
| Carlos | Franco | $ 5,517.89 |
| Cesar | Colchao | $ 5,201.09 |
| Daniel | Vidal | $ 6,885.04 |
| Deysi | Gomez | $ 6,064.67 |
| Eduardo | Abreu | $ 4,812.66 |
| Elvin | Guity | $ 8,396.84 |
| Erik | Martinez | $ 2,969.75 |
| Franklin | Reyes | $ 7,474.28 |
| Gregorio | Oliveras | $ 7,484.13 |
| Gregorio | Rojas | $ 5,139.56 |
| Hector A. | Miranda | $ 8,575.66 |
| Javier | Meija | $ 4,761.56 |
| Jhonatton | Ospina | $ 5,952.86 |
| Jimmy | Sagbay | $ 6,059.76 |
| Jose | Agustin | $ 6,510.16 |
| Jose | Perez | $ 6,853.45 |
| Juan | Juarez | $ 6,324.09 |
| Klever D. | Aguirre | $ 7,078.82 |
| Leonardo | Galvez | $ 5,030.17 |
| Lorena | Palacios | $ 3,772.62 |
| Luis | Crespo | $ 5,039.93 |
| Luis | Garcia | $ 6,215.53 |
| Manuelo | Nunez | $ 4,596.74 |
| Marcos | Morales | $ 5,341.99 |
| Mario | Rodas | $ 7,693.52 |
| Misael | Portillo | $ 6,190.03 |
| Monico | Familia | $ 6,674.43 |
| Nataly | Naranjo | $ 3,575.12 |

DocuSign Envelope ID: 991E89C1-E8CC-4493-BBD3-9C32943F0405

| Nelson  | Sarabia   | $ | 5,113.19 |
|---------|-----------|---|----------|
| Omar    | Morales   | $ | 5,507.82 |
| Omar    | Sanchez   | $ | 6,399.28 |
| Orlando | Munoz     | $ | 9,976.74 |
| Rafael  | Hernandez | $ | 7,398.74 |
| Roberto | Carpio    | $ | 6,145.62 |
| Roberto | Herrera   | $ | 8,635.70 |
| Sergio  | Munoz     | $ | 6,272.44 |
| Silvia  | Cordero   | $ | 4,770.35 |

DocuSign Envelope ID: 991E89C1-E8CC-4493-BBD3-9C32943F0405

# EXHIBIT B

## EXHIBIT B

## RELEASE OF CLAIMS

In exchange for my settlement payment in the amount listed in **Exhibit A, a copy of which is attached hereto**, I agree to release Pizzarotti, LLC, including its officers, directors, successor and assigns, Ignazio Campoccia and Giacomo Di'Nola in their individual capacities (collectively "Defendants") from all claims under the Fair Labor Standards Act and New York Labor Law that were alleged in the lawsuit, *Gil et. al., v. Pizzarotti, LLC, et. al.,* (19-CV-03497), including but not limited to, Defendants' alleged failure to pay me overtime for hours worked over forty (40) per week, straight time for hours worked and to provide me with compliant wage notices and wage statements for the period when I worked on a property located at or around 527 West 27th Street, New York, New York. My release is contingent on the Court's approval of the Settlement Agreement and Release ("Settlement Agreement"), and Defendants' tender of the Gross Settlement Amount to my attorneys pursuant to the terms of the Settlement Agreement.

In addition, I understand the following with regard to my payment:

1. My settlement payment amount is based on my **estimated length of employment at Defendants' construction site located at** or around 527 West 27th Street, New York, New York, **hourly wage rate, average weekly overtime hours worked, and penalties owed for violations of sections 195(1) and (3) of the NYLL.**

2. My settlement payment amount will be treated as non-wages for tax purposes without any payroll deductions and I understand that I am solely liable for any tax consequences including penalties or other assessments related to my receipt of the settlement payment amount and Defendants have not made any representations or

DocuSign Envelope ID: 991E89C1-E8CC-4493-BBD3-9C32943F0405

assurances related to any tax liability or consequences for my receipt of the settlement payment amount and its classification as non-wages for tax purposes.

3. My settlement payment amount will be made to me directly by Harrison, Harrison & Associates, L.T.D., and such payment will be made after the Court approves the Settlement Agreement. I further understand that Harrison, Harrison & Associates, L.T.D. is solely responsible for the distribution of the settlement payment amount to me once they receive the Gross Settlement Amount from the Defendants.

_____          _____
Name (print)                                        Date

_____
Signature

# EXHIBIT 2

## HARRISON HARRISON & ASSOC., LTD.
### ATTORNEY RETAINER AGREEMENT

This confirms that you, the undersigned client(s) (hereafter "Client"), have retained Harrison
Harrison & Assoc. (hereafter "ATTORNEY") to represent you in connection with your Fair Labor
Standards Act and New York Labor Law wage claims, and related claims, against ATLANTIC
COMPANY and related entities and individuals (hereafter "Defendants").

It is understood and agreed upon, by and between Client and ATTORNEY, as follows:

1. ATTORNEY has accepted this engagement subject to investigation of the claim(s).  If upon
   investigation of the claim(s) we discover that we cannot assist you in this matter, we will
   withdraw from your representation, and seek permission from a court, when necessary.
   This determination will be made as soon as reasonably possible.
2. You will be reasonably available to confer with us, provide us with copies of all
   documents and information and disclose all facts and circumstances that we reasonably
   need to know to properly represent you in this matter. This includes informing
   ATTORNEY of any deadline set forth to you by a state or government administration
   agency, such as the EEOC.  Unless we specifically request otherwise, you agree to retain
   originals of any and all documents that you send to ATTORNEY.
3. You will promptly return telephone calls and correspondence from our office, comply
   in filling out required forms, and assist us in meeting deadlines and locating witnesses,
   documents and evidence.
4. You should never discuss the status of settlement negotiations with anyone, including
   anyone connected with Defendants, or your case may be prejudiced. This is because if the
   Defendants wish to settle your case they will typically insist on confidentiality; and, if
   settlement information is made public they may be less willing (or unwilling) to settle.
5. During the course of the representation, you shall be required to pay and ATTORNEY shall
   be entitled to reimbursement for all normal disbursements including, without limitation,
   expenses for court costs, photocopying, messengers, travel, computer assisted research,
   court reporters, transcripts, experts, witness fees, etc., as may be appropriate for this matter.
   Disbursements shall be paid within 14 days of the date they are billed.
6. In consideration for ATTORNEY's representation in connection with this matter,
   ATTORNEY will receive, before deduction and reimbursement of costs and expenses, the
   greater of (a) a third (1/3) of the net proceeds, whether through settlement, final judgment
   or arbitrator's award in this matter, or (b) the full amount of any Court-awarded or
   arbitrator-awarded Attorneys' fees.  For these purposes, "net proceeds" means the gross
   pre-tax recovery (including any award of Attorneys' fees and the value of any benefits
   received) less any unrecovered disbursements.  The fee set forth in this Agreement is not
   set by law, but is negotiable between ATTORNEY and Client.
7. No attorney's fees shall be charged for the Attorney(s) if there is no recovery.
8. Client hereby authorizes ATTORNEY to take whatever investigative and procedural steps
   are necessary to prosecute this matter, including:  hiring investigators, paralegals, experts or
   any other personnel on Client's behalf.
9. Client hereby authorizes ATTORNEY to associate any other Attorney in representing Client,
   with the consent of Client, without additional costs to Client.
10. This matter shall not be settled without the consent of Client.
11. ATTORNEY has not and cannot guarantee that we will be able to obtain any particular

result or success in this matter.

12. ATTORNEY shall not be required to file or respond to any appeal in this matter, nor to provide any services of collection, or otherwise, after settlement or judgment has been reached.

13. Whenever a verdict, judgment, award or settlement is obtained in this matter, the undersigned client hereby gives power of Attorney to ATTORNEY to sign the client's name to any and all releases, dismissals, forms, checks, drafts, and other papers and to deposit the proceeds into either of ATTORNEY's trust accounts, and to distribute the funds in accordance with this Attorney Retainer Agreement.

14. ATTORNEY will be readily available to represent your best interests, keep you informed about your case and answer any questions you have about the way your case is being handled. If Client disputes any portion of ATTORNEY's fee you may have the right to Fee Arbitration pursuant to Part 137 of 22 N.Y.C.R.R. Forms will be provided upon request.

15. If, without the consent of ATTORNEY, you settle this matter or retain another Attorney, this agreement shall nevertheless remain binding to the full extent of the law. We will seek Attorneys' fees and will apply an hourly rate of Four Hundred and Fifty Dollars ($450.00) per hour, if based on quantum meruit, or will seek a proportionate share of the legal fees if legally permitted to do so. We will also seek all out-of-pocket costs incurred by ATTORNEY in connection with our representation of you until the time of the substitution of new counsel.

16. If, at any time during the investigation and preparation of this case, ATTORNEY decides there is insufficient merit in proceeding further, ATTORNEY may withdraw, with permission of a court, when necessary, without any further obligation whatsoever by Client or ATTORNEY.

17. You may terminate this Agreement at any time. If you terminate this Agreement prior to a resolution of this matter or if we withdraw for good cause, and you acquire a recovery by other means or representation, you understand ATTORNEY will have a right to request legal fees and reimbursement for any expense.

## DUTY TO PRESERVE EVIDENCE

18. Client understands that as a party to a legal matter he/she has a duty to preserve documents and other types of evidence that may be in any way relevant to the legal matter, regardless of whether a lawsuit has been filed yet or not. Client agrees to preserve all documents or other evidence in Client's possession that may be related to the case. Such evidence is not limited to paper documents; it includes electronic evidence such as EMAILS, COMPUTER RECORDS, TEXT MESSAGES, WEB PAGES, SOCIAL MEDIA POSTS, and VOICEMAILS, as well as tangible items such as PHOTOGRAPHS, THUMB DRIVES, COMPUTERS OF ANY TYPE, CELL PHONES, PDAs, and any other type of device or medium that can store communications or information in any form. Client agrees not to alter, destroy, or get rid of any such evidence.

*(Client Init.)*

I have read all of the above, and understand and agree to all of it.

I hereby acknowledge receipt of a copy of this Attorney Retainer Agreement.

Accepted by:

2

_[signature]_                _[signature]_                4 | 2 | 19

_[signature]_                _[signature]_                3 / 25 / 2019

Client Printed Name          Client Signature             Date

_[signature]_                _[signature]_                3 | 25 | 19

Attorney Printed Name        Attorney Signature           Date
Harrison, Harrison
& Assoc., LTD.

3

## STATEMENT OF CLIENT'S RIGHTS AND RESPONSIBILITIES

Your attorney is providing you with this document to inform you of what you, as a client, are entitled to by law or by custom. To help prevent any misunderstanding between you and your attorney please read this document carefully.

If you ever have any questions about these rights, or about the way your case is being handled, do not hesitate to ask your attorney. He or she should be readily available to represent your best interests and keep you informed about your case.

An attorney may not refuse to represent you on the basis of race, creed, color, sex, sexual orientation, age, national origin or disability.

You are entitled to an attorney who will be capable of handling your case; show you courtesy and consideration at all times; represent you zealously; and preserve your confidences and secrets that are revealed in the course of the relationship.

You are entitled to a written retainer agreement which must set forth, in plain language, the nature of the relationship and the details of the fee arrangement. At your request, and before you sign a retainer agreement, you are entitled to have your attorney clarify in writing any of its terms, or include additional provisions.

You are entitled to fully understanding the proposed rates and retainer fee before you sign a retainer agreement, as in any other contract.

You may refuse to enter into any fee arrangement that you find unsatisfactory.

Your attorney may not request a fee that is contingent on the securing of a divorce or on the amount of money or property that may be obtained.

Your attorney may not request a retainer fee that is nonrefundable. That is, should you discharge your attorney, or should your attorney withdraw from the case, before the retainer is used up, he or she is entitled to be paid commensurate with the work performed on your case and any expenses, but must return the balance of the retainer to you. However, your attorney may enter into a minimum fee arrangement with you that provides for the payment of a specific amount below which the fee will not fall based upon the handling of the case to its conclusion.

You are entitled to know the approximate number of attorneys and other legal staff members who will be working on your case at any given time and what you will be charged for the services of each.

You are entitled to know in advance how you will be asked to pay legal fees and expenses, and how the retainer, if any, will be spent.

At your request, and after your attorney has had a reasonable opportunity to investigate your case, you are entitled to be given an estimate of approximate future costs of your case, which estimate shall be made in good faith but may be subject to change due to facts and circumstances affecting the case.

You are entitled to receive a written, itemized bill on a regular basis, at least every 60 days.

You are expected to review the itemized bills sent by counsel, and to raise any objections or errors in a timely manner. Time spent in discussions or explanation of bills will not be charged to you.

You are expected to be truthful in all discussions with your attorney, and to provide all relevant information and documentation to enable him or her to competently prepare your case.

You are entitled to be kept informed of the status of your case, and to be provided with copies of correspondence and documents prepared on your behalf or received from the court or your adversary.

You have the right to be present in court at the time that conferences are held.

You are entitled to make the ultimate decision on the objectives to be pursued in your case, and to make the final decision regarding the settlement of your case.

Your attorney's written retainer agreement must specify under what circumstances he or she might seek to withdraw as your attorney for nonpayment of legal fees. If an action or proceeding is pending, the court may give your attorney a "charging lien," which entitles your attorney to payment for services already rendered at the end of the case out of the proceeds of the final order or judgment.

You are under no legal obligation to sign a confession of judgment or promissory note, or to agree to a lien or mortgage on your home to cover legal fees. Your attorney's written retainer agreement must specify whether, and under what circumstances, such security may be requested. In no event may such security interest be obtained by your attorney without prior court approval and notice to your adversary. An attorney's security interest in the marital residence cannot be foreclosed against you.

You are entitled to have your attorney's best efforts exerted on your behalf, but no particular results can be guaranteed.

If you entrust money with an attorney for an escrow deposit in your case, the attorney must safeguard the escrow in a special bank account. You are entitled to a written escrow agreement, a written receipt, and a complete record concerning the escrow. When the terms of the escrow agreement have been performed, the attorney must promptly make payment of the escrow to all persons who are entitled to it.

In the event of a fee dispute, you may have the right to seek arbitration. Your attorney will provide you with the necessary information regarding arbitration in the event of a fee dispute, or upon your request.

Receipt Acknowledged:

_____
Attorney's signature

_____
Client's signature

3 / 25 / 2019
Date

5

# EXHIBIT 3

Harrison Harrison & Associates
110 State Highway 35, 2nd Floor
Red Bank, NJ 07701
Ph : 888-239-4410, Fax : 718-799-9171
User Entry Report as of 11/02/2022

| Date | Activity | Description | Quantity | Rate ($) | Amount ($) |
|---|---|---|---|---|---|
| 12/20/2019 | Court reporter | Depositions 10/30/19 Giacomo Di'Nola and Roberto Madeddu | 1 | $ 907.65 | $ 907.65 |
| 2/4/2020 | Court reporter | Ignazio Deposition 12/18/19 | 1 | $ 267.25 | $ 267.25 |
| 6/2/2020 | Court reporter | Deposition Giacomo DiNola 1/23/2020 | 1 | $ 515.80 | $ 515.80 |
| Total | Court reporter | | | | $ 1,690.70 |
| 4/29/2019 | Crt. Filing Fee | Filing fee. | 1 | $ 402.00 | $ 402.00 |
| Total | Crt. Filing Fee | | | | $ 402.00 |
| 9/14/2022 | Legal Research (WestLaw) | legal research for 41 months ($63/month) | 1 | $ 2,583.00 | $ 2,583.00 |
| Total | Legal Research | | | | $ 2,583.00 |
| 8/29/2022 | Mediation Fee | paid JAMS fee for 9/19 and 9/20 mediation | 1 | $ 4,233.17 | $ 4,233.17 |
| Total | Mediation Fee | | | | $ 4,233.17 |
| 7/22/2019 | Postage | 7/22/2019 priority mail | 1 | $ 7.95 | $ 7.95 |
| 9/9/2020 | Postage | 9/9/ mailing | 1 | $ 7.75 | $ 7.75 |
| Total | Postage | | | | $ 15.70 |
| 8/2/2019 | Printing | Two copies of Amended Complaint to be served. | 40 | $ 0.20 | $ 8.00 |
| 8/18/2020 | Printing | printing costs for SJ motion | 250 | $ 0.20 | $ 50.00 |
| 9/14/2022 | Printing | printing & copying costs (estimate for 8 depositions, 40 pgs/deposition) | 320 | $ 0.20 | $ 64.00 |

| Date | Category | Description | Qty | | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| 9/14/2022 | Printing | printing costs for class/collective cert. motion | 250 | $ | 0.20 | $ | 50.00 |
| Total | Printing | | | | | $ | 172.00 |
| | | | | | | | |
| 5/15/2019 | Process Server | SERVE NY 5/12/19 on all Pizzarotti and Atlantic Defendants. | 1 | $ | 150.00 | $ | 150.00 |
| 8/30/2019 | Process Server | Process Server: Served Amended Complaint on Joel Acevedo and Atlantic Contracting | 1 | $ | 265.00 | $ | 265.00 |
| 6/21/2022 | Process Server | served summons and complaint | 1 | $ | 125.00 | $ | 125.00 |
| 8/5/2022 | Process Server | served summons and complaint/ rush | 1 | $ | 125.00 | $ | 125.00 |
| Total | Process Server | | | | | $ | 665.00 |
| | | | | | | | |
| 9/9/2020 | Spanish Translation | text message spanish to english for SJ opposition exhibit /Alta translation | 1 | $ | 520.20 | $ | 520.20 |
| 11/6/2019 | Translation | Gloria Bianchi 10/30/2019 | 1 | $ | 250.00 | $ | 250.00 |
| 1/27/2020 | Translation | Interpreter from US legal for 12/18/2019 Depositions | 1 | $ | 350.00 | $ | 350.00 |
| Total | Translation | | | | | $ | 1,120.20 |
| | | | | | | | |
| 8/26/2020 | Travel Expense | Uber from 90 Broad Street to 159 Madison Avenue for Edilma Chan | 1 | $ | 24.24 | $ | 24.24 |
| 9/22/2020 | Travel Expense | Uber from 90 Broad Street to 159 Madison Avenue for Edilma Chan | 1 | $ | 25.74 | $ | 25.74 |
| Total | Travel Expense | | | | | $ | 49.98 |

**GRAND TOTAL**                                                                                    **$ 10,931.75**

# EXHIBIT 4

| Harrison Harrison & Associates | | | | | | | |
| 110 State Highway 35, 2nd Floor | | | | | | | |
| Red Bank, NJ 07701 | | | | | | | |
| Ph : 888-239-4410, Fax : 718-799-9171 | | | | | | | |
| User Entry Report as of 10/16/2022 | | | | | | | |

## PIZZAROTTI CONSTRUCTION FLSA

| User | | Date | Activity | Description | Daily Total | Hour / Quantity | Rate per Hr ($) | Amount ($) |
|------|--|------|----------|-------------|-------------|-----------------|-----------------|------------|
| **DAVID HARRISON** | | | | | | | | |
| | | Date: 03/18/19 | | | | | | |
| Harrison | | | Consulting | conf. LS re: CL intake, info re: employer | | 0.4 | $ 500.00 | $ 200.00 |
| Harrison | | | Research | research on employer, conf. Fable re: same | | 0.4 | $ 500.00 | $ 200.00 |
| Total for 03/18/19 | | | | | 0.8 | | $ 500.00 | |
| | | Date: 03/22/19 | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. LS re: CL meeting | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 03/22/19 | | | | | 0.2 | | $ 500.00 | |
| | | Date: 03/25/19 | | | | | $ 500.00 | |
| Harrison | | | Meeting | CL meeting @ Starbucks 44th St. w/ Lillian | | 1.5 | $ 500.00 | $ 750.00 |
| Harrison | | | Travel | travel to CL meeting | | 1 | $ 250.00 | $ 250.00 |
| Total for 03/25/19 | | | | | 2.5 | | $ 500.00 | |
| | | Date: 03/26/19 | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails from/to LS | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Phone Call | tel. LS | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 03/26/19 | | | | | 0.3 | | $ 500.00 | |
| | | Date: 03/27/19 | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. Fable re: research on Defs | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 03/27/19 | | | | | 0.2 | | $ 500.00 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Date: 03/29/19 | | | | | $ 500.00 | | |
| Harrison | | | Consulting | conf. LS | | 0.1 | $ 500.00 | $ | 50.00 |
| Harrison | | | Consulting | conf. JS | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 03/29/19 | | | | | 0.3 | | $ 500.00 | | |
| | Date: 04/02/19 | | | | | | $ 500.00 | | |
| Harrison | | | Consulting | conf. LS re: CL meeting | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | Meeting | met Andy & RH w/ Lillian in Chelsea office | | 1.5 | $ 500.00 | $ | 750.00 |
| Harrison | | | Travel | travel to/from Chelsea for CL meeting | | 1 | $ 250.00 | $ | 250.00 |
| Total for 04/02/19 | | | | | 2.7 | | $ 500.00 | | |
| | Date: 04/03/19 | | | | | | $ 500.00 | | |
| Harrison | | | Research | research on Defs | | 0.3 | $ 500.00 | $ | 150.00 |
| Total for 04/03/19 | | | | | 0.3 | | $ 500.00 | | |
| | Date: 04/08/19 | | | | | | $ 500.00 | | |
| Harrison | | | Consulting | conf. Fable | | 0.1 | $ 500.00 | $ | 50.00 |
| Total for 04/08/19 | | | | | 0.1 | | $ 500.00 | | |
| | Date: 04/09/19 | | | | | | $ 500.00 | | |
| Harrison | | | Correspondence | emails to/from LS re: CL follow up | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 04/09/19 | | | | | 0.2 | | $ 500.00 | | |
| | Date: 04/11/19 | | | | | | $ 500.00 | | |
| Harrison | | | Review | revw'd file, research on Defs, commence drafting complaint | | 1 | $ 500.00 | $ | 500.00 |
| Total for 04/11/19 | | | | | 1 | | $ 500.00 | | |
| | Date: 04/16/19 | | | | | | $ 500.00 | | |
| Harrison | | | Review | revw'd & edits to summons & civil cvr. sheet | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | Draft | draft parties of complaint section | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 04/16/19 | | | | | 0.4 | | $ 500.00 | | |
| | Date: 04/17/19 | | | | | | $ 500.00 | | |
| Harrison | | | Draft | draft complaint | | 2 | $ 500.00 | $ | 1,000.00 |
| Total for 04/17/19 | | | | | 2 | | $ 500.00 | | |
| | Date: 04/19/19 | | | | | | $ 500.00 | | |
| Harrison | | | Draft | draft complaint | | 1 | $ 500.00 | $ | 500.00 |
| Total for 04/19/19 | | | | | 1 | | $ 500.00 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Date: 04/22/19 | | | | | $ 500.00 | |
| Harrison | | | Correspondence | ecf emails | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | email LS re: update to CLs | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 04/22/19 | | | | | 0.3 | | $ 500.00 | |
| | | Date: 04/25/19 | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails to/from process server | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 04/25/19 | | | | | 0.2 | | $ 500.00 | |
| | | Date: 05/02/19 | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails to/from process server re: status | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | email LS re: CL update | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 05/02/19 | | | | | 0.3 | | $ 500.00 | |
| | | Date: 05/15/19 | | | | | $ 500.00 | |
| Harrison | | | Review | revw'd file, affidavits of service of S&C, conf. Fable re: filing same | | 0.3 | $ 500.00 | $ 150.00 |
| Total for 05/15/19 | | | | | 0.3 | | $ 500.00 | |
| | | Date: 05/16/19 | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. LS re: CL update | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 05/16/19 | | | | | 0.1 | | $ 500.00 | |
| | | Date: 05/20/19 | | | | | $ 500.00 | |
| Harrison | | | Correspondence | email | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 05/20/19 | | | | | 0.1 | | $ 500.00 | |
| | | Date: 05/21/19 | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS re: Def's email | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | email | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 05/21/19 | | | | | 0.3 | | $ 500.00 | |
| | | Date: 05/22/19 | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS | | 0.1 | $ 500.00 | $ 50.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Harrison | | | Review | revw'd file, affidavits of service | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | emails to/from Defs' counsel re: extension | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. JS | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Correspondence | emails to/from Defs' counsel | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 05/22/19 | | | | | 1 | | $ 500.00 | |
| | | Date: 05/23/19 | | | | | $ 500.00 | |
| Harrison | | | Review | revw'd & signed stipulation, email re: same | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 05/23/19 | | | | | 0.1 | | $ 500.00 | |
| | | Date: 05/28/19 | | | | | $ 500.00 | |
| Harrison | | | Review | revw'd Order from court | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Correspondence | email Defs' counsel | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | emails to/from Defs' counsel | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 05/28/19 | | | | | 0.4 | | $ 500.00 | |
| | | Date: 06/02/19 | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. LS re: CL meeting tomorrow | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 06/02/19 | | | | | 0.2 | | $ 500.00 | |
| | | Date: 06/03/19 | | | | | $ 500.00 | |
| Harrison | | | Correspondence | ecf email | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Review | revw'd 7.1 stmnt | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Consulting | conf. JS | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Phone Call | tel. CL | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Edit | edits to default motion papers | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Consulting | conf. LS re: CL meeting | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Meeting | meeting (phone) w/ R.Hernandez @ NYC office | | 0.5 | $ 500.00 | $ 250.00 |
| Harrison | | | Meeting | meeting w/ LS for A.Gil meeting (NYC) | | 0.5 | $ 500.00 | $ 250.00 |
| Harrison | | | Travel | travel to/from NYC for meeting w/ Pizzarotti CLs | | 2 | $ 250.00 | $ 500.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total for 06/03/19 | | | | | 3.9 | | $ 500.00 | |
| | Date: 06/04/19 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. Fable re: draft certificates of default | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. JS | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 06/04/19 | | | | | 0.3 | | $ 500.00 | |
| | Date: 06/13/19 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS re: joint employer research | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. LS | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Draft | edits to ltr. to Judge | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Review | revw'd file | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 06/13/19 | | | | | 0.7 | | $ 500.00 | |
| | Date: 06/14/19 | | | | | | $ 500.00 | |
| Harrison | | | Review | revw'd judge's rules | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Draft | draft declaration for request for cert. default | | 0.4 | $ 500.00 | $ 200.00 |
| Harrison | | | Review | revw'd file | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Review | revw'd & finalized papers re: cert of default request, local rules & ecf rules re: same | | 0.5 | $ 500.00 | $ 250.00 |
| Total for 06/14/19 | | | | | 1.4 | | $ 500.00 | |
| | Date: 06/17/19 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. LS re: CL meeting | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. Fable re: refiling clerk cert. papers, ecf file same, emails re: same | | 0.4 | $ 500.00 | $ 200.00 |
| Total for 06/17/19 | | | | | 0.6 | | $ 500.00 | |
| | Date: 06/19/19 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. LS re: meeting today w/ Gil | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Meeting | meeting w/ A.Gil re: joint-employer issues | | 1 | $ 500.00 | $ 500.00 |
| Harrison | | | Travel | travel to/from Chelsea office to meet w/ A.GII & LS | | 1 | $ 250.00 | $ 250.00 |
| Total for 06/19/19 | | | | | 2.2 | | $ 500.00 | |
| | Date: 07/01/19 | | | | | | $ 500.00 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Harrison | | | | Review | revw'd file, judge's rules re: default judgment, conf. Fable re: same | | 0.3 | $ 500.00 | $ 150.00 |
| Total for 07/01/19 | | | | | | 0.3 | | $ 500.00 | |
| | | Date: 07/02/19 | | | | | | $ 500.00 | |
| Harrison | | | | Consulting | conf. JS | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 07/02/19 | | | | | | 0.1 | | $ 500.00 | |
| | | Date: 07/10/19 | | | | | | $ 500.00 | |
| Harrison | | | | Research | research | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 07/10/19 | | | | | | 0.2 | | $ 500.00 | |
| | | Date: 07/16/19 | | | | | | $ 500.00 | |
| Harrison | | | | Review | revw'd Order | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | | Correspondence | emails to/from Defs' counsel | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 07/16/19 | | | | | | 0.3 | | $ 500.00 | |
| | | Date: 07/18/19 | | | | | | $ 500.00 | |
| Harrison | | | | Correspondence | emails to/from Defs' counsel | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | | Draft | draft prop. scheduling order, revw'd file | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | | Consulting | conf. JS | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | | Review | revw'd Answer | | 0.3 | $ 500.00 | $ 150.00 |
| Total for 07/18/19 | | | | | | 1.1 | | $ 500.00 | |
| | | Date: 07/22/19 | | | | | | $ 500.00 | |
| Harrison | | | | Consulting | conf. JS pre call w/ Defs' counsel | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | | Phone Call | conf. call w/ J.Ho | | 0.4 | $ 500.00 | $ 200.00 |
| Harrison | | | | Consulting | conf. JS | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | | Review | revw'd Judge's order | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | | Edit | edits to prop. scheduling order, email re: same | | 0.3 | $ 500.00 | $ 150.00 |
| Total for 07/22/19 | | | | | | 1.2 | | $ 500.00 | |
| | | Date: 07/25/19 | | | | | | $ 500.00 | |
| Harrison | | | | Edit | revw'd draft Amended Complaint, edits to same, conf. JS re: same | | 0.5 | $ 500.00 | $ 250.00 |
| Total for 07/25/19 | | | | | | 0.5 | | $ 500.00 | |
| | | Date: 08/14/19 | | | | | | $ 500.00 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Harrison | | | Consulting | conf. JS | | 0.1 | $ 500.00 | $ | 50.00 |
| Harrison | | | Review | revw'd file | | 0.1 | $ 500.00 | $ | 50.00 |
| Harrison | | | Consulting | conf. Fable re: 26 a disclosures | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 08/14/19 | | | | | 0.4 | | $ 500.00 | | |
| | | Date: 08/15/19 | | | | | $ 500.00 | | |
| Harrison | | | Review | revw'd affidavit of service recv'd re: SOS service, conf. FA re: e-filing same | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 08/15/19 | | | | | 0.2 | | $ 500.00 | | |
| | | Date: 08/19/19 | | | | | $ 500.00 | | |
| Harrison | | | Consulting | conf. JS | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 08/19/19 | | | | | 0.2 | | $ 500.00 | | |
| | | Date: 08/22/19 | | | | | $ 500.00 | | |
| Harrison | | | Consulting | conf. JS | | 0.1 | $ 500.00 | $ | 50.00 |
| Total for 08/22/19 | | | | | 0.1 | | $ 500.00 | | |
| | | Date: 09/01/19 | | | | | $ 500.00 | | |
| Harrison | | | Correspondence | revw'd corr. from Defs' counsel, emails to FA | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | Draft | draft 26a disclosures | | 0.3 | $ 500.00 | $ | 150.00 |
| Total for 09/01/19 | | | | | 0.5 | | $ 500.00 | | |
| | | Date: 09/16/19 | | | | | $ 500.00 | | |
| Harrison | | | Edit | conf. Fable re: declaration in support of motion for cert. of default, edits re: same | | 0.3 | $ 500.00 | $ | 150.00 |
| Harrison | | | Draft | draft 26a discuslosures | | 0.3 | $ 500.00 | $ | 150.00 |
| Total for 09/16/19 | | | | | 0.6 | | $ 500.00 | | |
| | | Date: 09/17/19 | | | | | $ 500.00 | | |
| Harrison | | | Review | revw'd Pizzarotti discovery production | | 1 | $ 500.00 | $ | 500.00 |
| Harrison | | | Consulting | conf. FA re: research on Defs | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | Consulting | conf. JS | | 0.3 | $ 500.00 | $ | 150.00 |
| Harrison | | | Consulting | conf. JS re: discovery issues, 216b cert. motion | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | Review | revw'd 26a disclosures | | 0.3 | $ 500.00 | $ | 150.00 |
| Harrison | | | Draft | draft Interrogatories | | 0.7 | $ 500.00 | $ | 350.00 |
| Harrison | | | Draft | draft 1st req. for prod. of documents | | 1 | $ 500.00 | $ | 500.00 |
| Total for 09/17/19 | | | | | 3.7 | | $ 500.00 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Date: 09/18/19 | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails to/from LS re: opt-ins | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Consulting | conf. FA re: opt-ins | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. LS re: CL meeting tonight | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Review | revw'd CL contact spreadsheet, conf. FA re: same | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. JS re: finalizing disc. | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Meeting | CL meeting @ 90 Broad St w/ 10 CLs | | 2.25 | $ 500.00 | $ 1,125.00 |
| Harrison | | | Consulting | conf. JS re: CL meeting | | 0.4 | $ 500.00 | $ 200.00 |
| Total for 09/18/19 | | | | | 3.55 | | $ 500.00 | |
| | | Date: 09/19/19 | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | email from JS | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Correspondence | email from J.Ho | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Correspondence | emails to/from LS re: new intake | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. FA re: meeting last night, revw'd intake notes & consent forms | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 09/19/19 | | | | | 0.8 | | $ 500.00 | |
| | | Date: 09/20/19 | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. FA re: status of new CLs | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Draft | draft notices of deposition | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Correspondence | email Edilma re: depositions/prep, conf. JS re: same | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. LS re: CL depositions, prep | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | email from Edilma re: scheduling depositions | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Correspondence | email from FA w/ notices of depo | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 09/20/19 | | | | | 1.1 | | $ 500.00 | |
| | | Date: 09/23/19 | | | | | $ 500.00 | |

| Harrison | | | Correspondence | email J.Ho | | 0.1 | $ 500.00 | $ | 50.00 |
|---|---|---|---|---|---|---|---|---|---|
| Harrison | | | Consulting | conf. JS | | 0.1 | $ 500.00 | $ | 50.00 |
| Harrison | | | Consulting | conf. LS re: depo dates | | 0.1 | $ 500.00 | $ | 50.00 |
| Harrison | | | Correspondence | emails to/from LS re: new opt in | | 0.1 | $ 500.00 | $ | 50.00 |
| Harrison | | | Consulting | conf. E.Chan re: depositions | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | Phone Call | tel. opt-in | | 0.1 | $ 500.00 | $ | 50.00 |
| Harrison | | | Correspondence | emails from LS re: opt-ins | | 0.3 | $ 500.00 | $ | 150.00 |
| Total for 09/23/19 | | | | | 1 | | $ 500.00 | | |
| | | Date: 09/24/19 | | | | | $ 500.00 | | |
| Harrison | | | Correspondence | emails to/from LS re: opt-ins | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | Correspondence | email J.Ho | | 0.1 | $ 500.00 | $ | 50.00 |
| Harrison | | | Correspondence | email from E.Chan re: depositions | | 0.1 | $ 500.00 | $ | 50.00 |
| Harrison | | | Consulting | conf. JS re: discovery issues | | 0.5 | $ 500.00 | $ | 250.00 |
| Total for 09/24/19 | | | | | 0.9 | | $ 500.00 | | |
| | | Date: 09/25/19 | | | | | $ 500.00 | | |
| Harrison | | | Meeting | CL meeting in Chelsea Office | | 3 | $ 500.00 | $ | 1,500.00 |
| Harrison | | | Travel | travel to/from Chelsea office for CL meeting | | 1 | $ 500.00 | $ | 500.00 |
| Harrison | | | Consulting | conf. LS re: CL meeting | | 0.3 | $ 250.00 | $ | 75.00 |
| Harrison | | | Phone Call | tel. opt-in | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 09/25/19 | | | | | 4.5 | | $ 500.00 | | |
| | | Date: 09/26/19 | | | | | $ 500.00 | | |
| Harrison | | | Review | revw'd file, intake notes, conf. FA | | 0.3 | $ 500.00 | $ | 150.00 |
| Harrison | | | Consulting | conf. JS re: depositions, intake, discovery | | 0.9 | $ 500.00 | $ | 450.00 |
| Total for 09/26/19 | | | | | 1.2 | | $ 500.00 | | |
| | | Date: 09/27/19 | | | | | $ 500.00 | | |
| Harrison | | | Review | revw'd consent forms, conf. FA re: ecf filing same, emails re: same | | 0.3 | $ 500.00 | $ | 150.00 |

| | | | Type | Description | | Hours | Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Harrison | | | Consulting | conf. FA re: deposition prep, emails re: same | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 09/27/19 | | | | | 0.5 | | $ 500.00 | | |
| | Date: 10/02/19 | | | | | | $ 500.00 | | |
| Harrison | | | Correspondence | emails from/to LS re: new opt-in | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | Consulting | conf. FA re: opt-ins | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | Phone Call | tel. opt-in | | 0.1 | $ 500.00 | $ | 50.00 |
| Total for 10/02/19 | | | | | 0.5 | | $ 500.00 | | |
| | Date: 10/07/19 | | | | | | $ 500.00 | | |
| Harrison | | | Consulting | conf. JS | | 0.3 | $ 500.00 | $ | 150.00 |
| Harrison | | | Correspondence | email J.Ho | | 0.1 | $ 500.00 | $ | 50.00 |
| Harrison | | | Phone Call | tel. opt-in | | 0.1 | $ 500.00 | $ | 50.00 |
| Total for 10/07/19 | | | | | 0.5 | | $ 500.00 | | |
| | Date: 10/10/19 | | | | | | $ 500.00 | | |
| Harrison | | | Consulting | conf. JS | | 0.3 | $ 500.00 | $ | 150.00 |
| Total for 10/10/19 | | | | | 0.3 | | $ 500.00 | | |
| | Date: 10/16/19 | | | | | | $ 500.00 | | |
| Harrison | | | Consulting | conf. JS | | 0.7 | $ 500.00 | $ | 350.00 |
| Total for 10/16/19 | | | | | 0.7 | | $ 500.00 | | |
| | Date: 10/18/19 | | | | | | $ 500.00 | | |
| Harrison | | | Correspondence | emails to/from JS | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 10/18/19 | | | | | 0.2 | | $ 500.00 | | |
| | Date: 10/23/19 | | | | | | $ 500.00 | | |
| Harrison | | | Consulting | conf. JS | | 0.5 | $ 500.00 | $ | 250.00 |
| Total for 10/23/19 | | | | | 0.5 | | $ 500.00 | | |
| | Date: 10/24/19 | | | | | | $ 500.00 | | |
| Harrison | | | Correspondence | email | | 0.1 | $ 500.00 | $ | 50.00 |
| Harrison | | | Correspondence | emails | | 0.1 | $ 500.00 | $ | 50.00 |
| Total for 10/24/19 | | | | | 0.2 | | $ 500.00 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Date: 10/25/19 | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails | 0.2 | $ 500.00 | $ 100.00 |
| Total for 10/25/19 | | | | | 0.2 | $ 500.00 | |
| | Date: 10/28/19 | | | | | $ 500.00 | |
| Harrison | | | Correspondence | email JS | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Consulting | conf. JS re: depositions | 0.9 | $ 500.00 | $ 450.00 |
| Harrison | | | Consulting | conf. JS | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. JS | 0.1 | $ 500.00 | $ 50.00 |
| Total for 10/28/19 | | | | | 1.3 | $ 500.00 | |
| | Date: 10/29/19 | | | | | $ 500.00 | |
| Harrison | | | Review | revw'd intake notes, draft summary of same | 0.6 | $ 500.00 | $ 300.00 |
| Harrison | | | Correspondence | emails from Defs counsel | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. JS re: tomorrow's depositions | 0.9 | $ 500.00 | $ 450.00 |
| Harrison | | | Correspondence | email | 0.1 | $ 500.00 | $ 50.00 |
| Total for 10/29/19 | | | | | 1.8 | $ 500.00 | |
| | Date: 10/30/19 | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS re: deposition | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Review | revw'd depo outline | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Deposition | Giacomo deposition | 3.9 | $ 500.00 | $ 1,950.00 |
| Harrison | | | Deposition | Roberto Deposition | 2.5 | $ 500.00 | $ 1,250.00 |
| Harrison | | | Consulting | conf. JS re: deposition during lunch break | 0.8 | $ 500.00 | $ 400.00 |
| Harrison | | | Consulting | conf. JS re: depositions after deposition | 0.4 | $ 500.00 | $ 200.00 |
| Total for 10/30/19 | | | | | 8 | $ 500.00 | |
| | Date: 10/31/19 | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. JS | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Consulting | conf. FA re: cleaner issue | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. Lillian re: WhatsApp msgs. from CL | 0.2 | $ 500.00 | $ 100.00 |
| Total for 10/31/19 | | | | | 0.9 | $ 500.00 | |

| | | | | | | $ | |
|---|---|---|---|---|---|---|---|
| | Date: 11/03/19 | | | | | $ 500.00 | |
| Harrison | | Meeting | meeting opt in @ 90 broad st | | 0.5 | $ 500.00 | $ 250.00 |
| Harrison | | Consulting | conf Ediilma re status update | | 0.3 | $ 500.00 | $ 150.00 |
| Total for 11/03/19 | | | | 0.8 | | $ 500.00 | |
| | Date: 11/04/19 | | | | | $ 500.00 | |
| Harrison | | Consulting | conf. JS | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | Correspondence | emails to/from JS | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 11/04/19 | | | | 0.3 | | $ 500.00 | |
| | Date: 11/05/19 | | | | | $ 500.00 | |
| Harrison | | Consulting | conf. JS | | 0.4 | $ 500.00 | $ 200.00 |
| Harrison | | Consulting | CONF. JS | | 0.4 | $ 500.00 | $ 200.00 |
| Total for 11/05/19 | | | | 0.8 | | $ 500.00 | |
| | Date: 11/06/19 | | | | | $ 500.00 | |
| Harrison | | Correspondence | email to E.Chan | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | Correspondence | email to Defs' counsel | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | Review | rev'wd draft 30b6 notice | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | Consulting | conf. JS re: doc production | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | Consulting | conf. JS re: depositions | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 11/06/19 | | | | 0.7 | | $ 500.00 | |
| | Date: 11/11/19 | | | | | $ 500.00 | |
| Harrison | | Consulting | conf. JS | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | Correspondence | email | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 11/11/19 | | | | 0.2 | | $ 500.00 | |
| | Date: 11/12/19 | | | | | $ 500.00 | |
| Harrison | | Consulting | conf. JS | | 0.3 | $ 500.00 | $ 150.00 |
| Total for 11/12/19 | | | | 0.3 | | $ 500.00 | |
| | Date: 11/13/19 | | | | | $ 500.00 | |
| Harrison | | Correspondence | email Defs' counsel | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 11/13/19 | | | | 0.1 | | $ 500.00 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Date: 11/18/19 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails to/from E.Chan | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. JS | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 11/18/19 | | | | | 0.3 | | $ 500.00 | |
| | Date: 11/21/19 | | | | | | $ 500.00 | |
| Harrison | | | Review | revw'd JS notes from meeting w/ CL yesterday | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 11/21/19 | | | | | 0.1 | | $ 500.00 | |
| | Date: 11/25/19 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. FA & LS re: opt in | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 11/25/19 | | | | | 0.2 | | $ 500.00 | |
| | Date: 12/03/19 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | email | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 12/03/19 | | | | | 0.1 | | $ 500.00 | |
| | Date: 12/05/19 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. FA re: consent ecf filed | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Consulting | conf. JS | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 12/05/19 | | | | | 0.4 | | $ 500.00 | |
| | Date: 12/10/19 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 12/10/19 | | | | | 0.2 | | $ 500.00 | |
| | Date: 12/11/19 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 12/11/19 | | | | | 0.1 | | $ 500.00 | |
| | Date: 12/12/19 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | email | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 12/12/19 | | | | | 0.1 | | $ 500.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Date: 12/16/19 | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS re: deposition, outstanding discovery | 0.6 | $ 500.00 | $    300.00 |
| Harrison | | | Correspondence | email | 0.1 | $ 500.00 | $    50.00 |
| Harrison | | | Research | research on default issue | 0.2 | $ 500.00 | $    100.00 |
| Harrison | | | Correspondence | ecf email | 0.1 | $ 500.00 | $    50.00 |
| Total for 12/16/19 | | | | | 1 | $ 500.00 | |
| | | Date: 12/18/19 | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS re: today's deposition | 0.2 | $ 500.00 | $    100.00 |
| Harrison | | | Consulting | conf. JS re: today's deposition | 0.3 | $ 500.00 | $    150.00 |
| Total for 12/18/19 | | | | | 0.5 | $ 500.00 | |
| | | Date: 12/30/19 | | | | $ 500.00 | |
| Harrison | | | Correspondence | email J.Ho re: deposition | 0.1 | $ 500.00 | $    50.00 |
| Harrison | | | Correspondence | email JS | 0.1 | $ 500.00 | $    50.00 |
| Harrison | | | Consulting | conf. JS re: deposition scheduling | 0.2 | $ 500.00 | $    100.00 |
| Harrison | | | Correspondence | email E.Chan re: deposition scheduling | 0.1 | $ 500.00 | $    50.00 |
| Total for 12/30/19 | | | | | 0.5 | $ 500.00 | |
| | | Date: 12/31/19 | | | | $ 500.00 | |
| Harrison | | | Correspondence | email | 0.1 | $ 500.00 | $    50.00 |
| Harrison | | | Correspondence | emails from/to JS, E.Chan re: deposition scheduling | 0.2 | $ 500.00 | $    100.00 |
| Total for 12/31/19 | | | | | 0.3 | $ 500.00 | |
| | | Date: 01/06/20 | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails | 0.2 | $ 500.00 | $    100.00 |
| Total for 01/06/20 | | | | | 0.2 | $ 500.00 | |
| | | Date: 01/07/20 | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS | 0.2 | $ 500.00 | $    100.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Harrison | | | Correspondence | emails to/from JS re: new opt-in | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | emails from JS to Defs' counsel re: scheduling matters, ltr. to court re: extension | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 01/07/20 | | | | | 0.6 | | $ 500.00 | |
| | Date: 01/08/20 | | | | | | $ 500.00 | |
| Harrison | | | Review | revw'd J.Ho ltr. to court | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Review | revw'd court orders | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Correspondence | emails to/from Defs' counsel re: discovery | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. JS re: tomorrow's deposition, Cesar prep | | 0.4 | $ 500.00 | $ 200.00 |
| Harrison | | | Review | revw'd disc. | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | emails from/to EC re: new opt-in | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | emails from/to E.Chan & FA re: new opt-in | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 01/08/20 | | | | | 1.4 | | $ 500.00 | |
| | Date: 01/10/20 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS re: depositions | | 0.5 | $ 500.00 | $ 250.00 |
| Harrison | | | Correspondence | emails | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 01/10/20 | | | | | 0.7 | | $ 500.00 | |
| | Date: 01/13/20 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Consulting | conf. FA re: depositions | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 01/13/20 | | | | | 0.2 | | $ 500.00 | |
| | Date: 01/15/20 | | | | | | $ 500.00 | |
| Harrison | | | Review | revw'd text msgs. from Defs, emails re: same | | 0.4 | $ 500.00 | $ 200.00 |
| Harrison | | | Consulting | conf. JS | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. JS | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 01/15/20 | | | | | 0.8 | | $ 500.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Date: 01/19/20 | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails | 0.1 | $ 500.00 | $ 50.00 |
| Total for 01/19/20 | | | | | 0.1 | $ 500.00 | |
| | | Date: 01/20/20 | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails | 0.1 | $ 500.00 | $ 50.00 |
| Total for 01/20/20 | | | | | 0.1 | $ 500.00 | |
| | | Date: 01/22/20 | | | | $ 500.00 | |
| Harrison | | | Consulting | conference with JD re tomorrow's deposition | 0.3 | $ 500.00 | $ 150.00 |
| Total for 01/22/20 | | | | | 0.3 | $ 500.00 | |
| | | Date: 01/23/20 | | | | $ 500.00 | |
| Harrison | | | Deposition | giacomo deposition | 4 | $ 500.00 | $ 2,000.00 |
| Harrison | | | Consulting | Conf JS re deposition | 0.4 | $ 500.00 | $ 200.00 |
| Harrison | | | Correspondence | emails | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | emails to/from J.Ho re: scheduling matters | 0.2 | $ 500.00 | $ 100.00 |
| Total for 01/23/20 | | | | | 4.8 | $ 500.00 | |
| | | Date: 01/27/20 | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails | 0.2 | $ 500.00 | $ 100.00 |
| Total for 01/27/20 | | | | | 0.2 | $ 500.00 | |
| | | Date: 02/05/20 | | | | $ 500.00 | |
| Harrison | | | Correspondence | email from Defs' counsel | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Correspondence | ecf email, email JS re: same | 0.2 | $ 500.00 | $ 100.00 |
| Total for 02/05/20 | | | | | 0.3 | $ 500.00 | |
| | | Date: 02/06/20 | | | | $ 500.00 | |
| Harrison | | | Meeting | meeting w/ new opt-in | 0.4 | $ 500.00 | $ 200.00 |
| Total for 02/06/20 | | | | | 0.4 | $ 500.00 | |
| | | Date: 02/10/20 | | | | $ 500.00 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Harrison | | | Correspondence | emails | | | 0.1 | $ 500.00 | $ | 50.00 |
| Total for 02/10/20 | | | | | | 0.1 | | $ 500.00 | | |
| | Date: 02/11/20 | | | | | | | $ 500.00 | | |
| Harrison | | | Correspondence | email | | | 0.1 | $ 500.00 | $ | 50.00 |
| Harrison | | | Consulting | conf. JS | | | 0.1 | $ 500.00 | $ | 50.00 |
| Total for 02/11/20 | | | | | | 0.2 | | $ 500.00 | | |
| | Date: 02/16/20 | | | | | | | $ 500.00 | | |
| Harrison | | | Consulting | conf. JS | | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 02/16/20 | | | | | | 0.2 | | $ 500.00 | | |
| | Date: 02/21/20 | | | | | | | $ 500.00 | | |
| Harrison | | | Consulting | conf. JS | | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 02/21/20 | | | | | | 0.2 | | $ 500.00 | | |
| | Date: 03/02/20 | | | | | | | $ 500.00 | | |
| Harrison | | | Correspondence | emails | | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 03/02/20 | | | | | | 0.2 | | $ 500.00 | | |
| | Date: 03/09/20 | | | | | | | $ 500.00 | | |
| Harrison | | | Correspondence | emails from/to Defs' counsel | | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 03/09/20 | | | | | | 0.2 | | $ 500.00 | | |
| | Date: 03/11/20 | | | | | | | $ 500.00 | | |
| Harrison | | | Phone Call | phone call w/ Defs' counsel | | | 0.5 | $ 500.00 | $ | 250.00 |
| Harrison | | | Consulting | conf. JS | | | 0.1 | $ 500.00 | $ | 50.00 |
| Harrison | | | Review | revw'd Order | | | 0.1 | $ 500.00 | $ | 50.00 |
| Total for 03/11/20 | | | | | | 0.7 | | $ 500.00 | | |
| | Date: 03/12/20 | | | | | | | $ 500.00 | | |
| Harrison | | | Draft | draft ltr. to court, revw'd Defs' ltr. to court | | | 1 | $ 500.00 | $ | 500.00 |
| Harrison | | | Consulting | conf. JS re: SJ motion, ltr. to court | | | 0.5 | $ 500.00 | $ | 250.00 |
| Total for 03/12/20 | | | | | | 1.5 | | $ 500.00 | | |
| | Date: 03/13/20 | | | | | | | $ 500.00 | | |
| Harrison | | | Consulting | conf. JS | | | 0.1 | $ 500.00 | $ | 50.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Harrison | | | Correspondence | email | | | 0.1 | $ 500.00 | $      50.00 |
| Harrison | | | Phone Call | tel. opt-in | | | 0.1 | $ 500.00 | $      50.00 |
| Total for 03/13/20 | | | | | | 0.3 | | $ 500.00 | |
| | Date: 03/18/20 | | | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS, FA re: doc production | | | 0.3 | $ 500.00 | $     150.00 |
| Total for 03/18/20 | | | | | | 0.3 | | $ 500.00 | |
| | Date: 04/13/20 | | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | email | | | 0.1 | $ 500.00 | $      50.00 |
| Total for 04/13/20 | | | | | | 0.1 | | $ 500.00 | |
| | Date: 04/14/20 | | | | | | | $ 500.00 | |
| Harrison | | | Review | revw'd draft ltr. to courtj, emails re: same | | | 0.2 | $ 500.00 | $     100.00 |
| Harrison | | | Correspondence | emails to/from JS re: ltr. to court | | | 0.2 | $ 500.00 | $     100.00 |
| Harrison | | | Correspondence | emails to/from Defs' counsel, JS | | | 0.2 | $ 500.00 | $     100.00 |
| Harrison | | | Consulting | conf. JS | | | 0.3 | $ 500.00 | $     150.00 |
| Total for 04/14/20 | | | | | | 0.9 | | $ 500.00 | |
| | Date: 04/21/20 | | | | | | | $ 500.00 | |
| Harrison | | | Review | revw'd file, revw'd docket, revw'd affidavits of service, emails to FA re: drafting req. for cert. of default | | | 0.3 | $ 500.00 | $     150.00 |
| Total for 04/21/20 | | | | | | 0.3 | | $ 500.00 | |
| | Date: 04/24/20 | | | | | | | $ 500.00 | |
| Harrison | | | Draft | draft Declaration | | | 1 | $ 500.00 | $     500.00 |
| Harrison | | | Review | revw'd file & docket, conf. FA re: same | | | 0.5 | $ 500.00 | $     250.00 |
| Harrison | | | Draft | draft prop. Certificates of Default for Defs Atlantic & Acevedo, revw'd docket re: same | | | 0.7 | $ 500.00 | $     350.00 |
| Total for 04/24/20 | | | | | | 2.2 | | $ 500.00 | |
| | Date: 04/26/20 | | | | | | | $ 500.00 | |
| Harrison | | | Review | revw'd clerks cert of def | | | 0.1 | $ 500.00 | $      50.00 |
| Total for 04/26/20 | | | | | | 0.1 | | $ 500.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Date: 04/27/20 | | | | | $ 500.00 | |
| Harrison | | Consulting | conf. FA | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 04/27/20 | | | | 0.1 | | $ 500.00 | |
| | Date: 05/08/20 | | | | | $ 500.00 | |
| Harrison | | Consulting | conf. JS | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 05/08/20 | | | | 0.2 | | $ 500.00 | |
| | Date: 06/08/20 | | | | | $ 500.00 | |
| Harrison | | Review | Reviewed document and judge's rules | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | Phone Call | JS re: upcoming conf., SJ motions | | 0.8 | $ 500.00 | $ 400.00 |
| Harrison | | Review | revw'd draft ltr. to judge, emails re: same | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 06/08/20 | | | | 1.2 | | $ 500.00 | |
| | Date: 06/09/20 | | | | | $ 500.00 | |
| Harrison | | Consulting | conf. JS re: pre-motion ltr. | | 0.4 | $ 500.00 | $ 200.00 |
| Total for 06/09/20 | | | | 0.4 | | $ 500.00 | |
| | Date: 06/10/20 | | | | | $ 500.00 | |
| Harrison | | Consulting | conf. JS re: Defs' 56.1 stmnt | | 0.6 | $ 500.00 | $ 300.00 |
| Total for 06/10/20 | | | | 0.6 | | $ 500.00 | |
| | Date: 06/12/20 | | | | | $ 500.00 | |
| Harrison | | Consulting | conf. JS re: 56.1 opposition | | 0.5 | $ 500.00 | $ 250.00 |
| Harrison | | Consulting | conf. FA re: list of opt-ins, email re: same, tel. opt-in | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | Review | revw'd Defs' 6/12 Lette, emails re: same | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | Consulting | conf. JS | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | Consulting | conf. JS | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | Review | revw'd ltr. to judge, email re: same | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 06/12/20 | | | | 1.3 | | $ 500.00 | |
| | Date: 06/14/20 | | | | | $ 500.00 | |
| Harrison | | Review | revw'd & edits to ltr. to judge, emails re: same | | 0.6 | $ 500.00 | $ 300.00 |
| Total for 06/14/20 | | | | 0.6 | | $ 500.00 | |
| | Date: 06/15/20 | | | | | $ 500.00 | |
| Harrison | | Consulting | conf. JS | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | Consulting | conf. JS | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | Consulting | conf. JS | | 0.1 | $ 500.00 | $ 50.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Harrison | | | | Review | revw'd & edits to 56.1 counterstmnt, emails re: same | | 1 | $ 500.00 | $ 500.00 |
| Total for 06/15/20 | | | | | | 1.4 | | $ 500.00 | |
| | | Date: 06/16/20 | | | | | | $ 500.00 | |
| Harrison | | | | Consulting | conf. JS before conf. w/ court | | 0.4 | $ 500.00 | $ 200.00 |
| Total for 06/16/20 | | | | | | 0.4 | | $ 500.00 | |
| | | Date: 06/17/20 | | | | | | $ 500.00 | |
| Harrison | | | | Consulting | conf. JS | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | | Consulting | conf. JS | | 0.5 | $ 500.00 | $ 250.00 |
| Total for 06/17/20 | | | | | | 0.7 | | $ 500.00 | |
| | | Date: 06/29/20 | | | | | | $ 500.00 | |
| Harrison | | | | Review | revw'd judge's rules on default judgment, conf. FA re: same | | 0.3 | $ 500.00 | $ 150.00 |
| Total for 06/29/20 | | | | | | 0.3 | | $ 500.00 | |
| | | Date: 07/01/20 | | | | | | $ 500.00 | |
| Harrison | | | | Consulting | Conf. JS | | 0.3 | $ 500.00 | $ 150.00 |
| Total for 07/01/20 | | | | | | 0.3 | | $ 500.00 | |
| | | Date: 07/02/20 | | | | | | $ 500.00 | |
| Harrison | | | | Review | Revw'd Defs' def. Judgment papers | | 0.4 | $ 500.00 | $ 200.00 |
| Harrison | | | | Draft | Draft Plaintiffs' def. Judgment papers | | 3 | $ 500.00 | $ 1,500.00 |
| Total for 07/02/20 | | | | | | 3.4 | | $ 500.00 | |
| | | Date: 07/08/20 | | | | | | $ 500.00 | |
| Harrison | | | | Review | Revw'd file, tel. Court, email JS re: Same | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | | Correspondence | Emails to/from EC, JS | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | | Correspondence | Emails from/to JS | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 07/08/20 | | | | | | 0.6 | | $ 500.00 | |
| | | Date: 07/09/20 | | | | | | $ 500.00 | |
| Harrison | | | | Correspondence | Email from LS re: CL meeting | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | | Correspondence | Emails from/to EC re: CL meeting | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | | Consulting | Conf. JS | | 0.2 | $ 500.00 | $ 100.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total for 07/09/20 | | | | | 0.5 | | $ 500.00 | |
| | Date: 07/17/20 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | Conf. JS re SJ motion | | 0.9 | $ 500.00 | $      450.00 |
| Total for 07/17/20 | | | | | 0.9 | | $ 500.00 | |
| | Date: 07/21/20 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | Emails from JS, ECF re: Filing of decl. Of service | | 0.2 | $ 500.00 | $      100.00 |
| Total for 07/21/20 | | | | | 0.2 | | $ 500.00 | |
| | Date: 07/22/20 | | | | | | $ 500.00 | |
| Harrison | | | Review | Revw'd memo from JS re: SJ declarations, conf. FA re: Same, revw'd CL intakes re: Same | | 0.4 | $ 500.00 | $      200.00 |
| Total for 07/22/20 | | | | | 0.4 | | $ 500.00 | |
| | Date: 07/24/20 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | Conf. JS re: SJ motion, Declarations from opt-ins, revw'd intake notes re: Same | | 1.9 | $ 500.00 | $      950.00 |
| Harrison | | | Correspondence | Emails to/from EC re: CL meetings next week | | 0.2 | $ 500.00 | $      100.00 |
| Total for 07/24/20 | | | | | 2.1 | | $ 500.00 | |
| | Date: 07/27/20 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | Emails from/to EC re: CL calls for declaration | | 0.2 | $ 500.00 | $      100.00 |
| Harrison | | | Consulting | Conf. JS, revw'd file & emailed intake doc | | 0.2 | $ 500.00 | $      100.00 |
| Total for 07/27/20 | | | | | 0.4 | | $ 500.00 | |
| | Date: 07/28/20 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | Conf. JS | | 0.7 | $ 500.00 | $      350.00 |
| Harrison | | | Correspondence | Email | | 0.1 | $ 500.00 | $       50.00 |
| Harrison | | | Consulting | Conf. JS re: Declarations, SJ opposition | | 0.9 | $ 500.00 | $      450.00 |
| Harrison | | | Correspondence | Emails to/from EC re; opt-in | | 0.2 | $ 500.00 | $      100.00 |
| Harrison | | | Phone Call | Tel. CL | | 0.1 | $ 500.00 | $       50.00 |
| Harrison | | | Correspondence | Emails from/to EC, JS re: Declarations | | 0.2 | $ 500.00 | $      100.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total for 07/28/20 | | | | | 2.2 | $ 500.00 | |
| | Date: 07/29/20 | | | | | $ 500.00 | |
| Harrison | | Phone Call | Tel. Opt-in | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | Consulting | Conf. FA re: New opt-in | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | Consulting | Conf. JS re: New opt-in | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | Consulting | Conf. BF re: Research on joint-employer | | 0.3 | $ 500.00 | $ 150.00 |
| Total for 07/29/20 | | | | | 0.8 | $ 500.00 | |
| | Date: 07/31/20 | | | | | $ 500.00 | |
| Harrison | | Consulting | Conf. JS | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 07/31/20 | | | | | 0.2 | $ 500.00 | |
| | Date: 08/04/20 | | | | | $ 500.00 | |
| Harrison | | Consulting | Conference with JS regarding discovery | | 0.7 | $ 500.00 | $ 350.00 |
| Total for 08/04/20 | | | | | 0.7 | $ 500.00 | |
| | Date: 08/05/20 | | | | | $ 500.00 | |
| Harrison | | Consulting | Conf. JS | | 0.4 | $ 500.00 | $ 200.00 |
| Total for 08/05/20 | | | | | 0.4 | $ 500.00 | |
| | Date: 08/06/20 | | | | | $ 500.00 | |
| Harrison | | Correspondence | Emails | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 08/06/20 | | | | | 0.2 | $ 500.00 | |
| | Date: 08/07/20 | | | | | $ 500.00 | |
| Harrison | | Correspondence | Emails | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 08/07/20 | | | | | 0.2 | $ 500.00 | |
| | Date: 08/09/20 | | | | | $ 500.00 | |
| Harrison | | Consulting | Conf. JS | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 08/09/20 | | | | | 0.1 | $ 500.00 | |
| | Date: 08/10/20 | | | | | $ 500.00 | |
| Harrison | | Consulting | Conf. JS re: Declarations | | 0.4 | $ 500.00 | $ 200.00 |
| Harrison | | Review | Revw'd & edits to Darwin Declaration | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | Review | Revw'd Nelson Declaration | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 08/10/20 | | | | | 0.8 | $ 500.00 | |
| | Date: 08/11/20 | | | | | $ 500.00 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Harrison | | | Correspondence | Email | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Review | Revw'd & edits to Aguire Declaration, emails re: Same | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Consulting | Conf. JS re: Supp. Doc. Production, emails re: Same | | 0.4 | $ 500.00 | $ 200.00 |
| Total for 08/11/20 | | | | | 0.8 | | $ 500.00 | |
| | | Date: 08/12/20 | | | | | $ 500.00 | |
| Harrison | | | Review | Revw'd & edits to Aguire Declaration, conf. JS re: Same | | 0.4 | $ 500.00 | $ 200.00 |
| Harrison | | | Correspondence | Email from J.Ho, conf. JS re: Same | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 08/12/20 | | | | | 0.6 | | $ 500.00 | |
| | | Date: 08/13/20 | | | | | $ 500.00 | |
| Harrison | | | Correspondence | Email from JS | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Correspondence | Emails from/to translator | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | Email from EC | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Consulting | Conf. JS | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 08/13/20 | | | | | 0.6 | | $ 500.00 | |
| | | Date: 08/14/20 | | | | | $ 500.00 | |
| Harrison | | | Edit | Edits to 56.1 stmnt | | 3 | $ 500.00 | $ 1,500.00 |
| Harrison | | | Correspondence | Emails to/from translator re: SJ exhibits | | 0.3 | $ 500.00 | $ 150.00 |
| Total for 08/14/20 | | | | | 3.3 | | $ 500.00 | |
| | | Date: 08/16/20 | | | | | $ 500.00 | |
| Harrison | | | Research | Research on SJ in FLSA construction cases, joint ER issue | | 1 | $ 500.00 | $ 500.00 |
| Harrison | | | Consulting | Conf. JS & FA re: SJ opposition papers, | | 0.5 | $ 500.00 | $ 250.00 |
| Harrison | | | Edit | Edits to 56.1 stmnt | | 1 | $ 500.00 | $ 500.00 |
| Total for 08/16/20 | | | | | 2.5 | | $ 500.00 | |
| | | Date: 08/17/20 | | | | | $ 500.00 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Harrison | | | Draft | Draft DH declaration, revw'd exhibits | | 1.5 | $ 500.00 | $ | 750.00 |
| Harrison | | | Review | Revw'd & edits to brief, conf. JS re: Same, revw'd research & new DOL reg langauage | | 2 | $ 500.00 | $ | 1,000.00 |
| Harrison | | | Correspondence | Emails from/to EC | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | Consulting | Conf. JS re: Finalizing brief | | 1 | $ 500.00 | $ | 500.00 |
| Harrison | | | Review | Revw'd judges' rules | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 08/17/20 | | | | | 4.9 | | $ 500.00 | | |
| | Date: 08/20/20 | | | | | | $ 500.00 | | |
| Harrison | | | Correspondence | Email from EC | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | Consulting | Conf. JS | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 08/20/20 | | | | | 0.4 | | $ 500.00 | | |
| | Date: 08/30/20 | | | | | | $ 500.00 | | |
| Harrison | | | Consulting | Conf. JS | | 0.5 | $ 500.00 | $ | 250.00 |
| Harrison | | | Review | Revw'd counter-stmtn. To 56.1 stmnt, email JS re: Same | | 0.4 | $ 500.00 | $ | 200.00 |
| Total for 08/30/20 | | | | | 0.9 | | $ 500.00 | | |
| | Date: 08/31/20 | | | | | | $ 500.00 | | |
| Harrison | | | Correspondence | Email from JS | | 0.1 | $ 500.00 | $ | 50.00 |
| Harrison | | | Consulting | Conf. JS | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | Phone Call | Tel. E.Chan | | 0.1 | $ 500.00 | $ | 50.00 |
| Harrison | | | Edit | Edit Aguire Decl | | 0.1 | $ 500.00 | $ | 50.00 |
| Harrison | | | Correspondence | Email J.Ho | | 0.1 | $ 500.00 | $ | 50.00 |
| Total for 08/31/20 | | | | | 0.6 | | $ 500.00 | | |
| | Date: 09/01/20 | | | | | | $ 500.00 | | |
| Harrison | | | Correspondence | Emails from/to J.Ho | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | Draft | Draft ltr. To judge | | 0.3 | $ 500.00 | $ | 150.00 |
| Total for 09/01/20 | | | | | 0.5 | | $ 500.00 | | |
| | Date: 09/08/20 | | | | | | $ 500.00 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Harrison | | | Correspondence | Emails to/from JS re: DOL joint-employer ruling | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 09/08/20 | | | | | 0.2 | | $ 500.00 | |
| | | Date: 09/09/20 | | | | | $ 500.00 | |
| Harrison | | | Edit | Edits to ltr. To Court | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Edit | Edits to revised ltr., conf. JS re: Same | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Draft | Draft ltr. To Atlantic Defs, Decl. Of Service, conf. JS re: Same, emails re: Same | | 0.5 | $ 500.00 | $ 250.00 |
| Harrison | | | Review | Revw'd docket, judges' rules | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | Conf. JS re: Ltr. To court | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 09/09/20 | | | | | 1.3 | | $ 500.00 | |
| | | Date: 09/15/20 | | | | | $ 500.00 | |
| Harrison | | | Review | Revw'd order | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Review | Revw'd file, docket in prep for court hearing | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Court Time | Phone hearing on default | | 0.4 | $ 500.00 | $ 200.00 |
| Total for 09/15/20 | | | | | 0.7 | | $ 500.00 | |
| | | Date: 09/17/20 | | | | | $ 500.00 | |
| Harrison | | | Consulting | Conf. JS re: New opt-in, emails to/from EC, FA, JS re: Same | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Review | Revw'd draft ltr to CLs, conf. JS re: Same, emails re: Same | | 0.3 | $ 500.00 | $ 150.00 |
| Total for 09/17/20 | | | | | 0.6 | | $ 500.00 | |
| | | Date: 09/22/20 | | | | | $ 500.00 | |
| Harrison | | | Correspondence | Emails to/from E.Chan re: D.Gonzalez meeting | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | Conf. JS | | 0.4 | $ 500.00 | $ 200.00 |
| Total for 09/22/20 | | | | | 0.6 | | $ 500.00 | |
| | | Date: 09/23/20 | | | | | $ 500.00 | |
| Harrison | | | Correspondence | Emails to/from EC, JS re: Meeting | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 09/23/20 | | | | | 0.2 | | $ 500.00 | |
| | | Date: 09/29/20 | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Harrison | | | Correspondence | Emails re: Meeting @ 90 Broad St. | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 09/29/20 | | | | | 0.2 | | $ 500.00 | |
| | Date: 09/30/20 | | | | | | $ 500.00 | |
| Harrison | | | Meeting | Meeting with JS to meet new opt-in Omar Morales as well as Hussein and David Gonzalez re: Atlantic. | | 2 | $ 500.00 | $ 1,000.00 |
| Harrison | | | Meeting | Conference with JS to discuss Pizzarotti opt-in and meeting notes. | | 0.5 | $ 500.00 | $ 250.00 |
| Total for 09/30/20 | | | | | 2.5 | | $ 500.00 | |
| | Date: 10/05/20 | | | | | | $ 500.00 | |
| Harrison | | | Meeting | Conf. FA new opt-in meeting notes Pizzarotti matter | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 10/05/20 | | | | | 0.1 | | $ 500.00 | |
| | Date: 10/19/20 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | Emails | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 10/19/20 | | | | | 0.2 | | $ 500.00 | |
| | Date: 10/26/20 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | Emails | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | Conf. FA re: CL update, emails re: Same | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 10/26/20 | | | | | 0.4 | | $ 500.00 | |
| | Date: 01/08/21 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | Conf. FA re CL call, emails to/from JS re: CL update | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 01/08/21 | | | | | 0.2 | | $ 500.00 | |
| | Date: 02/04/21 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | Emails to/from EC | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 02/04/21 | | | | | 0.2 | | $ 500.00 | |
| | Date: 03/02/21 | | | | | | $ 500.00 | |
| Harrison | | | Phone Call | tel. CL | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 03/02/21 | | | | | 0.1 | | $ 500.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Date: 03/29/21 | | | | | $ 500.00 | |
| Harrison | | Review | revw'd SJ decision | | 0.5 | $ 500.00 | $ 250.00 |
| Harrison | | Correspondence | email Defs' counsel | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | Correspondence | email | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 03/29/21 | | | | 0.7 | | $ 500.00 | |
| | Date: 03/30/21 | | | | | $ 500.00 | |
| Harrison | | Consulting | conf. JS | | 0.4 | $ 500.00 | $ 200.00 |
| Total for 03/30/21 | | | | 0.4 | | $ 500.00 | |
| | Date: 04/01/21 | | | | | $ 500.00 | |
| Harrison | | Correspondence | emails | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 04/01/21 | | | | 0.2 | | $ 500.00 | |
| | Date: 04/02/21 | | | | | $ 500.00 | |
| Harrison | | Phone Call | tel. J.Ho & JS re: settlement | | 0.4 | $ 500.00 | $ 200.00 |
| Harrison | | Correspondence | emails to/from J.Ho | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | Consulting | conf. JS before & after phone call w/ J.Ho re: settlement, damages | | 0.6 | $ 500.00 | $ 300.00 |
| Total for 04/02/21 | | | | 1.1 | | $ 500.00 | |
| | Date: 04/05/21 | | | | | $ 500.00 | |
| Harrison | | Consulting | conf. JS | | 0.5 | $ 500.00 | $ 250.00 |
| Harrison | | Review | revw'd docket & emails/phones for CL communications, conf. JS re: same | | 0.5 | $ 500.00 | $ 250.00 |
| Harrison | | Draft | draft ltr. to court, conf. JS re same, emails re: same | | 0.3 | $ 500.00 | $ 150.00 |
| Total for 04/05/21 | | | | 1.3 | | $ 500.00 | |
| | Date: 04/06/21 | | | | | $ 500.00 | |
| Harrison | | Correspondence | email from Defs' counsel | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | Filing | finalize & ECF file motion to extend time | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | Correspondence | email EC | | 0.1 | $ 500.00 | $ 50.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Harrison | | | | Review | revw'd file & docket for missing class member contact info, conf. JS re: same | | 0.5 | $ 500.00 | $ | 250.00 |
| Harrison | | | | Consulting | conf. JS re: damages | | 0.3 | $ 500.00 | $ | 150.00 |
| Total for 04/06/21 | | | | | | 1.1 | | $ 500.00 | | |
| | Date: 04/07/21 | | | | | | | $ 500.00 | | |
| Harrison | | | | Correspondence | emails from JS re: CL updates, meetings w/ CLs | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | | Consulting | conf. JS re: updating plaintiff list, missing info for opt-ins, new opt-ins, emails to/from JS & EC re: same | | 0.6 | $ 500.00 | $ | 300.00 |
| Total for 04/07/21 | | | | | | 0.8 | | $ 500.00 | | |
| | Date: 04/08/21 | | | | | | | $ 500.00 | | |
| Harrison | | | | Consulting | conf. JS | | 0.1 | $ 500.00 | $ | 50.00 |
| Total for 04/08/21 | | | | | | 0.1 | | $ 500.00 | | |
| | Date: 04/09/21 | | | | | | | $ 500.00 | | |
| Harrison | | | | Review | revw'd damages spreadsheet, conf. JS re: same, email Defs' counsel | | 1 | $ 500.00 | $ | 500.00 |
| Harrison | | | | Correspondence | emails to/from JS & EC re: opt-ins, phone meeting w/ same | | 0.3 | $ 500.00 | $ | 150.00 |
| Total for 04/09/21 | | | | | | 1.3 | | $ 500.00 | | |
| | Date: 04/13/21 | | | | | | | $ 500.00 | | |
| Harrison | | | | Correspondence | emails | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 04/13/21 | | | | | | 0.2 | | $ 500.00 | | |
| | Date: 04/14/21 | | | | | | | $ 500.00 | | |
| Harrison | | | | Correspondence | emails to/from J.Ho | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | | Consulting | conf. JS & SB re: consents, email re: same | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 04/14/21 | | | | | | 0.4 | | $ 500.00 | | |
| | Date: 04/15/21 | | | | | | | $ 500.00 | | |
| Harrison | | | | Correspondence | emails from/to J.Ho | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | | Consulting | conf. JS re: J.HO response | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 04/15/21 | | | | | | 0.4 | | $ 500.00 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Date: 04/16/21 | | | | | | $ 500.00 | |
| Harrison | | | Draft | revw'd file, draft ltr to judge | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Correspondence | emails to/from Defs' counsel | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. JS re: ltr. to judge, opt-ins | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 04/16/21 | | | | | 0.7 | | $ 500.00 | |
| | Date: 04/19/21 | | | | | | $ 500.00 | |
| Harrison | | | Phone Call | tel. J.Ho & Jenn | | 0.6 | $ 500.00 | $ 300.00 |
| Harrison | | | Correspondence | email | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Consulting | conf. JS before & after phone call w/ Defs' counsel | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Correspondence | ECF emails, emails to/from Defs' counsel re: same | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. JS | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 04/19/21 | | | | | 1.4 | | $ 500.00 | |
| | Date: 04/20/21 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails from JS re: new opt-ins | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 04/20/21 | | | | | 0.2 | | $ 500.00 | |
| | Date: 04/21/21 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails from/to Defs' counsel, E.Chan re: scheduling settlement conf | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. JS | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Correspondence | emails to/from Defs' counsel re: dates for settlement conf. | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. JS re: CL update, dates for conf. | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 04/21/21 | | | | | 0.7 | | $ 500.00 | |
| | Date: 04/22/21 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 04/22/21 | | | | | 0.2 | | $ 500.00 | |
| | Date: 04/23/21 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS | | 0.1 | $ 500.00 | $ 50.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Harrison | | | Correspondence | revw'd docket, email Court's clerk re: scheduling settlement conf. | | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 04/23/21 | | | | | | 0.3 | | $ 500.00 | |
| | | Date: 04/26/21 | | | | | | $ 500.00 | |
| Harrison | | | Review | revw'd order | | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 04/26/21 | | | | | | 0.1 | | $ 500.00 | |
| | | Date: 05/05/21 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS, email EC | | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 05/05/21 | | | | | | 0.2 | | $ 500.00 | |
| | | Date: 05/19/21 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS & SB re: CL update | | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | ecf email | | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Phone Call | text msgs. from CLs in response to CL update text | | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Consulting | conf. LS re: CL update | | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 05/19/21 | | | | | | 0.8 | | $ 500.00 | |
| | | Date: 05/24/21 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS re: update on LS, texts from Fable/CLs, conf. SB re: same | | | 0.3 | $ 500.00 | $ 150.00 |
| Total for 05/24/21 | | | | | | 0.3 | | $ 500.00 | |
| | | Date: 05/31/21 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails to/from EC, JS | | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 05/31/21 | | | | | | 0.2 | | $ 500.00 | |
| | | Date: 06/14/21 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS | | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 06/14/21 | | | | | | 0.2 | | $ 500.00 | |
| | | Date: 06/16/21 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS | | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | email EC | | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 06/16/21 | | | | | | 0.3 | | $ 500.00 | |
| | | Date: 06/17/21 | | | | | | $ 500.00 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Harrison | | | Correspondence | emails from/to EC & JS re: information, call w/ CLs | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 06/17/21 | | | | | 0.2 | | $ 500.00 | |
| | Date: 06/18/21 | | | | | | $ 500.00 | |
| Harrison | | | Review | revw'd Judge Netburns rules | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Review | revw'd file | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | emails | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Review | revw'd CL email, tel. JS & emails to/from JS re: same | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 06/18/21 | | | | | 0.8 | | $ 500.00 | |
| | Date: 06/20/21 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS re: settlement issues | | 0.5 | $ 500.00 | $ 250.00 |
| Harrison | | | Correspondence | emails from/to EC, JS re: settlement issues | | 0.4 | $ 500.00 | $ 200.00 |
| Harrison | | | Correspondence | emails to/from EC re: meeting w/ Raphael & Andy | | 0.3 | $ 500.00 | $ 150.00 |
| Total for 06/20/21 | | | | | 1.2 | | $ 500.00 | |
| | Date: 06/21/21 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS re: settlement conf. | | 0.9 | $ 500.00 | $ 450.00 |
| Harrison | | | Consulting | conf. LS re: next week's meeting | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Consulting | conf. JS re: pre- mediation ltr. to Judge NEtburn | | 0.4 | $ 500.00 | $ 200.00 |
| Total for 06/21/21 | | | | | 1.4 | | $ 500.00 | |
| | Date: 06/22/21 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails from Defs' counsel re: upcomng settlement conf, conf. JS & email from JS re: same | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | emails re: CL updates | | 0.3 | $ 500.00 | $ 150.00 |
| Total for 06/22/21 | | | | | 0.5 | | $ 500.00 | |
| | Date: 06/23/21 | | | | | | $ 500.00 | |
| Harrison | | | Meeting | meeting w/ 2 lead Plaintiffs re: settlement | | 1.4 | $ 500.00 | $ 700.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Harrison | | | Meeting | zoom meeting w/ 23 plaintiffs & JS & EC | | 1.2 | $ 500.00 | $ 600.00 |
| Harrison | | | Consulting | conf. JS after two CL meetings | | 0.4 | $ 500.00 | $ 200.00 |
| Harrison | | | Travel | travel to/from City for meeting w/ 2 lead Plaintiffs | | 2 | $ 250.00 | $ 500.00 |
| Total for 06/23/21 | | | | | 5 | | $ 500.00 | |
| | | Date: 06/24/21 | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Review | revw'd Order | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Consulting | conf. JS | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | email from EC | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 06/24/21 | | | | | 0.6 | | $ 500.00 | |
| | | Date: 06/25/21 | | | | | $ 500.00 | |
| Harrison | | | Review | revw'd draft update ltr. to CLs, conf. JS re: same | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | emails | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. JS | | 0.8 | $ 500.00 | $ 400.00 |
| Total for 06/25/21 | | | | | 1.2 | | $ 500.00 | |
| | | Date: 06/28/21 | | | | | $ 500.00 | |
| Harrison | | | Court | court settlement conf. w/ MJ Netburn | | 2.5 | $ 500.00 | $ 1,250.00 |
| Harrison | | | Travel | travel to/from City for CL meeting for court settlement conf. w/ MJ Netburn | | 2 | $ 250.00 | $ 500.00 |
| Harrison | | | Meeting | meeting w/ CLs before court settlement conf. w/ MJ Netburn | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Meeting | meeting w/ CLs after court settlement conf. w/ MJ Netburn | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Meeting | meeting w/ individual CL re: question (LS translating) | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Review | revw'd draft update email to CLs, emails to/from JS re: same | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 06/28/21 | | | | | 5.6 | | $ 500.00 | |
| | | Date: 06/29/21 | | | | | $ 500.00 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Harrison | | | Correspondence | email EC | | | 0.1 | $ 500.00 | $ | 50.00 |
| Harrison | | | Consulting | conf. JS | | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 06/29/21 | | | | | | 0.3 | | $ 500.00 | | |
| | Date: 07/01/21 | | | | | | | $ 500.00 | | |
| Harrison | | | Correspondence | email judge | | | 0.1 | $ 500.00 | $ | 50.00 |
| Harrison | | | Consulting | conf. JS | | | 0.3 | $ 500.00 | $ | 150.00 |
| Harrison | | | Correspondence | emails to/from EC, JS re: CL call | | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 07/01/21 | | | | | | 0.6 | | $ 500.00 | | |
| | Date: 07/02/21 | | | | | | | $ 500.00 | | |
| Harrison | | | Correspondence | email EC | | | 0.1 | $ 500.00 | $ | 50.00 |
| Harrison | | | Consulting | conf. JS | | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | Correspondence | email from court | | | 0.1 | $ 500.00 | $ | 50.00 |
| Harrison | | | Consulting | conf. JS re: next steps | | | 0.5 | $ 500.00 | $ | 250.00 |
| Total for 07/02/21 | | | | | | 0.9 | | $ 500.00 | | |
| | Date: 07/04/21 | | | | | | | $ 500.00 | | |
| Harrison | | | Consulting | conf. JS | | | 0.5 | $ 500.00 | $ | 250.00 |
| Harrison | | | Consulting | conf. JS | | | 0.7 | $ 500.00 | $ | 350.00 |
| Total for 07/04/21 | | | | | | 1.2 | | $ 500.00 | | |
| | Date: 07/05/21 | | | | | | | $ 500.00 | | |
| Harrison | | | Correspondence | emails | | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 07/05/21 | | | | | | 0.2 | | $ 500.00 | | |
| | Date: 07/06/21 | | | | | | | $ 500.00 | | |
| Harrison | | | Consulting | conf. JS | | | 0.3 | $ 500.00 | $ | 150.00 |
| Harrison | | | Correspondence | docusign consent recv'd from CL | | | 0.1 | $ 500.00 | $ | 50.00 |
| Total for 07/06/21 | | | | | | 0.4 | | $ 500.00 | | |
| | Date: 07/07/21 | | | | | | | $ 500.00 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Harrison | | | Correspondence | emails to/from EC re: CL meeting tomorrow | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 07/07/21 | | | | | 0.2 | | $ 500.00 | |
| | | Date: 07/08/21 | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails to/from JS & EC re: call w/ CLs this evening | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Meeting | phone meeting w/ EC & JS & Andy & Raphael | | 0.8 | $ 500.00 | $ 400.00 |
| Harrison | | | Correspondence | emails to/from JS re: CL meeting | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 07/08/21 | | | | | 1.2 | | $ 500.00 | |
| | | Date: 07/12/21 | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS | | 0.7 | $ 500.00 | $ 350.00 |
| Harrison | | | Draft | draft ltr. to court | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Correspondence | emails to/from Defs' counsel | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. Defs' counsel | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Review | revw'd Order | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 07/12/21 | | | | | 1.4 | | $ 500.00 | |
| | | Date: 07/13/21 | | | | | $ 500.00 | |
| Harrison | | | Correspondence | email JS | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 07/13/21 | | | | | 0.1 | | $ 500.00 | |
| | | Date: 07/19/21 | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 07/19/21 | | | | | 0.2 | | $ 500.00 | |
| | | Date: 08/02/21 | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS | | 0.3 | $ 500.00 | $ 150.00 |
| Total for 08/02/21 | | | | | 0.3 | | $ 500.00 | |
| | | Date: 08/03/21 | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS | | 0.4 | $ 500.00 | $ 200.00 |
| Harrison | | | Consulting | conf. JS re: class cert motion | | 0.4 | $ 500.00 | $ 200.00 |
| Total for 08/03/21 | | | | | 0.8 | | $ 500.00 | |
| | | Date: 08/10/21 | | | | | $ 500.00 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Harrison | | | Consulting | conf. JS re: class cert. motion | | 0.4 | $ 500.00 | $ 200.00 |
| Harrison | | | Review | revw'd draft ltr. to CLs | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 08/10/21 | | | | | 0.5 | | $ 500.00 | |
| | Date: 08/11/21 | | | | | | $ 500.00 | |
| | | | | | | | | |
| Harrison | | | Correspondence | EMAILS | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Consulting | conf. JS | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 08/11/21 | | | | | 0.2 | | $ 500.00 | |
| | Date: 08/12/21 | | | | | | $ 500.00 | |
| | | | | | | | | |
| Harrison | | | Correspondence | emails | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 08/12/21 | | | | | 0.2 | | $ 500.00 | |
| | Date: 08/13/21 | | | | | | $ 500.00 | |
| | | | | | | | | |
| Harrison | | | Correspondence | email | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 08/13/21 | | | | | 0.1 | | $ 500.00 | |
| | Date: 08/17/21 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Draft | draft class notice | | 0.4 | $ 500.00 | $ 200.00 |
| Total for 08/17/21 | | | | | 0.6 | | $ 500.00 | |
| | Date: 08/18/21 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS re: class cert motion | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Review | revw'd & edits to class notice, emails to/from JS re: same | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Consulting | conf. JS re: edits to notice, emails re: same | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Draft | draft FB ad, email re: same | | 0.3 | $ 500.00 | $ 150.00 |
| Total for 08/18/21 | | | | | 1.1 | | $ 500.00 | |
| | Date: 08/19/21 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS re: class cert. | | 0.6 | $ 500.00 | $ 300.00 |
| Harrison | | | Research | research on FLSA collective standard, conf. JS & MK re: same, drafted FLSA collective section of brief | | 1.5 | $ 500.00 | $ 750.00 |
| Harrison | | | Draft | draft NOM | | 0.4 | $ 500.00 | $ 200.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Harrison | | | Draft | draft DH declaration | | 1 | $ 500.00 | $ | 500.00 |
| Harrison | | | Review | revw'd transcripts & other exhibits, finalized & prepared exhibits for filing | | 1.5 | $ 500.00 | $ | 750.00 |
| Harrison | | | Consulting | conf. JS re: finalizing motion | | 0.3 | $ 500.00 | $ | 150.00 |
| Harrison | | | Edit | revw'd & edits to brief | | 0.5 | $ 500.00 | $ | 250.00 |
| Total for 08/19/21 | | | | | 5.8 | | $ 500.00 | | |
| | Date: 08/20/21 | | | | | | $ 500.00 | | |
| Harrison | | | Consulting | conf. JS | | 0.4 | $ 500.00 | $ | 200.00 |
| Harrison | | | Phone Call | tel. clerk | | 0.1 | $ 500.00 | $ | 50.00 |
| Total for 08/20/21 | | | | | 0.5 | | $ 500.00 | | |
| | Date: 09/02/21 | | | | | | $ 500.00 | | |
| Harrison | | | Review | revw'd draft CL ltr update, emails re: same | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 09/02/21 | | | | | 0.2 | | $ 500.00 | | |
| | Date: 09/09/21 | | | | | | $ 500.00 | | |
| Harrison | | | Review | revw'd memo of law | | 0.5 | $ 500.00 | $ | 250.00 |
| Total for 09/09/21 | | | | | 0.5 | | $ 500.00 | | |
| | Date: 09/13/21 | | | | | | $ 500.00 | | |
| Harrison | | | Phone Call | tel. Defs' (Atlantic) attys | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | Consulting | conf. JS | | 0.4 | $ 500.00 | $ | 200.00 |
| Harrison | | | Review | revw'd file in advance of talking w/ Atlantic atty | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 09/13/21 | | | | | 0.8 | | $ 500.00 | | |
| | Date: 09/23/21 | | | | | | $ 500.00 | | |
| Harrison | | | Consulting | conf. JS | | 0.1 | $ 500.00 | $ | 50.00 |
| Total for 09/23/21 | | | | | 0.1 | | $ 500.00 | | |
| | Date: 09/27/21 | | | | | | $ 500.00 | | |
| Harrison | | | Review | revw'd & edits to brief, emails to/from JS & conf. JS re: same | | 1 | $ 500.00 | $ | 500.00 |
| Total for 09/27/21 | | | | | 1 | | $ 500.00 | | |
| | Date: 10/04/21 | | | | | | $ 500.00 | | |
| Harrison | | | Consulting | conf. JS | | 0.3 | $ 500.00 | $ | 150.00 |
| Total for 10/04/21 | | | | | 0.3 | | $ 500.00 | | |
| | Date: 03/31/22 | | | | | | $ 500.00 | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Harrison | | | Review | revw'd Order, conf. JS & email JS re: same | | 0.5 | $ 500.00 | $ | 250.00 |
| Total for 03/31/22 | | | | | 0.5 | | $ 500.00 | | |
| | | Date: 04/01/22 | | | | | $ 500.00 | | |
| Harrison | | | Correspondence | emails to/from Defs' counsel | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | Consulting | conf. JS re: order | | 0.5 | $ 500.00 | $ | 250.00 |
| Harrison | | | Consulting | conf. JS | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | Review | revw'd judge's rules | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 04/01/22 | | | | | 1.1 | | $ 500.00 | | |
| | | Date: 04/03/22 | | | | | $ 500.00 | | |
| Harrison | | | Meeting | meeting w/ JS, EC, and lead plaintiffs | | 0.8 | $ 500.00 | $ | 400.00 |
| Harrison | | | Correspondence | emails | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | Correspondence | emails | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 04/03/22 | | | | | 1.2 | | $ 500.00 | | |
| | | Date: 04/04/22 | | | | | $ 500.00 | | |
| Harrison | | | Consulting | conf. JS | | 0.1 | $ 500.00 | $ | 50.00 |
| Harrison | | | Meeting | meeting w/ Defs' counsel re: amending complaint | | 0.3 | $ 500.00 | $ | 150.00 |
| Harrison | | | Correspondence | email | | 0.1 | $ 500.00 | $ | 50.00 |
| Total for 04/04/22 | | | | | 0.5 | | $ 500.00 | | |
| | | Date: 04/06/22 | | | | | $ 500.00 | | |
| Harrison | | | Correspondence | emails re: opt in | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | Correspondence | email J.Ho | | 0.1 | $ 500.00 | $ | 50.00 |
| Harrison | | | Consulting | conf. JS | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 04/06/22 | | | | | 0.5 | | $ 500.00 | | |
| | | Date: 04/10/22 | | | | | $ 500.00 | | |
| Harrison | | | Consulting | conf. JS | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | Correspondence | emails from EC re: new opt ins | | 0.2 | $ 500.00 | $ | 100.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total for 04/10/22 | | | | 0.4 | | $ 500.00 | |
| | Date: 04/11/22 | | | | | $ 500.00 | |
| Harrison | | Review | revw'd ECF emails re: new opt ins | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | Correspondence | email from JS to JH | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | Review | revw'd edits to 2nd Amended Complaint, emails re: same | | 0.5 | $ 500.00 | $ 250.00 |
| Harrison | | Consulting | conf. JS | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | Consulting | conf. JS | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | Correspondence | emails from EC re: new opt ins | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 04/11/22 | | | | 1.3 | | $ 500.00 | |
| | Date: 04/12/22 | | | | | $ 500.00 | |
| Harrison | | Consulting | conf. JS | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 04/12/22 | | | | 0.1 | | $ 500.00 | |
| | Date: 04/13/22 | | | | | $ 500.00 | |
| Harrison | | Correspondence | emails to/from Defs' counsel re: opt-ins, phone call for PTO | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | Correspondence | emails to/from JS & EC re opt-ins | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | Consulting | conf. JS re opt-ins, amended complaint | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 04/13/22 | | | | 0.6 | | $ 500.00 | |
| | Date: 04/14/22 | | | | | $ 500.00 | |
| Harrison | | Correspondence | emails | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | Consulting | conf. JS re: trial prep | | 0.6 | $ 500.00 | $ 300.00 |
| Total for 04/14/22 | | | | 0.8 | | $ 500.00 | |
| | Date: 04/25/22 | | | | | $ 500.00 | |
| Harrison | | Consulting | CONF. JS re PTO info in advance of call w/ Defs' counsel | | 1.4 | $ 500.00 | $ 700.00 |
| Harrison | | Consulting | conf. JS after call w/ Defs' counsel | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | Phone Call | call w/ Defs' counsel | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | Correspondence | emails | | 0.2 | $ 500.00 | $ 100.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Harrison | | | Correspondence | emails re: opt-ins | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 04/25/22 | | | | | 2.4 | | $ 500.00 | |
| | Date: 04/26/22 | | | | | | $ 500.00 | |
| Harrison | | | Phone Call | tel. call w/ J.Ho & JS | | 0.6 | $ 500.00 | $ 300.00 |
| Harrison | | | Consulting | conf. JS re: pre-trial order etc | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Phone Call | tel. call w/ JS & LS & two lead plaintiffs | | 0.5 | $ 500.00 | $ 250.00 |
| Harrison | | | Consulting | conf. LS re: CL calls | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 04/26/22 | | | | | 1.6 | | $ 500.00 | |
| | Date: 04/27/22 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS re: amending complaint, ltr. to court, emails to/from J.Ho re: same | | 0.4 | $ 500.00 | $ 200.00 |
| Harrison | | | Edit | revw'd & edits to SAC, emails re: same | | 0.8 | $ 500.00 | $ 400.00 |
| Total for 04/27/22 | | | | | 1.2 | | $ 500.00 | |
| | Date: 04/28/22 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Research | research on FRCP 42(b), caselaw re: same | | 0.4 | $ 500.00 | $ 200.00 |
| Harrison | | | Edit | revw'd Defs' counsel's edits to ltr. to Judge, edits re: same | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Review | revw'd Defs' proposed stip, edits & emails re: same | | 0.4 | $ 500.00 | $ 200.00 |
| Harrison | | | Review | revw'd ECF emails, conf. JS re: same, emails to/from J.Ho re: same | | 0.4 | $ 500.00 | $ 200.00 |
| Harrison | | | Review | revw'd & finalized SAC & ECF filed same, entering info for all 40 plaintiffs & cross-checking same | | 1 | $ 500.00 | $ 500.00 |
| Total for 04/28/22 | | | | | 2.8 | | $ 500.00 | |
| | Date: 05/03/22 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails to/from EC, JS re: update ltrs to CLs, revw'd & edits to same | | 0.4 | $ 500.00 | $ 200.00 |
| Total for 05/03/22 | | | | | 0.4 | | $ 500.00 | |
| | Date: 05/05/22 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails to/from J.Ho re: joint PTO submissions, ltr. to judge | | 0.2 | $ 500.00 | $ 100.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Harrison | | | | Consulting | conf. JS re: joint PT submissions, dep. designations, trial witnesses & exhibits | | 1.5 | $ 500.00 | $ 750.00 |
| Harrison | | | | Consulting | conf. JS re: opt-in, LS & EC | | 0.6 | $ 500.00 | $ 300.00 |
| Total for 05/05/22 | | | | | | 2.3 | | $ 500.00 | |
| | Date: 05/06/22 | | | | | | | $ 500.00 | |
| Harrison | | | | Consulting | conf. JS | | 0.3 | $ 500.00 | $ 150.00 |
| Total for 05/06/22 | | | | | | 0.3 | | $ 500.00 | |
| | Date: 05/08/22 | | | | | | | $ 500.00 | |
| Harrison | | | | Consulting | conf. JS | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | | Deposition | deposition review & prepare excerts for Madeddu deposition, notes & email re: same | | 1.5 | $ 500.00 | $ 750.00 |
| Harrison | | | | Deposition | deposition review & prepare excerts for CAMPOCCIA deposition, notes & email re: same | | 1 | $ 500.00 | $ 500.00 |
| Total for 05/08/22 | | | | | | 2.7 | | $ 500.00 | |
| | Date: 05/09/22 | | | | | | | $ 500.00 | |
| Harrison | | | | Correspondence | emails to/from Defs' counsel | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | | Phone Call | tel. court | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | | Consulting | conf. JS | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | | Review | revw'd Order | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | | Correspondence | emails to/from Defs' counsel | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | | Consulting | conf. JS re: Order | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | | Review | revw'd docket | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | | Consulting | conf. JS re: PTO | | 1 | $ 500.00 | $ 500.00 |
| Harrison | | | | Deposition | revw'd deposition excerpts of Giacomo's two depositions, notes & questions to JS re: same | | 3 | $ 500.00 | $ 1,500.00 |
| Total for 05/09/22 | | | | | | 5 | | $ 500.00 | |
| | Date: 05/10/22 | | | | | | | $ 500.00 | |
| Harrison | | | | Meeting | zoom meeting w/ Janice & JS re PTO | | 0.6 | $ 500.00 | $ 300.00 |
| Harrison | | | | Consulting | conf. JS re PTO, deposition excerpts | | 0.5 | $ 500.00 | $ 250.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Harrison | | | | Correspondence | emails from Defs' counsel re:  PTO meeting | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | | Consulting | conf. JS re: PTO | | 0.4 | $ 500.00 | $ | 200.00 |
| Harrison | | | | Correspondence | emails | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 05/10/22 | | | | | | 1.9 | | $ 500.00 | | |
| | | Date: 05/11/22 | | | | | | $ 500.00 | | |
| Harrison | | | | Consulting | conf. JS re: stipulated facts | | 0.8 | $ 500.00 | $ | 400.00 |
| Harrison | | | | Review | revw'd proposed stipulatted facts, emails to/from JS re same | | 0.8 | $ 500.00 | $ | 400.00 |
| Harrison | | | | Correspondence | email Defs' attys | | 0.1 | $ 500.00 | $ | 50.00 |
| Harrison | | | | Correspondence | emails to/from Defs' atty | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 05/11/22 | | | | | | 1.9 | | $ 500.00 | | |
| | | Date: 05/12/22 | | | | | | $ 500.00 | | |
| Harrison | | | | Review | revw'd Answer | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | | Meeting | meet & confer w/ Defs' counsel re: PTO | | 0.7 | $ 500.00 | $ | 350.00 |
| Harrison | | | | Review | revw'd JS edits to stipulated facts, conf. JS re: same | | 0.6 | $ 500.00 | $ | 300.00 |
| Harrison | | | | Consulting | conf JS re: PTO | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | | Draft | draft "plaintiffs' contentions" section of PTO, legal research re: same to obtain & update citations | | 2 | $ 500.00 | $ | 1,000.00 |
| Harrison | | | | Draft | draft other sections of PTO, emails to/from Defs' counsel & conf. JS re: same | | 1 | $ 500.00 | $ | 500.00 |
| Harrison | | | | Review | revw'd Colchoa deposion transcripts, Defs' dep. designations of same, notes on same | | 1 | $ 500.00 | $ | 500.00 |
| Harrison | | | | Draft | draft Plaintiffs' dep. designation section of PTO, revw'd three Def witnesses' transcripts re: same | | 1 | $ 500.00 | $ | 500.00 |
| Harrison | | | | Consulting | conf. JS re: finalizing PTO | | 0.8 | $ 500.00 | $ | 400.00 |
| Total for 05/12/22 | | | | | | 7.5 | | $ 500.00 | | |

| | | | | | | $ 500.00 | | |
|---|---|---|---|---|---|---|---|---|
| | Date: 05/13/22 | | | | | $ 500.00 | | |
| Harrison | | | Review | continued review of Cochea's dep excerts, drafted responses/counter, email & conf. JS re: same | 0.6 | $ 500.00 | $ | 300.00 |
| Harrison | | | Review | revw'd filed PTO, emails re: same | 0.3 | $ 500.00 | $ | 150.00 |
| Harrison | | | Consulting | conf. JS re PTO | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 05/13/22 | | | | | 1.1 | $ 500.00 | | |
| | Date: 05/15/22 | | | | | $ 500.00 | | |
| Harrison | | | Meeting | conf. JS re: joint-employer research, pre-trial order, judge's rules, upcoming filings, Defs' 26 disclosures & other pre-trial matters | 2.5 | $ 500.00 | $ | 1,250.00 |
| Harrison | | | Research | research on joint-employer issues | 0.5 | $ 500.00 | $ | 250.00 |
| Total for 05/15/22 | | | | | 3 | $ 500.00 | | |
| | Date: 05/16/22 | | | | | $ 500.00 | | |
| Harrison | | | Correspondence | emails to/from Defs' counsel | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | Prepare | prepare for court appearance tomorrow, conf. JS re: same | 0.5 | $ 500.00 | $ | 250.00 |
| Total for 05/16/22 | | | | | 0.7 | $ 500.00 | | |
| | Date: 05/17/22 | | | | | $ 500.00 | | |
| Harrison | | | Court | SDNY appearance | 1 | $ 500.00 | $ | 500.00 |
| Harrison | | | Travel | travel to/from SDNY for court appearance | 2 | $ 250.00 | $ | 500.00 |
| Harrison | | | Consulting | conf. JS before court | 0.3 | $ 500.00 | $ | 150.00 |
| Harrison | | | Consulting | conf. J.Ho after court conference | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | Consulting | conf. JS after court | 0.5 | $ 500.00 | $ | 250.00 |
| Harrison | | | Correspondence | emails to/from J.Ho | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 05/17/22 | | | | | 4.2 | $ 500.00 | | |
| | Date: 05/18/22 | | | | | $ 500.00 | | |
| Harrison | | | Draft | draft email to J.Ho. | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | Research | research on new 198-e | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | Review | revw'd 5/17 ORDER | 0.1 | $ 500.00 | $ | 50.00 |
| Total for 05/18/22 | | | | | 0.5 | $ 500.00 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Date: 05/19/22 | | | | | $ 500.00 | |
| Harrison | | Consulting | conf. JS re settlement | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 05/19/22 | | | | 0.2 | | $ 500.00 | |
| | Date: 05/20/22 | | | | | $ 500.00 | |
| Harrison | | Consulting | conf. JS before meeting w/ Opp counsel | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | Consulting | conf. JS after meeting w/ Opp counsel | | 0.5 | $ 500.00 | $ 250.00 |
| Harrison | | Meeting | meeting w/ Opp counsel | | 0.4 | $ 500.00 | $ 200.00 |
| Total for 05/20/22 | | | | 1.2 | | $ 500.00 | |
| | Date: 05/23/22 | | | | | $ 500.00 | |
| Harrison | | Meeting | meeting w/ Defs' counsel & JS | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | Correspondence | emails to/from JAMS re mediation dates | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | Consulting | conf. JS before meeting w/ Defs' counsel | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | Consulting | conf. JS after meeting w/ Defs' counsel | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | Correspondence | emails to/from J.Ho, JS re: mediation | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | Review | revw'd file, conf. JS re: serving Complaint, research re: same, drafted & filed summons re: same | | 0.5 | $ 500.00 | $ 250.00 |
| Harrison | | Correspondence | emails from/to Defs' counsel | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | Consulting | conf. JS | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | Correspondence | emails to/from Guilio (pot. mediator) | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 05/23/22 | | | | 2.1 | | $ 500.00 | |
| | Date: 05/25/22 | | | | | $ 500.00 | |
| Harrison | | Review | revw'd Order, email JS re same | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 05/25/22 | | | | 0.2 | | $ 500.00 | |
| | Date: 05/26/22 | | | | | $ 500.00 | |
| Harrison | | Correspondence | emails to/from NY & Albany process server, tel. Albany process server re: same | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | Correspondence | emails | | 0.2 | $ 500.00 | $ 100.00 |

| | | | | Description | | | | |
|---|---|---|---|---|---|---|---|---|
| Total for 05/26/22 | | | | | 0.5 | | $ 500.00 | |
| | Date: 05/29/22 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS | | 0.3 | $ 500.00 | $    150.00 |
| Total for 05/29/22 | | | | | 0.3 | | $ 500.00 | |
| | Date: 06/01/22 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails from/to process server | | 0.2 | $ 500.00 | $    100.00 |
| Harrison | | | Filing | filed affidavits of service | | 0.2 | $ 500.00 | $    100.00 |
| Harrison | | | Meeting | meeting w/ EC & Andy & Raphael | | 0.3 | $ 500.00 | $    150.00 |
| Harrison | | | Consulting | conf. JS | | 0.1 | $ 500.00 | $     50.00 |
| Total for 06/01/22 | | | | | 0.8 | | $ 500.00 | |
| | Date: 06/02/22 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails re mediation | | 0.3 | $ 500.00 | $    150.00 |
| Total for 06/02/22 | | | | | 0.3 | | $ 500.00 | |
| | Date: 06/03/22 | | | | | | $ 500.00 | |
| Harrison | | | Meeting | conf. J.Ho & JS re: mediation | | 0.2 | $ 500.00 | $    100.00 |
| Harrison | | | Correspondence | emails | | 0.2 | $ 500.00 | $    100.00 |
| Total for 06/03/22 | | | | | 0.4 | | $ 500.00 | |
| | Date: 06/23/22 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails to/from JAMS | | 0.2 | $ 500.00 | $    100.00 |
| Harrison | | | Consulting | conf. JS | | 0.2 | $ 500.00 | $    100.00 |
| Harrison | | | Correspondence | emails to/from EC, JS | | 0.2 | $ 500.00 | $    100.00 |
| Harrison | | | Correspondence | email from J.Ho | | 0.1 | $ 500.00 | $     50.00 |
| Total for 06/23/22 | | | | | 0.7 | | $ 500.00 | |
| | Date: 06/30/22 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails to/from JS, EC re: CL update, revw'd & edits to Ltr update to CLs | | 0.3 | $ 500.00 | $    150.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Harrison | | | Correspondence | emails to/from EC & JS re: CL Family Court issue & Bronx Sherrif's office - confirmed that it wasn't related to our case. tel. Sherrif re: same | | | 0.4 | $ 500.00 | $ 200.00 |
| Total for 06/30/22 | | | | | | 0.7 | | $ 500.00 | |
| | | Date: 07/08/22 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails | | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 07/08/22 | | | | | | 0.2 | | $ 500.00 | |
| | | Date: 07/10/22 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails, conf. JS re: same | | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 07/10/22 | | | | | | 0.2 | | $ 500.00 | |
| | | Date: 08/15/22 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | email from mediator | | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 08/15/22 | | | | | | 0.1 | | $ 500.00 | |
| | | Date: 08/16/22 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | email JAMS | | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Consulting | conf. JS | | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Correspondence | email Defs' counsel | | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 08/16/22 | | | | | | 0.3 | | $ 500.00 | |
| | | Date: 08/19/22 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails | | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 08/19/22 | | | | | | 0.2 | | $ 500.00 | |
| | | Date: 08/23/22 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails from/to J.Ho | | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | email from JAMS | | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 08/23/22 | | | | | | 0.3 | | $ 500.00 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Date: 08/29/22 | | | | | $ 500.00 | | |
| Harrison | | | Correspondence | emails | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 08/29/22 | | | | | 0.2 | | $ 500.00 | |
| | Date: 08/30/22 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | emails | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | email from jams | | 0.1 | $ 500.00 | $ 50.00 |
| Total for 08/30/22 | | | | | 0.5 | | $ 500.00 | |
| | Date: 09/06/22 | | | | | | $ 500.00 | |
| Harrison | | | Mediation | phone call w/ Mediator & J.Ho & JS | | 0.5 | $ 500.00 | $ 250.00 |
| Harrison | | | Consulting | conf. JS | | 0.4 | $ 500.00 | $ 200.00 |
| Harrison | | | Consulting | conf. JS after call w/ Dina | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Correspondence | emails to/from J.Ho | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | email LS | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Phone Call | tel. call w/ JS & J.HO. | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Consulting | conf. LS re: CL meetings, mediation | | 0.3 | $ 500.00 | $ 150.00 |
| Total for 09/06/22 | | | | | 2.1 | | $ 500.00 | |
| | Date: 09/07/22 | | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. LS & emails  to/from JS, LS re: mediation, CL meeting | | 0.4 | $ 500.00 | $ 200.00 |
| Total for 09/07/22 | | | | | 0.4 | | $ 500.00 | |
| | Date: 09/09/22 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. JS | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | emails from Jams | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Review | revw'd email to CLs | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Consulting | conf. JS | | 0.2 | $ 500.00 | $ 100.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Harrison | | | | Correspondence | email LS | | 0.1 | $ 500.00 | $ | 50.00 |
| Total for 09/09/22 | | | | | | 1 | | $ 500.00 | | |
| | | Date: 09/11/22 | | | | | | $ 500.00 | | |
| Harrison | | | | Research | research on Pizzarotti entity, other lawsuits, issues | | 0.5 | $ 500.00 | $ | 250.00 |
| Harrison | | | | Correspondence | emails re update email to CLs | | 0.3 | $ 500.00 | $ | 150.00 |
| Harrison | | | | Research | research on attys fees | | 1 | $ 500.00 | $ | 500.00 |
| Total for 09/11/22 | | | | | | 1.8 | | $ 500.00 | | |
| | | Date: 09/12/22 | | | | | | $ 500.00 | | |
| Harrison | | | | Consulting | conf. JS re CL updates | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | | Correspondence | msgs to/from LS & JS re: CL updates | | 0.3 | $ 500.00 | $ | 150.00 |
| Harrison | | | | Phone Call | tel. CL | | 0.1 | $ 500.00 | $ | 50.00 |
| Harrison | | | | Correspondence | emails | | 0.2 | $ 500.00 | $ | 100.00 |
| Total for 09/12/22 | | | | | | 0.8 | | $ 500.00 | | |
| | | Date: 09/13/22 | | | | | | $ 500.00 | | |
| Harrison | | | | Consulting | conf. JS after CL meeting | | 0.2 | $ 500.00 | $ | 100.00 |
| Harrison | | | | Meeting | cl meeting w/ RH, AG, LS & JS | | 0.5 | $ 500.00 | $ | 250.00 |
| Harrison | | | | Consulting | conf. JS re: CL meeting & damages | | 0.4 | $ 500.00 | $ | 200.00 |
| Harrison | | | | Review | revw'd damages, conf. JS re: same | | 1 | $ 500.00 | $ | 500.00 |
| Total for 09/13/22 | | | | | | 2.1 | | $ 500.00 | | |
| | | Date: 09/14/22 | | | | | | $ 500.00 | | |
| Harrison | | | | Correspondence | email | | 0.1 | $ 500.00 | $ | 50.00 |
| Harrison | | | | Consulting | conf. JS re: mediation, damages | | 1 | $ 500.00 | $ | 500.00 |
| Harrison | | | | Review | revw'd file, calculated costs, prepare for mediation | | 1 | $ 500.00 | $ | 500.00 |
| Harrison | | | | Review | revw'd & conf. JS re: damages spreadsheet, emails re: same | | 0.5 | $ 500.00 | $ | 250.00 |
| Harrison | | | | Consulting | conf. JS re mediation stmnt | | 0.5 | $ 500.00 | $ | 250.00 |
| Harrison | | | | Consulting | conf. JS re: mediation | | 1 | $ 500.00 | $ | 500.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total for 09/14/22 | | | | | 4.1 | $ 500.00 | |
| | Date: 09/15/22 | | | | | $ 500.00 | |
| Harrison | | | Review | revw'd Defs' mediation statement | 0.5 | $ 500.00 | $ 250.00 |
| Harrison | | | Review | revw'd & edits to mediation stmnt , emails to/from JS re: same | 1 | $ 500.00 | $ 500.00 |
| Harrison | | | Research | research on LDs, emails to/from JS re: same | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Meeting | CL meeting on ZOOM w/ all CLs & LS & JS | 1.6 | $ 500.00 | $ 800.00 |
| Total for 09/15/22 | | | | | 3.4 | $ 500.00 | |
| | Date: 09/16/22 | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails to/from JAMS | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | emails to/from JAMS | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | msgs to/from LS re mediation | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Correspondence | msgs to/from LS re mediation | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Consulting | conf. JS re: mediation | 0.5 | $ 500.00 | $ 250.00 |
| Total for 09/16/22 | | | | | 1.5 | $ 500.00 | |
| | Date: 09/18/22 | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS | 0.2 | $ 500.00 | $ 100.00 |
| Total for 09/18/22 | | | | | 0.2 | $ 500.00 | |
| | Date: 09/19/22 | | | | | $ 500.00 | |
| Harrison | | | Mediation | mediation (9-6) | 9 | $ 500.00 | $ 4,500.00 |
| Total for 09/19/22 | | | | | 9 | $ 500.00 | |
| | Date: 09/20/22 | | | | | $ 500.00 | |
| Harrison | | | Mediation | mediation (9:30-7:30) | 10 | $ 500.00 | $ 5,000.00 |
| Total for 09/20/22 | | | | | 10 | $ 500.00 | |
| | Date: 09/21/22 | | | | | $ 500.00 | |
| Harrison | | | Consulting | conf. JS | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Correspondence | msgs to/from LS re: mediation | 0.2 | $ 500.00 | $ 100.00 |
| Total for 09/21/22 | | | | | 0.4 | $ 500.00 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Date: 09/22/22 | | | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. JS | | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. JS | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Correspondence | msgs to/from LS & JS re: CL meeting | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 09/22/22 | | | | | 0.7 | | $ 500.00 | |
| | Date: 09/28/22 | | | | | | $ 500.00 | |
| Harrison | | | Meeting | CL meeting w/ LS, JS, & 2 lead plaintiffs & hector | | 1.4 | $ 500.00 | $ 700.00 |
| Harrison | | | Travel | travel to CL meeting in NYC | | 2 | $ 250.00 | $ 500.00 |
| Harrison | | | Consulting | conf. JS | | 0.3 | $ 500.00 | $ 150.00 |
| Total for 09/28/22 | | | | | 3.7 | | $ 500.00 | |
| | Date: 09/29/22 | | | | | | $ 500.00 | |
| Harrison | | | Review | revw'd agreement, edits to agreement, emails re: same, revw'd JS edits to agreement | | 0.8 | $ 500.00 | $ 400.00 |
| Harrison | | | Consulting | conf. JS | | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Consulting | conf. JS | | 0.3 | $ 500.00 | $ 150.00 |
| Total for 09/29/22 | | | | | 1.4 | | $ 500.00 | |
| | Date: 09/30/22 | | | | | | $ 500.00 | |
| Harrison | | | Review | revw'd edits to settlement agreement, emails to/from JS & Defs' counsel re: same | | 0.5 | $ 500.00 | $ 250.00 |
| Total for 09/30/22 | | | | | 0.5 | | $ 500.00 | |
| | Date: 10/02/22 | | | | | | $ 500.00 | |
| Harrison | | | Draft | draft motion for approval | | 2 | $ 500.00 | $ 1,000.00 |
| Harrison | | | Consulting | conf. JS re: settlement, procedural steps, Gil | | 0.5 | $ 500.00 | $ 250.00 |
| Harrison | | | Correspondence | email J.Ho | | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Phone Call | tel. LS | | 0.2 | $ 500.00 | $ 100.00 |
| Total for 10/02/22 | | | | | 2.8 | | $ 500.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Date: 10/03/22 | | | | $ 500.00 | |
| Harrison | | | Correspondence | email from J.Ho | 0.1 | $ 500.00 | $ 50.00 |
| Harrison | | | Correspondence | emails from J.Ho, JS | 0.2 | $ 500.00 | $ 100.00 |
| Harrison | | | Consulting | conf. JS re: ltr. to court | 0.3 | $ 500.00 | $ 150.00 |
| Harrison | | | Draft | revw'd file, draft ltr. to Court | 1 | $ 500.00 | $ 500.00 |
| Harrison | | | Review | revw'd Order | 0.1 | $ 500.00 | $ 50.00 |
| Total for 10/03/22 | | | | | 1.7 | $ 500.00 | |
| | | Date: 10/04/22 | | | | $ 500.00 | |
| Harrison | | | Correspondence | emails | 0.2 | $ 500.00 | $ 100.00 |
| Total for 10/04/22 | | | | | 0.2 | | |
| **Total for DAVID HARRISON** | | | | | **284.8** | | $ **139,050.00** |
| | | | | | | | |
| **JULIE SALWEN** | | | | | | | |
| | | Date: 03/29/19 | | | | | |
| Salwen | | | Consulting | w/ DH | 0.2 | $ 450.00 | $ 90.00 |
| Total for 03/29/19 | | | | | 0.2 | $ 450.00 | |
| | | Date: 05/22/19 | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH re: next steps. | 0.3 | $ 450.00 | $ 135.00 |
| Total for 05/22/19 | | | | | 0.3 | $ 450.00 | |
| | | Date: 06/03/19 | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH | 0.1 | $ 450.00 | $ 45.00 |
| Total for 06/03/19 | | | | | 0.1 | $ 450.00 | |
| | | Date: 06/04/19 | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH | 0.1 | $ 450.00 | $ 45.00 |
| Total for 06/04/19 | | | | | 0.1 | $ 450.00 | |
| | | Date: 06/13/19 | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH re: joint employer researchb | 0.2 | $ 450.00 | $ 90.00 |
| Total for 06/13/19 | | | | | 0.2 | $ 450.00 | |
| | | Date: 06/14/19 | | | | $ 450.00 | |
| Salwen | | | Correspondence | w/ DH re: client meeting | 0.1 | $ 450.00 | $ 45.00 |

| | | | | | | Rate | | Amount |
|---|---|---|---|---|---|---|---|---|
| Salwen | | | Research | joint employment in the 2nd Circuit under FLSA | | 1.4 | $ 450.00 | $ 630.00 |
| Total for 06/14/19 | | | | | 1.5 | | $ 450.00 | |
| | | Date: 06/19/19 | | | | | $ 450.00 | |
| Salwen | | | Review | file to prepare to meet w/ client | | 0.5 | $ 450.00 | $ 225.00 |
| Salwen | | | Meeting | w/ A. Gil and DH re: info on Ds | | 1.5 | $ 450.00 | $ 675.00 |
| Total for 06/19/19 | | | | | 2 | | $ 450.00 | |
| | | Date: 07/02/19 | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH | | 0.1 | $ 450.00 | $ 45.00 |
| Total for 07/02/19 | | | | | 0.1 | | $ 450.00 | |
| | | Date: 07/30/19 | | | | | $ 450.00 | |
| Salwen | | | Other | Correct issue and refile amended complaint | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 07/30/19 | | | | | 0.2 | | $ 450.00 | |
| | | Date: 08/14/19 | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH | | 0.1 | $ 450.00 | $ 45.00 |
| Total for 08/14/19 | | | | | 0.1 | | $ 450.00 | |
| | | Date: 08/27/19 | | | | | $ 450.00 | |
| Salwen | | | Review | Ds production | | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | Correspondence | emails w/ Ds' counsel re discovery, depositions | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 08/27/19 | | | | | 0.4 | | $ 450.00 | |
| | | Date: 09/17/19 | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH re: discovery requests | | 0.3 | $ 450.00 | $ 135.00 |
| Total for 09/17/19 | | | | | 0.3 | | $ 450.00 | |
| | | Date: 09/24/19 | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH re: new opt-ins | | 0.4 | $ 450.00 | $ 180.00 |
| Total for 09/24/19 | | | | | 0.4 | | $ 450.00 | |
| | | Date: 09/26/19 | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH re: depositions, client meeting, next steps | | 0.9 | $ 450.00 | $ 405.00 |
| Total for 09/26/19 | | | | | 0.9 | | $ 450.00 | |
| | | Date: 10/23/19 | | | | | $ 450.00 | |
| Salwen | | | Draft | Responses to Ds' RFPs | | 1.1 | $ 450.00 | $ 495.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Salwen | | | Consulting | w/ DH | | 0.5 | $ 450.00 | $ 225.00 |
| Total for 10/23/19 | | | | | 1.6 | | $ 450.00 | |
| | | Date: 10/27/19 | | | | | $ 450.00 | |
| Salwen | | | Phone Call | w/ EC (Edilma Chan) and A. Gil re: sign in sheets | | 0.4 | $ 450.00 | $ 180.00 |
| Total for 10/27/19 | | | | | 0.4 | | $ 450.00 | |
| | | Date: 10/29/19 | | | | | $ 450.00 | |
| Salwen | | | Draft | outline for G. Di Nola deposition | | 3.9 | $ 450.00 | $ 1,755.00 |
| Salwen | | | Draft | outline for R. Madeddu deposition | | 1.1 | $ 450.00 | $ 495.00 |
| Salwen | | | Review | Ds' production to prepare for deposition of G. Di Nola and R. Madeddu | | 2.3 | $ 450.00 | $ 1,035.00 |
| Salwen | | | Review | Intake notes for opt ins to prepare for deposition of G. Di Nola and R. Madeddu | | 0.6 | $ 450.00 | $ 270.00 |
| Total for 10/29/19 | | | | | 7.9 | | $ 450.00 | |
| | | Date: 10/30/19 | | | | | $ 450.00 | |
| Salwen | | | Deposition | of Giacomo Di Nola | | 3.9 | $ 450.00 | $ 1,755.00 |
| Salwen | | | Deposition | of Roberto MADEDDU | | 2.5 | $ 450.00 | $ 1,125.00 |
| Salwen | | | Deposition Prep | Finalize deposition outline for Giacomo Di Nola | | 1.5 | $ 450.00 | $ 675.00 |
| Salwen | | | Consulting | w/ DH re: depo of G. Di Nola, prep for depo fo R. MADEDDU | | 0.8 | $ 450.00 | $ 360.00 |
| Salwen | | | Consulting | w/ DH after depositions | | 0.4 | $ 450.00 | $ 180.00 |
| Total for 10/30/19 | | | | | 9.1 | | $ 450.00 | |
| | | Date: 11/04/19 | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH re: discovery | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 11/04/19 | | | | | 0.2 | | $ 450.00 | |
| | | Date: 11/05/19 | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH re: discovery, depositions | | 0.4 | $ 450.00 | $ 180.00 |
| Salwen | | | Consulting | w/ DH re: depositions, discovery | | 0.4 | $ 450.00 | $ 180.00 |
| Salwen | | | Correspondence | Email to EC | | 0.1 | $ 450.00 | $ 45.00 |
| Salwen | | | Review | file to determine what depositions are needed | | 0.3 | $ 450.00 | $ 135.00 |
| Total for 11/05/19 | | | | | 1.2 | | $ 450.00 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Date: 11/06/19 | | | | | $ 450.00 | |
| Salwen | | | | Correspondence | Email to opposing counsel re: depositions, discovery | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | | Consulting | w/ DH re: discovery | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | | Consulting | w/ DH re: depositions | 0.1 | $ 450.00 | $ 45.00 |
| Salwen | | | | Draft | 30(b)(6) notice | 0.3 | $ 450.00 | $ 135.00 |
| Salwen | | | | Correspondence | Emails to/from EC | 0.1 | $ 450.00 | $ 45.00 |
| Total for 11/06/19 | | | | | | 0.9 | $ 450.00 | |
| | | Date: 11/07/19 | | | | | $ 450.00 | |
| Salwen | | | | Phone Call | w/ EC | 0.1 | $ 450.00 | $ 45.00 |
| Salwen | | | | Correspondence | email w/ opposing counsel re: depositions | 0.1 | $ 450.00 | $ 45.00 |
| Total for 11/07/19 | | | | | | 0.2 | $ 450.00 | |
| | | Date: 11/10/19 | | | | | $ 450.00 | |
| Salwen | | | | Correspondence | emails w/ EC re: communications w/ A. Gil | 0.1 | $ 450.00 | $ 45.00 |
| Salwen | | | | Phone Call | w/ EC and A. Gil re: deposition and discovery | 0.3 | $ 450.00 | $ 135.00 |
| Total for 11/10/19 | | | | | | 0.4 | $ 450.00 | |
| | | Date: 11/11/19 | | | | | $ 450.00 | |
| Salwen | | | | Correspondence | emails w/ opposing counsel re: depositions, discovery | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | | Correspondence | emails w/ EC | 0.1 | $ 450.00 | $ 45.00 |
| Salwen | | | | Consulting | w/ DH | 0.1 | $ 450.00 | $ 45.00 |
| Total for 11/11/19 | | | | | | 0.4 | $ 450.00 | |
| | | Date: 11/12/19 | | | | | $ 450.00 | |
| Salwen | | | | Consulting | w/ DH re:  witnesses | 0.3 | $ 450.00 | $ 135.00 |
| Total for 11/12/19 | | | | | | 0.3 | $ 450.00 | |
| | | Date: 11/13/19 | | | | | $ 450.00 | |
| Salwen | | | | Correspondence | email opposing counsel re: doc production | 0.1 | $ 450.00 | $ 45.00 |
| Salwen | | | | Draft | document requests | 0.4 | $ 450.00 | $ 180.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Salwen | | | Correspondence | emails w/ opposing counsel re: discovery, depositions | | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 11/13/19 | | | | | | 0.7 | | $ 450.00 | |
| | | Date: 11/20/19 | | | | | | $ 450.00 | |
| Salwen | | | Meeting | w/ new opt-in and EC re: intake | | | 0.6 | $ 450.00 | $ 270.00 |
| Total for 11/20/19 | | | | | | 0.6 | | $ 450.00 | |
| | | Date: 12/04/19 | | | | | | $ 450.00 | |
| Salwen | | | Correspondence | email opposing counsel | | | 0.1 | $ 450.00 | $ 45.00 |
| Total for 12/04/19 | | | | | | 0.1 | | $ 450.00 | |
| | | Date: 12/05/19 | | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH re: depositions | | | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | Draft | Responses to Interrogatories | | | 0.8 | $ 450.00 | $ 360.00 |
| Salwen | | | Correspondence | email to court reporter | | | 0.1 | $ 450.00 | $ 45.00 |
| Salwen | | | Correspondence | emails w/ opposing counsel | | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 12/05/19 | | | | | | 1.3 | | $ 450.00 | |
| | | Date: 12/09/19 | | | | | | $ 450.00 | |
| Salwen | | | Correspondence | emails w/ EC | | | 0.3 | $ 450.00 | $ 135.00 |
| Salwen | | | Correspondence | email w/ opposing counsel | | | 0.1 | $ 450.00 | $ 45.00 |
| Total for 12/09/19 | | | | | | 0.4 | | $ 450.00 | |
| | | Date: 12/12/19 | | | | | | $ 450.00 | |
| Salwen | | | Correspondence | email EK re: depositions of clients | | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 12/12/19 | | | | | | 0.2 | | $ 450.00 | |
| | | Date: 12/24/19 | | | | | | $ 450.00 | |
| Salwen | | | Correspondence | Email EC re: depositions | | | 0.1 | $ 450.00 | $ 45.00 |
| Total for 12/24/19 | | | | | | 0.1 | | $ 450.00 | |
| | | Date: 12/26/19 | | | | | | $ 450.00 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Salwen | | | Correspondence | email w/ opposing counsel re: deposition scheduling | | 0.1 | $ 450.00 | $ | 45.00 |
| Total for 12/26/19 | | | | | 0.1 | | $ 450.00 | | |
| | Date: 12/30/19 | | | | | | $ 450.00 | | |
| Salwen | | | Consulting | conf. DH re: deposition scheduling | | 0.2 | $ 450.00 | $ | 90.00 |
| Total for 12/30/19 | | | | | 0.2 | | $ 450.00 | | |
| | Date: 12/31/19 | | | | | | $ 450.00 | | |
| Salwen | | | Correspondence | emails w/ EC, DH re depositions | | 0.2 | $ 450.00 | $ | 90.00 |
| Salwen | | | Correspondence | email w/ opposing counsel re: depositions | | 0.1 | $ 450.00 | $ | 45.00 |
| Total for 12/31/19 | | | | | 0.3 | | $ 450.00 | | |
| | Date: 01/01/20 | | | | | | $ 450.00 | | |
| Salwen | | | Correspondence | emails w/ EC, DH re depositions | | 0.1 | $ 450.00 | $ | 45.00 |
| Salwen | | | Correspondence | email court reporter re: interpreter | | 0.1 | $ 450.00 | $ | 45.00 |
| Total for 01/01/20 | | | | | 0.2 | | $ 450.00 | | |
| | Date: 01/02/20 | | | | | | $ 450.00 | | |
| Salwen | | | Review | text messages produced by Ds | | 0.4 | $ 450.00 | $ | 180.00 |
| Salwen | | | Consulting | w/ DH | | 0.1 | $ 450.00 | $ | 45.00 |
| Total for 01/02/20 | | | | | 0.5 | | $ 450.00 | | |
| | Date: 01/03/20 | | | | | | $ 450.00 | | |
| Salwen | | | Correspondence | Email opposing counsel re: deposition transcript | | 0.1 | $ 450.00 | $ | 45.00 |
| Salwen | | | Correspondence | email w/ opposing counsel re deposition | | 0.1 | $ 450.00 | $ | 45.00 |
| Salwen | | | Correspondence | email w/ opposing counsel re: extension for discovery | | 0.1 | $ 450.00 | $ | 45.00 |
| Total for 01/03/20 | | | | | 0.3 | | $ 450.00 | | |
| | Date: 01/05/20 | | | | | | $ 450.00 | | |
| Salwen | | | Phone Call | w/ EC and C. Colchao re: deposition on 1/9/20 | | 0.3 | $ 450.00 | $ | 135.00 |
| Salwen | | | Consulting | w/ EC re: prepping clients for depositions | | 0.2 | $ 450.00 | $ | 90.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Salwen | | | Correspondence | Emails to DH and FA | | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | Correspondence | email court reporter | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 01/05/20 | | | | | 0.9 | | $ 450.00 | |
| | | Date: 01/07/20 | | | | | $ 450.00 | |
| Salwen | | | Deposition Prep | on w/ A. Gil and EC to prep him for his depo on 1/10/20 | | 1 | $ 450.00 | $ 450.00 |
| Salwen | | | Correspondence | email w/ opposing counsel re: depositions, letter to court | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 01/07/20 | | | | | 1.2 | | $ 450.00 | |
| | | Date: 01/08/20 | | | | | $ 450.00 | |
| Salwen | | | Deposition Prep | Prepare C. Colchao for his deposition | | 1.8 | $ 450.00 | $ 810.00 |
| Salwen | | | Consulting | w/ DH | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 01/08/20 | | | | | 2 | | $ 450.00 | |
| | | Date: 01/09/20 | | | | | $ 450.00 | |
| Salwen | | | Correspondence | w/ EC re: new opt-in and depo prep | | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | Deposition | defend A. Gil's depo | | 5.2 | $ 450.00 | $ 2,340.00 |
| Salwen | | | Deposition | defend Cesar Colchao's depo | | 2 | $ 450.00 | $ 900.00 |
| Salwen | | | Meeting | Meet w/ A. Gil to prepare for his depo | | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | Travel | travel to/from depositions of A. Gil and C. Colchao | | 0.7 | $ 225.00 | $ 157.50 |
| Total for 01/09/20 | | | | | 8.3 | | $ 450.00 | |
| | | Date: 01/10/20 | | | | | $ 450.00 | |
| Salwen | | | Phone Call | w/ FA and email re: depositions/contacting clients | | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | Phone Call | w/ EC and email re: depositions/contacting clients | | 0.1 | $ 450.00 | $ 45.00 |
| Salwen | | | Correspondence | w/ opposing counsel re: depositions | | 0.1 | $ 450.00 | $ 45.00 |
| Salwen | | | Consulting | w/ DH re: discovery | | 0.5 | $ 450.00 | $ 225.00 |
| Total for 01/10/20 | | | | | 0.9 | | $ 450.00 | |
| | | Date: 01/13/20 | | | | | $ 450.00 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Salwen | | | Consulting | w/ DH | | 0.1 | $ 450.00 | $ 45.00 |
| Total for 01/13/20 | | | | | 0.1 | | $ 450.00 | |
| | | Date: 01/15/20 | | | | | $ 450.00 | |
| Salwen | | | Meeting | w/ new opt-in | | 0.9 | $ 450.00 | $ 405.00 |
| Salwen | | | Consulting | w/ DH | | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | Consulting | w/ DH re: depositions | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 01/15/20 | | | | | 1.3 | | $ 450.00 | |
| | | Date: 01/16/20 | | | | | $ 450.00 | |
| Salwen | | | Correspondence | email w/ EK re: opt-ins | | 0.1 | $ 450.00 | $ 45.00 |
| Total for 01/16/20 | | | | | 0.1 | | $ 450.00 | |
| | | Date: 01/17/20 | | | | | $ 450.00 | |
| Salwen | | | Correspondence | emails w/ EK and DH re: opt-ins | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 01/17/20 | | | | | 0.2 | | $ 450.00 | |
| | | Date: 01/20/20 | | | | | $ 450.00 | |
| Salwen | | | Review | docs provided by opt-in H. Miranda | | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | Correspondence | email court reporter for 1/23/20 depo of G. DiNola and 30(b)(6) | | 0.1 | $ 450.00 | $ 45.00 |
| Salwen | | | Correspondence | email opposing counsel re: depositions | | 0.1 | $ 450.00 | $ 45.00 |
| Total for 01/20/20 | | | | | 0.4 | | $ 450.00 | |
| | | Date: 01/21/20 | | | | | $ 450.00 | |
| Salwen | | | Meeting | w/ new opt-ins to get documents and discuss information prior to deposition of Defendant DiNola | | 2.2 | $ 450.00 | $ 990.00 |
| Total for 01/21/20 | | | | | 2.2 | | $ 450.00 | |
| | | Date: 01/22/20 | | | | | $ 450.00 | |
| Salwen | | | Correspondence | w/ court reporter | | 0.1 | $ 450.00 | $ 45.00 |
| Total for 01/22/20 | | | | | 0.1 | | $ 450.00 | |
| | | Date: 01/23/20 | | | | | $ 450.00 | |
| Salwen | | | Correspondence | email w/ EC re: depositions | | 0.1 | $ 450.00 | $ 45.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Salwen | | | Consulting | w/ DH re: deposition of G. DiNola | | 0.4 | $ 450.00 | $ 180.00 |
| Salwen | | | Deposition | of G. DiNola | | 4.5 | $ 450.00 | $ 2,025.00 |
| Total for 01/23/20 | | | | | 5 | | $ 450.00 | |
| | Date: 01/24/20 | | | | | | $ 450.00 | |
| Salwen | | | Correspondence | email w/ FA re: opt-ins | | 0.1 | $ 450.00 | $ 45.00 |
| Total for 01/24/20 | | | | | 0.1 | | $ 450.00 | |
| | Date: 01/27/20 | | | | | | $ 450.00 | |
| Salwen | | | Deposition Prep | Meet w/ R. Hernandez and EC to prepare for depo | | 2.1 | $ 450.00 | $ 945.00 |
| Salwen | | | Correspondence | texts w/ EC re:  deposition | | 0.1 | $ 450.00 | $ 45.00 |
| Salwen | | | Correspondence | emails w/ EC re: translation of documents for Rafael Hernandez | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 01/27/20 | | | | | 2.4 | | $ 450.00 | |
| | Date: 01/29/20 | | | | | | $ 450.00 | |
| Salwen | | | Deposition | Deposition of R. Hernandez | | 3.1 | $ 450.00 | $ 1,395.00 |
| Salwen | | | Deposition Prep | Meet R. Hernandez before depo and prepare | | 0.7 | $ 450.00 | $ 315.00 |
| Total for 01/29/20 | | | | | 3.8 | | $ 450.00 | |
| | Date: 02/07/20 | | | | | | $ 450.00 | |
| Salwen | | | Correspondence | emails w/ EC and opposing counsel re: deposition | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 02/07/20 | | | | | 0.2 | | $ 450.00 | |
| | Date: 02/11/20 | | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH | | 0.1 | $ 450.00 | $ 45.00 |
| Salwen | | | Deposition Prep | prep H. Miranda for deposition | | 1.7 | $ 450.00 | $ 765.00 |
| Total for 02/11/20 | | | | | 1.8 | | $ 450.00 | |
| | Date: 02/16/20 | | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 02/16/20 | | | | | 0.2 | | $ 450.00 | |
| | Date: 02/18/20 | | | | | | $ 450.00 | |
| Salwen | | | Correspondence | emails w/ opposing counsel re: discovery | | 0.2 | $ 450.00 | $ 90.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Salwen | | | Review | documents of opt in H. Miranda | | 1.1 | $ 450.00 | $ | 495.00 |
| Total for 02/18/20 | | | | | | 1.3 | $ 450.00 | | |
| | | Date: 02/20/20 | | | | | $ 450.00 | | |
| Salwen | | | Deposition | of H. Miranda. | | 4.2 | $ 450.00 | $ | 1,890.00 |
| Salwen | | | Deposition Prep | meet and review with H. Miranda before his deposition. | | 0.7 | $ 450.00 | $ | 315.00 |
| Total for 02/20/20 | | | | | | 4.9 | $ 450.00 | | |
| | | Date: 02/21/20 | | | | | $ 450.00 | | |
| Salwen | | | Consulting | w/ DH re: depo of H. Miranda | | 0.2 | $ 450.00 | $ | 90.00 |
| Total for 02/21/20 | | | | | 0.2 | | $ 450.00 | | |
| | | Date: 03/06/20 | | | | | $ 450.00 | | |
| Salwen | | | Correspondence | w/ FA re: discovery | | 0.1 | $ 450.00 | $ | 45.00 |
| Total for 03/06/20 | | | | | 0.1 | | $ 450.00 | | |
| | | Date: 03/11/20 | | | | | $ 450.00 | | |
| Salwen | | | Consulting | w/ DH | | 0.1 | $ 450.00 | $ | 45.00 |
| Total for 03/11/20 | | | | | 0.1 | | $ 450.00 | | |
| | | Date: 03/12/20 | | | | | $ 450.00 | | |
| Salwen | | | Consulting | w/ DH | | 0.5 | $ 450.00 | $ | 225.00 |
| Total for 03/12/20 | | | | | 0.5 | | $ 450.00 | | |
| | | Date: 03/13/20 | | | | | $ 450.00 | | |
| Salwen | | | Consulting | w/ DH | | 0.1 | $ 450.00 | $ | 45.00 |
| Total for 03/13/20 | | | | | 0.1 | | $ 450.00 | | |
| | | Date: 03/18/20 | | | | | $ 450.00 | | |
| Salwen | | | Consulting | w/ DH re: discovery | | 0.3 | $ 450.00 | $ | 135.00 |
| Total for 03/18/20 | | | | | 0.3 | | $ 450.00 | | |
| | | Date: 04/14/20 | | | | | $ 450.00 | | |
| Salwen | | | Consulting | w/ DH re extension request, summary judgment | | 0.3 | $ 450.00 | $ | 135.00 |
| Salwen | | | Correspondence | emails w/ opposing counsel re: request for extension | | 0.2 | $ 450.00 | $ | 90.00 |
| Salwen | | | Review | Letter to Judge requesting extension | | 0.1 | $ 450.00 | $ | 45.00 |
| Salwen | | | Correspondence | email w/ DH re: letter requesting extension | | 0.1 | $ 450.00 | $ | 45.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Salwen | | | Review | discovery | | 0.3 | $ 450.00 | $ 135.00 |
| Total for 04/14/20 | | | | | 1 | | $ 450.00 | |
| | | Date: 05/08/20 | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH re: 56.1 statement | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 05/08/20 | | | | | 0.2 | | $ 450.00 | |
| | | Date: 05/27/20 | | | | | $ 450.00 | |
| Salwen | | | Correspondence | Review invoice and email court reporter | | 0.1 | $ 450.00 | $ 45.00 |
| Total for 05/27/20 | | | | | 0.1 | | $ 450.00 | |
| | | Date: 06/08/20 | | | | | $ 450.00 | |
| Salwen | | | Review | Judge Vyskocil's individual rules | | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | Draft | 56.1 statement | | 0.3 | $ 450.00 | $ 135.00 |
| Total for 06/08/20 | | | | | 0.5 | | $ 450.00 | |
| | | Date: 07/02/20 | | | | | $ 450.00 | |
| Salwen | | | Edit | Harrison declaration in support default motion | | 0.8 | $ 450.00 | $ 360.00 |
| Salwen | | | Review | default motion, exhibits, and proposed orders | | 0.3 | $ 450.00 | $ 135.00 |
| Salwen | | | Filing | ecf motion for default and supporting documents | | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | Correspondence | email w/ FA, DH re: default motion | | 0.1 | $ 450.00 | $ 45.00 |
| Total for 07/02/20 | | | | | 1.4 | | $ 450.00 | |
| | | Date: 07/03/20 | | | | | $ 450.00 | |
| Salwen | | | Correspondence | email DH | | 0.1 | $ 450.00 | $ 45.00 |
| Total for 07/03/20 | | | | | 0.1 | | $ 450.00 | |
| | | Date: 07/17/20 | | | | | $ 450.00 | |
| Salwen | | | Review | Ds' SJ motion | | 1.7 | $ 450.00 | $ 765.00 |
| Total for 07/17/20 | | | | | 1.7 | | $ 450.00 | |
| | | Date: 07/19/20 | | | | | $ 450.00 | |
| Salwen | | | Review | Ds' cases for SJ opposition | | 2.4 | $ 450.00 | $ 1,080.00 |
| Total for 07/19/20 | | | | | 2.4 | | $ 450.00 | |
| | | Date: 07/20/20 | | | | | $ 450.00 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Salwen | | | Review | Ds' cases for SJ opposition | | 2.9 | $ 450.00 | $ 1,305.00 |
| Salwen | | | Review | complaint, briefs, decision in NY v. Scalia  -- re: amended DOL Regs on joint employment | | 0.9 | $ 450.00 | $ 405.00 |
| Salwen | | | Correspondence | w/ FA re: service of motion for default | | 0.1 | $ 450.00 | $ 45.00 |
| Total for 07/20/20 | | | | | 3.9 | | $ 450.00 | |
| | | Date: 07/21/20 | | | | | $ 450.00 | |
| Salwen | | | Correspondence | emails w/ FA, DH re: affidavit of service of motion for default | | 0.1 | $ 450.00 | $ 45.00 |
| Salwen | | | Edit | affidavits of service on Acevedo and Atlantic Contracting | | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | Filing | Efile affidavits of service on Acevedo and Atlantic Contracting | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 07/21/20 | | | | | 0.5 | | $ 450.00 | |
| | | Date: 07/22/20 | | | | | $ 450.00 | |
| Salwen | | | Research | construction contractor-subcontractor joint employment for SJ opposition | | 1.9 | $ 450.00 | $ 855.00 |
| Salwen | | | Draft | memo on issues for plaintiff declarations for SJ opposition | | 0.8 | $ 450.00 | $ 360.00 |
| Total for 07/22/20 | | | | | 2.7 | | $ 450.00 | |
| | | Date: 07/24/20 | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH re: declarations for SJ opposition | | 1.9 | $ 450.00 | $ 855.00 |
| Salwen | | | Correspondence | emails w/ EC and DH | | 0.1 | $ 450.00 | $ 45.00 |
| Salwen | | | Review | facts for SJ opposition | | 0.5 | $ 450.00 | $ 225.00 |
| Total for 07/24/20 | | | | | 2.5 | | $ 450.00 | |
| | | Date: 07/27/20 | | | | | $ 450.00 | |
| Salwen | | | Meeting | Phone meetings w/ opt-ins and EC re: facts for SJ opposition | | 2 | $ 450.00 | $ 900.00 |
| Total for 07/27/20 | | | | | 2 | | $ 450.00 | |
| | | Date: 07/28/20 | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH re: declarations for SJ opposition | | 0.7 | $ 450.00 | $ 315.00 |
| Salwen | | | Phone Call | w/ opt-in and FA | | 0.3 | $ 450.00 | $ 135.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Salwen | | | Consulting | w/ DH re: Declarations and SJ opposition | | 0.9 | $ 450.00 | $ 405.00 |
| Salwen | | | Meeting | Phone meetings w/ opt-ins and EC re: facts for SJ opposition | | 1.9 | $ 450.00 | $ 855.00 |
| Salwen | | | Consulting | confer w/ FA re opt-ins | | 0.3 | $ 450.00 | $ 135.00 |
| Salwen | | | Review | Ds 56.1 statement | | 0.1 | $ 450.00 | $ 45.00 |
| Salwen | | | Correspondence | emails w/ EC | | 0.1 | $ 450.00 | $ 45.00 |
| Total for 07/28/20 | | | | | 4.3 | | $ 450.00 | |
| | | Date: 08/05/20 | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH re: opposition to SJ | | 0.4 | $ 450.00 | $ 180.00 |
| Total for 08/05/20 | | | | | 0.4 | | $ 450.00 | |
| | | Date: 08/07/20 | | | | | $ 450.00 | |
| Salwen | | | Draft | Plaintiffs 56.1 counterstatement | | 9.5 | $ 450.00 | $ 4,275.00 |
| Total for 08/07/20 | | | | | 9.5 | | $ 450.00 | |
| | | Date: 08/08/20 | | | | | $ 450.00 | |
| Salwen | | | Draft | Plaintiffs 56.1 counterstatement | | 2 | $ 450.00 | $ 900.00 |
| Total for 08/08/20 | | | | | 2 | | $ 450.00 | |
| | | Date: 08/09/20 | | | | | $ 450.00 | |
| Salwen | | | Draft | Misael Portillo Declaration | | 1.2 | $ 450.00 | $ 540.00 |
| Salwen | | | Edit | Portillo Decl to incorporate DH's edits | | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | Consulting | w/ DH re: Portillo declaration | | 0.1 | $ 450.00 | $ 45.00 |
| Salwen | | | Correspondence | emails and text messages w/ EC re: declarations | | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | Phone Call | w/ EC re: Declarations | | 0.1 | $ 450.00 | $ 45.00 |
| Salwen | | | Meeting | on phone w/ EC and Misael Portillo re: declaration | | 0.6 | $ 450.00 | $ 270.00 |
| Salwen | | | Meeting | on phone w/ EC and Juan Carlos  Juarte | | 0.5 | $ 450.00 | $ 225.00 |
| Salwen | | | Review | notes to prepare for client meetings | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 08/09/20 | | | | | 3.1 | | $ 450.00 | |
| | | Date: 08/10/20 | | | | | $ 450.00 | |
| Salwen | | | Draft | Declaration of Nelson Sarabia | | 1.3 | $ 450.00 | $ 585.00 |
| Total for 08/10/20 | | | | | 1.3 | | $ 450.00 | |
| | | Date: 08/12/20 | | | | | $ 450.00 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Salwen | | | | Meeting | on phone w/ EC and  opt-in Juan Carlos Juarez re: declaration | 0.5 | $ 450.00 | $        225.00 |
| Salwen | | | | Meeting | on phone w/ EC and op-in Darwin Aguirre re: declaration | 1 | $ 450.00 | $        450.00 |
| Total for 08/12/20 | | | | | | 1.5 | $ 450.00 | |
| | Date: 08/13/20 | | | | | | $ 450.00 | |
| Salwen | | | | Consulting | w/ DH | 0.2 | $ 450.00 | $         90.00 |
| Salwen | | | | Draft | 56.1 counter statement of facts | 0.3 | $ 450.00 | $        135.00 |
| Total for 08/13/20 | | | | | | 0.5 | $ 450.00 | |
| | Date: 08/14/20 | | | | | | $ 450.00 | |
| Salwen | | | | Draft | 56.1 counter statement of facts | 5.8 | $ 450.00 | $      2,610.00 |
| Total for 08/14/20 | | | | | | 5.8 | $ 450.00 | |
| | Date: 08/16/20 | | | | | | $ 450.00 | |
| Salwen | | | | Draft | counter 56.1 statement | 8.7 | $ 450.00 | $      3,915.00 |
| Salwen | | | | Edit | Review Dh's edits to 56.1 statement and revise | 1.3 | $ 450.00 | $        585.00 |
| Salwen | | | | Draft | MOL in opposition to SJ | 1.7 | $ 450.00 | $        765.00 |
| Total for 08/16/20 | | | | | | 11.7 | $ 450.00 | |
| | Date: 08/17/20 | | | | | | $ 450.00 | |
| Salwen | | | | Draft | MOL in opposition to SJ | 8.6 | $ 450.00 | $      3,870.00 |
| Total for 08/17/20 | | | | | | 8.6 | $ 450.00 | |
| | Date: 08/18/20 | | | | | | $ 450.00 | |
| Salwen | | | | Draft | MOL in opposition to SJ | 5.2 | $ 450.00 | $      2,340.00 |
| Salwen | | | | Phone Call | w/ opposing counsel | 0.2 | $ 450.00 | $         90.00 |
| Salwen | | | | Edit | proofread, edit and finalize MoL in opposition to SJ | 2.9 | $ 450.00 | $      1,305.00 |
| Salwen | | | | Draft | letter to court | 0.3 | $ 450.00 | $        135.00 |
| Total for 08/18/20 | | | | | | 8.6 | $ 450.00 | |
| | Date: 08/30/20 | | | | | | $ 450.00 | |
| Salwen | | | | Consulting | w/ DH | 0.5 | $ 450.00 | $        225.00 |
| Total for 08/30/20 | | | | | | 0.5 | $ 450.00 | |
| | Date: 08/31/20 | | | | | | $ 450.00 | |
| Salwen | | | | Consulting | w/ DH | 0.2 | $ 450.00 | $         90.00 |
| Total for 08/31/20 | | | | | | 0.2 | $ 450.00 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Date: 09/17/20 | | | | | $ 450.00 | | |
| Salwen | | | Draft | Update email to all clients | | 1.2 | $ 450.00 | $ 540.00 |
| Salwen | | | Correspondence | Text Hector | | 0.1 | $ 450.00 | $ 45.00 |
| Salwen | | | Correspondence | emails w/ EC re: translation of update email | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 09/17/20 | | | | | 1.5 | | $ 450.00 | |
| | Date: 09/18/20 | | | | | | $ 450.00 | |
| Salwen | | | Consulting | email and discussion w/ FA re:  sending update email to clients | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 09/18/20 | | | | | 0.2 | | $ 450.00 | |
| | Date: 09/22/20 | | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH | | 0.4 | $ 450.00 | $ 180.00 |
| Salwen | | | Correspondence | w/ EC re:  meeting w/ witness | | 0.1 | $ 450.00 | $ 45.00 |
| Total for 09/22/20 | | | | | 0.5 | | $ 450.00 | |
| | Date: 09/30/20 | | | | | | $ 450.00 | |
| Salwen | | | Meeting | Meeting with DH new opt-in and potential witnesses | | 2.3 | $ 450.00 | $ 1,035.00 |
| Salwen | | | Phone Call | w/ potential witness | | 0.3 | $ 450.00 | $ 135.00 |
| Salwen | | | Consulting | w/ DH to discuss Pizzarotti opt-in and potential witness meeting | | 0.5 | $ 450.00 | $ 225.00 |
| Total for 09/30/20 | | | | | 3.1 | | $ 450.00 | |
| | Date: 03/23/21 | | | | | | $ 450.00 | |
| Salwen | | | Correspondence | update texts with collective member | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 03/23/21 | | | | | 0.2 | | $ 450.00 | |
| | Date: 03/24/21 | | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ SB re: update messages to clients | | 0.1 | $ 450.00 | $ 45.00 |
| Total for 03/24/21 | | | | | 0.1 | | $ 450.00 | |
| | Date: 03/30/21 | | | | | | $ 450.00 | |
| Salwen | | | Consulting | conf. D.Harrison re: SJ decision | | 0.4 | $ 450.00 | $ 180.00 |
| Total for 03/30/21 | | | | | 0.4 | | $ 450.00 | |
| | Date: 04/05/21 | | | | | | $ 450.00 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Salwen | | | | Damages | Format spreadsheet for inputting hours | | 0.3 | $ 450.00 | $ 135.00 |
| Salwen | | | | Consulting | w/ SB re: hours spreadsheets | | 0.4 | $ 450.00 | $ 180.00 |
| Salwen | | | | Consulting | w/ DH re: list damages and opt ins | | 0.3 | $ 450.00 | $ 135.00 |
| Total for 04/05/21 | | | | | | 1 | | $ 450.00 | |
| | | Date: 04/06/21 | | | | | | $ 450.00 | |
| Salwen | | | | Consulting | w/ DH re: Pizzarotti client info and damages | | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | | Review | file for purposes of communications with and collection of info about each class member | | 2.2 | $ 450.00 | $ 990.00 |
| Salwen | | | | Consulting | w/ EC re: opt-in information | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 04/06/21 | | | | | | 2.6 | | $ 450.00 | |
| | | Date: 04/07/21 | | | | | | $ 450.00 | |
| Salwen | | | | Correspondence | email SB re: spreadsheets of hours | | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | | Damages | Review file and create spreadsheet showing info relevant for damages for each collective member | | 2.9 | $ 450.00 | $ 1,305.00 |
| Salwen | | | | Review | file for purposes of communications with and collection of info about each class member | | 1.1 | $ 450.00 | $ 495.00 |
| Salwen | | | | Correspondence | emails and phone call w/ EC re: collective members | | 0.5 | $ 450.00 | $ 225.00 |
| Salwen | | | | Meeting | on phone w/ Hector Miranda, Andy Gil, Rafael Hernandez, and EC re: update and next steps. | | 0.5 | $ 450.00 | $ 225.00 |
| Total for 04/07/21 | | | | | | 5.2 | | $ 450.00 | |
| | | Date: 04/08/21 | | | | | | $ 450.00 | |
| Salwen | | | | Phone Call | w/ EC re: plaintiffs' info, new opt-ins | | 0.4 | $ 450.00 | $ 180.00 |
| Salwen | | | | Other | gather info | | 2.1 | $ 450.00 | $ 945.00 |
| Salwen | | | | Consulting | w/ DH | | 0.1 | $ 450.00 | $ 45.00 |
| Salwen | | | | Correspondence | email consents and info to new opt-ins | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 04/08/21 | | | | | | 2.8 | | $ 450.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Date: 04/09/21 | | | | | $ 450.00 | |
| Salwen | | | Damages | Calculate damages for 40 plaintiffs | 4.9 | $ 450.00 | $ 2,205.00 |
| Salwen | | | Correspondence | Emails w/ EC re: new opt-ins | 0.3 | $ 450.00 | $ 135.00 |
| Salwen | | | Consulting | w/ SB re: damages spreadsheets | 0.1 | $ 450.00 | $ 45.00 |
| Salwen | | | Review | invoices and spreadsheet to verify damages. | 1.1 | $ 450.00 | $ 495.00 |
| Salwen | | | Consulting | w/ DH re: damages spreadsheet | 0.2 | $ 450.00 | $ 90.00 |
| Total for 04/09/21 | | | | | 6.6 | $ 450.00 | |
| | Date: 04/14/21 | | | | | $ 450.00 | |
| Salwen | | | Review | new opt-in consents and have filed | 0.1 | $ 450.00 | $ 45.00 |
| Salwen | | | Review | emails between DH and J. Ho. | 0.1 | $ 450.00 | $ 45.00 |
| Total for 04/14/21 | | | | | 0.2 | $ 450.00 | |
| | Date: 04/19/21 | | | | | $ 450.00 | |
| Salwen | | | Meeting | on phone w/ DH, J. Ho, and J. Queliz re: damages, settlement | 0.6 | $ 450.00 | $ 270.00 |
| Salwen | | | Consulting | w/ DH b/f after meeting w/ opposing counsel | 0.3 | $ 450.00 | $ 135.00 |
| Total for 04/19/21 | | | | | 0.9 | $ 450.00 | |
| | Date: 04/21/21 | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH re: updating cl, court conference | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | Correspondence | emails w/ EC re: communications w/ cls | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | Correspondence | email to opt-in re: consent to join | 0.1 | $ 450.00 | $ 45.00 |
| Salwen | | | Edit | client data for new opt-ins and have SB update damages spreadsheet | 0.2 | $ 450.00 | $ 90.00 |
| Total for 04/21/21 | | | | | 0.7 | $ 450.00 | |
| | Date: 05/07/21 | | | | | $ 450.00 | |
| Salwen | | | Correspondence | email SB re: new opt-in | 0.1 | $ 450.00 | $ 45.00 |
| Total for 05/07/21 | | | | | 0.1 | $ 450.00 | |
| | Date: 05/14/21 | | | | | $ 450.00 | |
| Salwen | | | Review | translation of update email to clients | 0.1 | $ 450.00 | $ 45.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total for 05/14/21 | | | | | 0.1 | $ 450.00 | |
| | Date: 06/16/21 | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | Review | client info to determine needed info prior to court settlement conference | 0.4 | $ 450.00 | $ 180.00 |
| Salwen | | | Correspondence | Email EC re: needed info | 0.2 | $ 450.00 | $ 90.00 |
| Total for 06/16/21 | | | | | 0.8 | $ 450.00 | |
| | Date: 06/17/21 | | | | | $ 450.00 | |
| Salwen | | | Correspondence | email EC re: client meeting | 0.1 | $ 450.00 | $ 45.00 |
| Total for 06/17/21 | | | | | 0.1 | $ 450.00 | |
| | Date: 06/20/21 | | | | | $ 450.00 | |
| Salwen | | | Correspondence | email and text update to clients | 0.3 | $ 450.00 | $ 135.00 |
| Salwen | | | Consulting | w/ EC re: client contacts and client meeting | 0.3 | $ 450.00 | $ 135.00 |
| Salwen | | | Correspondence | emails w/ EC re: client communications and information about clients | 0.4 | $ 450.00 | $ 180.00 |
| Salwen | | | Review | review information about cl. and update spreadsheets | 0.5 | $ 450.00 | $ 225.00 |
| Salwen | | | Consulting | w/ DH re: client communications | 0.5 | $ 450.00 | $ 225.00 |
| Salwen | | | Review | Pizzarotti Ds damages calculation | 0.1 | $ 450.00 | $ 45.00 |
| Total for 06/20/21 | | | | | 2.1 | $ 450.00 | |
| | Date: 06/21/21 | | | | | $ 450.00 | |
| Salwen | | | Review | Pizzarotti Ds damages calculation | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | Review | J. Netburn's settlement conference procedures | 0.1 | $ 450.00 | $ 45.00 |
| Salwen | | | Correspondence | emails w/ opt-in pls | 0.1 | $ 450.00 | $ 45.00 |
| Salwen | | | Correspondence | emails w/ EC re: client contact | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | Consulting | w/ DH re: settlement conference | 0.9 | $ 450.00 | $ 405.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Salwen | | | Draft | Settlement letter for 6/28/21 settlement conference | | 3.2 | $ 450.00 | $ 1,440.00 |
| Total for 06/21/21 | | | | | 4.7 | | $ 450.00 | |
| | Date: 06/22/21 | | | | | | $ 450.00 | |
| Salwen | | | Correspondence | email all cl. re: cl meeting about settlement conference | | 0.4 | $ 450.00 | $ 180.00 |
| Salwen | | | Correspondence | Review emails from cls and where necessary forward to EC | | 0.3 | $ 450.00 | $ 135.00 |
| Salwen | | | Correspondence | emails w/ EC re: communications w/ cls | | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | Draft | Reminder email to cls. re: Zoom meeting | | 0.1 | $ 450.00 | $ 45.00 |
| Total for 06/22/21 | | | | | 1 | | $ 450.00 | |
| | Date: 06/23/21 | | | | | | $ 450.00 | |
| Salwen | | | Review | NYLL penalties | | 0.1 | $ 450.00 | $ 45.00 |
| Salwen | | | Correspondence | email all cl. re: cl meeting about settlement conference | | 0.3 | $ 450.00 | $ 135.00 |
| Salwen | | | Meeting | w/ clients via Zoom. Lead Plaintiffs in room, re: Settlement Conference. | | 1.2 | $ 450.00 | $ 540.00 |
| Salwen | | | Prepare | for client meeting. Crunch numbers re: settlement scenarios. | | 0.6 | $ 450.00 | $ 270.00 |
| Salwen | | | Meeting | w/ lead plaintiffs to prepare for all clients' Zoom meeting | | 0.5 | $ 450.00 | $ 225.00 |
| Salwen | | | Consulting | w/ DH re: cl meeting | | 0.4 | $ 450.00 | $ 180.00 |
| Total for 06/23/21 | | | | | 3.1 | | $ 450.00 | |
| | Date: 06/24/21 | | | | | | $ 450.00 | |
| Salwen | | | Correspondence | emails w/ EC and individual cls re: client info | | 0.3 | $ 450.00 | $ 135.00 |
| Salwen | | | Consulting | w/ DH | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 06/24/21 | | | | | 0.5 | | $ 450.00 | |
| | Date: 06/25/21 | | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH re: settlement conference | | 0.8 | $ 450.00 | $ 360.00 |
| Salwen | | | Draft | update letter to all 40 cl. re settlement conference | | 1.9 | $ 450.00 | $ 855.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Salwen | | | Correspondence | emails w/ EC re: client info and update letter letter | | 0.2 | $ 450.00 | $        90.00 |
| Salwen | | | Correspondence | email all 40 cls w/ update | | 0.3 | $ 450.00 | $       135.00 |
| Total for 06/25/21 | | | | | 3.2 | | $ 450.00 | |
| | Date: 06/27/21 | | | | | | $ 450.00 | |
| Salwen | | | Damages | Review Ds' damages calculations and add info to Ps's damages calculation in advance of Settlement conference | | 1.9 | $ 450.00 | $       855.00 |
| Salwen | | | Correspondence | Response to email from cl. (email EC for translation of response. | | 0.2 | $ 450.00 | $        90.00 |
| Salwen | | | Consulting | w/ EC re: client concerns in advance of Settlement conference | | 0.5 | $ 450.00 | $       225.00 |
| Salwen | | | Consulting | w/ DH re settlement conference | | 0.1 | $ 450.00 | $        45.00 |
| Salwen | | | Correspondence | w/ DH and EC re: client concerns and settlement conference | | 0.2 | $ 450.00 | $        90.00 |
| Salwen | | | Correspondence | Draft group email update re: settlement conference.  Send to EC to translate. | | 0.3 | $ 450.00 | $       135.00 |
| Total for 06/27/21 | | | | | 3.2 | | $ 450.00 | |
| | Date: 06/28/21 | | | | | | $ 450.00 | |
| Salwen | | | Correspondence | emails w/ EC re: group email | | 0.1 | $ 450.00 | $        45.00 |
| Salwen | | | Court | Settlement conference b/f  J. Netburn | | 2.5 | $ 450.00 | $     1,125.00 |
| Salwen | | | Meeting | w/ cls to prepare for settlement conf. | | 0.3 | $ 450.00 | $       135.00 |
| Total for 06/28/21 | | | | | 2.9 | | $ 450.00 | |
| | Date: 06/29/21 | | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH | | 0.2 | $ 450.00 | $        90.00 |
| Total for 06/29/21 | | | | | 0.2 | | $ 450.00 | |
| | Date: 07/01/21 | | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH re: Judge's proposal and response | | 0.3 | $ 450.00 | $       135.00 |
| Total for 07/01/21 | | | | | 0.3 | | $ 450.00 | |
| | Date: 07/02/21 | | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH re: Judge's proposal and response | | 0.2 | $ 450.00 | $        90.00 |
| Total for 07/02/21 | | | | | 0.2 | | $ 450.00 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Date: 07/04/21 | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH re: next steps, class motion, communicating w/ cls | | 1.2 | $ 450.00 | $    540.00 |
| Total for 07/04/21 | | | | | 1.2 | | $ 450.00 | |
| | | Date: 07/06/21 | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH re: next steps, class motion, communicating w/ cls | | 0.3 | $ 450.00 | $    135.00 |
| Total for 07/06/21 | | | | | 0.3 | | $ 450.00 | |
| | | Date: 07/08/21 | | | | | $ 450.00 | |
| Salwen | | | Meeting | on phone w/ DH, EC, A. Gil, and R. Hernandez | | 0.8 | $ 450.00 | $    360.00 |
| Total for 07/08/21 | | | | | 0.8 | | $ 450.00 | |
| | | Date: 07/12/21 | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH re: letter to court, class motion | | 0.7 | $ 450.00 | $    315.00 |
| Total for 07/12/21 | | | | | 0.7 | | $ 450.00 | |
| | | Date: 07/19/21 | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH | | 0.2 | $ 450.00 | $     90.00 |
| Total for 07/19/21 | | | | | 0.2 | | $ 450.00 | |
| | | Date: 08/02/21 | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH re: motion for class cert | | 0.3 | $ 450.00 | $    135.00 |
| Total for 08/02/21 | | | | | 0.3 | | $ 450.00 | |
| | | Date: 08/03/21 | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH re: class cert | | 0.4 | $ 450.00 | $    180.00 |
| Total for 08/03/21 | | | | | 0.4 | | $ 450.00 | |
| | | Date: 08/10/21 | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH re: class update and class notice | | 0.4 | $ 450.00 | $    180.00 |
| Salwen | | | Draft | update email to lead plaintiffs | | 0.2 | $ 450.00 | $     90.00 |
| Total for 08/10/21 | | | | | 0.6 | | $ 450.00 | |
| | | Date: 08/11/21 | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH | | 0.1 | $ 450.00 | $     45.00 |
| Total for 08/11/21 | | | | | 0.1 | | $ 450.00 | |
| | | Date: 08/17/21 | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ DH | | 0.2 | $ 450.00 | $     90.00 |
| Total for 08/17/21 | | | | | 0.2 | | $ 450.00 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Date: 08/18/21 | | | | | | $ 450.00 | |
| Salwen | | Consulting | | w/ DH re: class cert motion, notice to class | | 0.5 | $ 450.00 | $ 225.00 |
| Salwen | | Edit | | Notice to class | | 0.6 | $ 450.00 | $ 270.00 |
| Salwen | | Draft | | Memo of law for class cert | | 7.2 | $ 450.00 | $ 3,240.00 |
| Total for 08/18/21 | | | | | 8.3 | | $ 450.00 | |
| | Date: 08/19/21 | | | | | | $ 450.00 | |
| Salwen | | Draft | | Memo of law for class cert | | 12.3 | $ 450.00 | $ 5,535.00 |
| Salwen | | Consulting | | w/ DH re: class cert motion | | 0.6 | $ 450.00 | $ 270.00 |
| Salwen | | Consulting | | w/ DH re: brief | | 0.3 | $ 450.00 | $ 135.00 |
| Total for 08/19/21 | | | | | 13.2 | | $ 450.00 | |
| | Date: 08/20/21 | | | | | | $ 450.00 | |
| Salwen | | Consulting | | w/ DH | | 0.4 | $ 450.00 | $ 180.00 |
| Salwen | | Filing | | File corrected brief | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 08/20/21 | | | | | 0.6 | | $ 450.00 | |
| | Date: 09/10/21 | | | | | | $ 450.00 | |
| Salwen | | Consulting | | w/ DH re: Ds opposition to class cert and potential settlement | | 0.4 | $ 450.00 | $ 180.00 |
| Total for 09/10/21 | | | | | 0.4 | | $ 450.00 | |
| | Date: 09/26/21 | | | | | | $ 450.00 | |
| Salwen | | Meeting | | on phone w/ potential opt-in and EC re: facts of employment and joining case | | 0.6 | $ 450.00 | $ 270.00 |
| Total for 09/26/21 | | | | | 0.6 | | $ 450.00 | |
| | Date: 10/01/21 | | | | | | $ 450.00 | |
| Salwen | | Correspondence | | emails w/ EC and potential opt-in re: consent, filing w/ court. | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 10/01/21 | | | | | 0.2 | | $ 450.00 | |
| | Date: 10/04/21 | | | | | | $ 450.00 | |
| Salwen | | Consulting | | w/ DH re: next steps | | 0.3 | $ 450.00 | $ 135.00 |
| Salwen | | Filing | | File consent to join | | 0.1 | $ 450.00 | $ 45.00 |
| Total for 10/04/21 | | | | | 0.4 | | $ 450.00 | |
| | Date: 03/31/22 | | | | | | $ 450.00 | |
| Salwen | | Consulting | | w/ DH re: Order on Class/collective cert, amending complaint, communication w/ opposing counsel and clients | | 0.1 | $ 450.00 | $ 45.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total for 03/31/22 | | | | 0.1 | | $ 450.00 | |
| | Date: 04/01/22 | | | | | $ 450.00 | |
| Salwen | | Consulting | w/ DH re: Order on Class/collective cert, amending complaint, communication w/ opposing counsel and clients | 0.7 | | $ 450.00 | $ 315.00 |
| Total for 04/01/22 | | | | 0.7 | | $ 450.00 | |
| | Date: 04/03/22 | | | | | $ 450.00 | |
| Salwen | | Meeting | w/ R. Hernandez, A. Gil, EC, DH re: Decision and order on class and collective motion and amending complaint | 0.9 | | $ 450.00 | $ 405.00 |
| Salwen | | Prepare | Prepare for meeting w/ clients | 0.3 | | $ 450.00 | $ 135.00 |
| Salwen | | Draft | email to collective re: Decision and order on class and collective motion and amending complaint | 0.3 | | $ 450.00 | $ 135.00 |
| Salwen | | Correspondence | emails w/ EC re: meeting w/ clints and email to collective | 0.2 | | $ 450.00 | $ 90.00 |
| Salwen | | Correspondence | email collective | 0.2 | | $ 450.00 | $ 90.00 |
| Total for 04/03/22 | | | | 1.9 | | $ 450.00 | |
| | Date: 04/04/22 | | | | | $ 450.00 | |
| Salwen | | Consulting | w/ DH | 0.1 | | $ 450.00 | $ 45.00 |
| Total for 04/04/22 | | | | 0.1 | | $ 450.00 | |
| | Date: 04/06/22 | | | | | $ 450.00 | |
| Salwen | | Consulting | w/ DH | 0.2 | | $ 450.00 | $ 90.00 |
| Salwen | | Phone Call | w/ Alejandro Javier re: intake info | 0.2 | | $ 450.00 | $ 90.00 |
| Total for 04/06/22 | | | | 0.4 | | $ 450.00 | |
| | Date: 04/07/22 | | | | | $ 450.00 | |
| Salwen | | Phone Call | w/ Alejandro Javier re: intake info | 0.2 | | $ 450.00 | $ 90.00 |
| Salwen | | Correspondence | texts w/ Alejandro Javier re: intake | 0.2 | | $ 450.00 | $ 90.00 |
| Total for 04/07/22 | | | | 0.4 | | $ 450.00 | |
| | Date: 04/08/22 | | | | | $ 450.00 | |
| Salwen | | Phone Call | and email w/ Alejandro Javier re: consent to join | 0.2 | | $ 450.00 | $ 90.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Salwen | | | Correspondence | w/ Hector Miranda re: Alejandro Javier info | | 0.1 | $ 450.00 | $ 45.00 |
| Total for 04/08/22 | | | | | 0.3 | | $ 450.00 | |
| | | Date: 04/10/22 | | | | | $ 450.00 | |
| Salwen | | | Meeting | on phone w/ EC and  Bayron Gil and M. Feliz re: intake, info for complaint | | 0.9 | $ 450.00 | $ 405.00 |
| Salwen | | | Filing | Review, finalize and file 4 consents to join | | 0.3 | $ 450.00 | $ 135.00 |
| Salwen | | | Correspondence | emails to clients re: joining case | | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | Correspondence | emails w/ EC re: new opt-ins / client's info | | 0.4 | $ 450.00 | $ 180.00 |
| Salwen | | | Phone Call | w/ EC re: new clients | | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | Consulting | w/ DH re: amended complaint | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 04/10/22 | | | | | 2.2 | | $ 450.00 | |
| | | Date: 04/11/22 | | | | | $ 450.00 | |
| Salwen | | | Consulting | w/ EC re: communication w/ clients | | 0.5 | $ 450.00 | $ 225.00 |
| Salwen | | | Review | Declarations and Depo transcripts for info for complaint | | 0.7 | $ 450.00 | $ 315.00 |
| Salwen | | | Draft | Second Amended Complaint | | 4.4 | $ 450.00 | $ 1,980.00 |
| Salwen | | | Correspondence | Email opposing counsel re: amended complaint | | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | Correspondence | many emails to/from EC re: new opt-ins/ client info | | 0.7 | $ 450.00 | $ 315.00 |
| Salwen | | | Consulting | w/ DH re: amended complaint | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 04/11/22 | | | | | 6.7 | | $ 450.00 | |
| | | Date: 04/12/22 | | | | | $ 450.00 | |
| Salwen | | | Mailings-Draft | Draft email to verify w/ clients | | 0.6 | $ 450.00 | $ 270.00 |
| Salwen | | | Draft | Second Amended Complaint | | 4.3 | $ 450.00 | $ 1,935.00 |
| Salwen | | | Correspondence | Send 12 emails to EC requesting info from clients and review her responses | | 1.3 | $ 450.00 | $ 585.00 |
| Salwen | | | Phone Call | Follow-up phone calls w/ EC re: client info, consents. | | 0.2 | $ 450.00 | $ 90.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Salwen | | | | Correspondence | email clients re: consents to join | | 0.3 | $ 450.00 | $ 135.00 |
| Salwen | | | | Review | Each client's info in order to draft complaint | | 1.6 | $ 450.00 | $ 720.00 |
| Total for 04/12/22 | | | | | | 8.3 | | $ 450.00 | |
| | | Date: 04/14/22 | | | | | | $ 450.00 | |
| Salwen | | | | Consulting | w/ DH re: amended complaint, trial,  phone meeting w/ J. Ho | | 0.6 | $ 450.00 | $ 270.00 |
| Total for 04/14/22 | | | | | | 0.6 | | $ 450.00 | |
| | | Date: 04/18/22 | | | | | | $ 450.00 | |
| Salwen | | | | Draft | Second Amended Complaint | | 4.2 | $ 450.00 | $ 1,890.00 |
| Salwen | | | | Correspondence | w/ various clients and EC re: 2nd amended Complaint | | 0.6 | $ 450.00 | $ 270.00 |
| Total for 04/18/22 | | | | | | 4.8 | | $ 450.00 | |
| | | Date: 04/19/22 | | | | | | $ 450.00 | |
| Salwen | | | | Correspondence | w/ various clients and EC re: 2nd amended Complaint | | 0.3 | $ 450.00 | $ 135.00 |
| Total for 04/19/22 | | | | | | 0.3 | | $ 450.00 | |
| | | Date: 04/20/22 | | | | | | $ 450.00 | |
| Salwen | | | | Correspondence | w/ various clients and EC re: 2nd amended Complaint | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 04/20/22 | | | | | | 0.2 | | $ 450.00 | |
| | | Date: 04/25/22 | | | | | | $ 450.00 | |
| Salwen | | | | Consulting | w/ DH re: joint pre-trial order, amended complaint, prep for call w/ opposing counsel | | 1.4 | $ 450.00 | $ 630.00 |
| Salwen | | | | Meeting | on phone w/ opposing counsel re: pretrial order and amending complaint. | | 0.4 | $ 450.00 | $ 180.00 |
| Salwen | | | | Consulting | w/ DH re: meeting w/ opposing counsel, next steps. | | 0.3 | $ 450.00 | $ 135.00 |
| Total for 04/25/22 | | | | | | 2.1 | | $ 450.00 | |
| | | Date: 04/26/22 | | | | | | $ 450.00 | |
| Salwen | | | | Meeting | on phone w/ DH, LG, A. Gil, and R. Hernandez re: 2nd amended complaint. | | 0.5 | $ 450.00 | $ 225.00 |

| Salwen | | | Meeting | on phone w/ J. Ho and DS re: opt ins, pre trial order, etc. | | 0.6 | $ 450.00 | $ | 270.00 |
|--------|--|--|---------|----------------------------------------------------|--|-----|----------|----|--------|
| Salwen | | | Consulting | w/ DH re: pre trial order, opt-in plaintiffs | | 0.3 | $ 450.00 | $ | 135.00 |
| Total for 04/26/22 | | | | | 1.4 | | $ 450.00 | | |
| | | Date: 04/27/22 | | | | | $ 450.00 | | |
| Salwen | | | Consulting | w/ DH re: amended complaint, and letter to court | | 0.3 | $ 450.00 | $ | 135.00 |
| Total for 04/27/22 | | | | | 0.3 | | $ 450.00 | | |
| | | Date: 04/28/22 | | | | | $ 450.00 | | |
| Salwen | | | Consulting | w/ DH | | 0.3 | $ 450.00 | $ | 135.00 |
| Salwen | | | Draft | Revise 2nd amended comp. based on clients comments and Ds response | | 1.2 | $ 450.00 | $ | 540.00 |
| Total for 04/28/22 | | | | | 1.5 | | $ 450.00 | | |
| | | Date: 05/05/22 | | | | | $ 450.00 | | |
| Salwen | | | Consulting | w/ DH re: witnesses and trial testimony | | 1.5 | $ 450.00 | $ | 675.00 |
| Salwen | | | Consulting | w/ DH re: plaintiffs | | 0.5 | $ 450.00 | $ | 225.00 |
| Total for 05/05/22 | | | | | 2 | | $ 450.00 | | |
| | | Date: 05/08/22 | | | | | $ 450.00 | | |
| Salwen | | | Consulting | w/ DH | | 0.2 | $ 450.00 | $ | 90.00 |
| Total for 05/08/22 | | | | | 0.2 | | $ 450.00 | | |
| | | Date: 05/17/22 | | | | | $ 450.00 | | |
| Salwen | | | Court | | | 0.8 | $ 450.00 | $ | 360.00 |
| Salwen | | | Prepare | Review file to prepare for court appearance | | 0.5 | $ 450.00 | $ | 225.00 |
| Salwen | | | Travel | to from court | | 0.7 | $ 225.00 | $ | 157.50 |
| Salwen | | | Consulting | w/ DH b/f court | | 0.3 | $ 450.00 | $ | 135.00 |
| Salwen | | | Consulting | w/ DH after court | | 0.5 | $ 450.00 | $ | 225.00 |
| Salwen | | | Meeting | w/ opposing counsel after court | | 0.2 | $ 450.00 | $ | 90.00 |
| Total for 05/17/22 | | | | | 3 | | $ 450.00 | | |
| | | Date: 05/19/22 | | | | | $ 450.00 | | |
| Salwen | | | Consulting | w/ DH re settling case | | 0.2 | $ 450.00 | $ | 90.00 |
| Salwen | | | Consulting | w/ DH re: Ds email re: settlement | | 0.2 | $ 450.00 | $ | 90.00 |
| Salwen | | | Correspondence | emails w/ opposing counsel re: settlement | | 0.1 | $ 450.00 | $ | 45.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Total for 05/19/22 | | | | | 0.5 | | $ 450.00 | | |
| | | Date: 05/20/22 | | | | | $ 450.00 | | |
| Salwen | | | | Meeting | on phone w/ opposing counsel re: mediation | 0.4 | $ 450.00 | $ | 180.00 |
| Salwen | | | | Consulting | w/ DH after meeting w/ opposing counsel re: mediation | 0.5 | $ 450.00 | $ | 225.00 |
| Salwen | | | | Consulting | w/ DH to prepare for meeting w/ opposing counsel | 0.3 | $ 450.00 | $ | 135.00 |
| Salwen | | | | Consulting | w/ DH b/f meeting w/ opposing counsel | 0.3 | $ 450.00 | $ | 135.00 |
| Salwen | | | | Meeting | w/ opposing counsel and DH | 0.4 | $ 450.00 | $ | 180.00 |
| Salwen | | | | Consulting | w/ DH after meeting w/ opposing counsel | 0.5 | $ 450.00 | $ | 225.00 |
| Total for 05/20/22 | | | | | 2.4 | | $ 450.00 | | |
| | | Date: 05/23/22 | | | | | $ 450.00 | | |
| Salwen | | | | Meeting | on phone w/ DH and opposing counsel | 0.3 | $ 450.00 | $ | 135.00 |
| Salwen | | | | Consulting | w/ DH re: meeting w/ opposing counsel, mediation | 0.4 | $ 450.00 | $ | 180.00 |
| Total for 05/23/22 | | | | | 0.7 | | $ 450.00 | | |
| | | Date: 06/01/22 | | | | | $ 450.00 | | |
| Salwen | | | | Meeting | w/ A. Gil, R. Hernandez, EC and DH re: mediation | 0.4 | $ 450.00 | $ | 180.00 |
| Salwen | | | | Consulting | w/ DH | 0.1 | $ 450.00 | $ | 45.00 |
| Total for 06/01/22 | | | | | 0.5 | | $ 450.00 | | |
| | | Date: 06/03/22 | | | | | $ 450.00 | | |
| Salwen | | | | Meeting | w/ DH and J. Ho re: mediation | 0.3 | $ 450.00 | $ | 135.00 |
| Total for 06/03/22 | | | | | 0.3 | | $ 450.00 | | |
| | | Date: 06/23/22 | | | | | $ 450.00 | | |
| Salwen | | | | Consulting | w/ DH | 0.2 | $ 450.00 | $ | 90.00 |
| Salwen | | | | Consulting | w/ DH | 0.2 | $ 450.00 | $ | 90.00 |
| Total for 06/23/22 | | | | | 0.4 | | $ 450.00 | | |
| | | Date: 07/07/22 | | | | | $ 450.00 | | |
| Salwen | | | | Correspondence | emails with EC | 0.1 | $ 450.00 | $ | 45.00 |
| Total for 07/07/22 | | | | | 0.1 | | $ 450.00 | | |
| | | Date: 07/08/22 | | | | | $ 450.00 | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Salwen | | | Correspondence | emails with EC | | 0.1 | $ 450.00 | $ | 45.00 |
| Total for 07/08/22 | | | | | 0.1 | | $ 450.00 | | |
| | Date: 07/10/22 | | | | | | $ 450.00 | | |
| Salwen | | | Consulting | w/ DH | | 0.1 | $ 450.00 | $ | 45.00 |
| Total for 07/10/22 | | | | | 0.1 | | $ 450.00 | | |
| | Date: 08/16/22 | | | | | | $ 450.00 | | |
| Salwen | | | Consulting | w/ DH | | 0.1 | $ 450.00 | $ | 45.00 |
| Total for 08/16/22 | | | | | 0.1 | | $ 450.00 | | |
| | Date: 08/30/22 | | | | | | $ 450.00 | | |
| Salwen | | | Consulting | w/ DH | | 0.2 | $ 450.00 | $ | 90.00 |
| Total for 08/30/22 | | | | | 0.2 | | $ 450.00 | | |
| | Date: 09/05/22 | | | | | | $ 450.00 | | |
| Salwen | | | Consulting | w/ DH re: mediation | | 0.4 | $ 450.00 | $ | 180.00 |
| Total for 09/05/22 | | | | | 0.4 | | $ 450.00 | | |
| | Date: 09/06/22 | | | | | | $ 450.00 | | |
| Salwen | | | Meeting | on phone w/ mediator, opposing counsel, and DH | | 0.5 | $ 450.00 | $ | 225.00 |
| Salwen | | | Consulting | w/ DH before and after call w/ mediator and opposing counsel | | 0.7 | $ 450.00 | $ | 315.00 |
| Salwen | | | Phone Call | w/ DH and J. Ho re: mediation | | 0.3 | $ 450.00 | $ | 135.00 |
| Total for 09/06/22 | | | | | 1.5 | | $ 450.00 | | |
| | Date: 09/09/22 | | | | | | $ 450.00 | | |
| Salwen | | | Draft | update email to all clients re: mediation | | 0.3 | $ 450.00 | $ | 135.00 |
| Salwen | | | Consulting | w/ DH re: prep w/ cls for mediation | | 0.2 | $ 450.00 | $ | 90.00 |
| Salwen | | | Correspondence | emails to from P. Palmerre: mediation facilities | | 0.2 | $ 450.00 | $ | 90.00 |
| Salwen | | | Correspondence | emails JAMs re: mediation attendees | | 0.2 | $ 450.00 | $ | 90.00 |
| Salwen | | | Review | review and sign mediation agreement and finalize for forwarding to JAMs | | 0.2 | $ 450.00 | $ | 90.00 |
| Salwen | | | Consulting | w/ DH re: mediation | | 0.2 | $ 450.00 | $ | 90.00 |
| Salwen | | | Correspondence | texts w/ H. Miranda | | 0.2 | $ 450.00 | $ | 90.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Salwen | | | | Correspondence | email H. Miranda, A. Gill, R. Hernandez re: pre mediation meeting | | 0.1 | $ 450.00 | $ 45.00 |
| Total for 09/09/22 | | | | | | 1.6 | | $ 450.00 | |
| | | Date: 09/11/22 | | | | | | $ 450.00 | |
| Salwen | | | | Review | and edit translation of update email to all 42 clients | | 0.3 | $ 450.00 | $ 135.00 |
| Salwen | | | | Correspondence | review and update emails of all 42 clients and send update email | | 0.2 | $ 450.00 | $ 90.00 |
| Salwen | | | | Consulting | w/ DH re:  re: mediation, damages, liability, case strategy | | 1 | $ 450.00 | $ 450.00 |
| Salwen | | | | Research | internet research and review articles on Pizzarotti's finances and litigation for mediation | | 0.3 | $ 450.00 | $ 135.00 |
| Salwen | | | | Review | attorneys fees in w&H cases for mediation | | 0.5 | $ 450.00 | $ 225.00 |
| Total for 09/11/22 | | | | | | 2.3 | | $ 450.00 | |
| | | Date: 09/12/22 | | | | | | $ 450.00 | |
| Salwen | | | | Consulting | w/ DH re: updating cl. | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 09/12/22 | | | | | | 0.2 | | $ 450.00 | |
| | | Date: 09/13/22 | | | | | | $ 450.00 | |
| Salwen | | | | Meeting | w/ DH, R. Hernandez, A. Gil, and LG re mediation and full cl meeting on Thurs. Sept 15. | | 1.2 | $ 450.00 | $ 540.00 |
| Salwen | | | | Consulting | w/ DH re: damages and meeting w/ A. Gil and R. Hernandez | | 0.4 | $ 450.00 | $ 180.00 |
| Salwen | | | | Damages | calculate and check damages for each individual. | | 4.1 | $ 450.00 | $ 1,845.00 |
| Salwen | | | | Consulting | w/ DH re follow-up on Zoom meeting w/ A. Gil and R. Hernandez | | 0.2 | $ 450.00 | $ 90.00 |
| Total for 09/13/22 | | | | | | 5.9 | | $ 450.00 | |
| | | Date: 09/14/22 | | | | | | $ 450.00 | |
| Salwen | | | | Consulting | w/ DH on damages, communications w/ cl and mediation statement | | 1.5 | $ 450.00 | $ 675.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Salwen | | | Correspondence | email opposing counsel w/ damages | | 0.2 | $ 450.00 | $ | 90.00 |
| Salwen | | | Correspondence | email all 42 cl w/ reminder of group Zoom | | 0.3 | $ 450.00 | $ | 135.00 |
| Salwen | | | Damages | Edit damages speadsheet to include potential future attorneys' fees and costs and finalize to send to Defendants' counsel | | 0.9 | $ 450.00 | $ | 405.00 |
| Salwen | | | Damages | Edit damages spreadsheet for pre mediation discussion w/ A. Gil and R. Hernandez | | 0.3 | $ 450.00 | $ | 135.00 |
| Salwen | | | Consulting | w/ DH re: mediation statement, communications w/ clients, damages, mediation | | 1 | $ 450.00 | $ | 450.00 |
| Salwen | | | Correspondence | email re: interpretation at mediation | | 0.1 | $ 450.00 | $ | 45.00 |
| Salwen | | | Correspondence | emails w/ A. Gil and R. Hernandez re: damages | | 0.3 | $ 450.00 | $ | 135.00 |
| Total for 09/14/22 | | | | | 4.6 | | $ 450.00 | | |
| | Date: 09/19/22 | | | | | | $ 450.00 | | |
| Salwen | | | Mediation | at JAMs | | 8.1 | $ 450.00 | $ | 3,645.00 |
| Salwen | | | Meeting | w/ A. Gil and R. Hernandez to prepare for mediation | | 1 | $ 450.00 | $ | 450.00 |
| Total for 09/19/22 | | | | | 9.1 | | $ 450.00 | | |
| | Date: 09/20/22 | | | | | | $ 450.00 | | |
| Salwen | | | Mediation | at JAMs | | 9.5 | $ 450.00 | $ | 4,275.00 |
| Total for 09/20/22 | | | | | 9.5 | | $ 450.00 | | |
| | Date: 09/21/22 | | | | | | $ 450.00 | | |
| Salwen | | | Consulting | w/ DH | | 0.2 | $ 450.00 | $ | 90.00 |
| Total for 09/21/22 | | | | | 0.2 | | $ 450.00 | | |
| | Date: 09/22/22 | | | | | | $ 450.00 | | |
| Salwen | | | Consulting | w/ DH re: client updating | | 0.3 | $ 450.00 | $ | 135.00 |
| Total for 09/22/22 | | | | | 0.3 | | $ 450.00 | | |
| | Date: 09/28/22 | | | | | | $ 450.00 | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Salwen | | | | Edit | Review info on each of the 42 clients to make sure that the break down of settlement funds is fair and accurate | | 2.7 | $ 450.00 | $ | 1,215.00 |
| Salwen | | | | Correspondence | email A. Gil, R. Hernandez, H. Miranda, LG and DH w/ edited settlement funds breakdown and invite to Zoom meeting | | 0.2 | $ 450.00 | $ | 90.00 |
| Salwen | | | | Consulting | w/ DH re: Agreement and settlement distribution | | 0.3 | $ 450.00 | $ | 135.00 |
| Salwen | | | | Meeting | w/ DH, A. Gil, R. Hegazy, H. Miranda, LG,  re: breakdown of settlement | | 1.4 | $ 450.00 | $ | 630.00 |
| Total for 09/28/22 | | | | | | 4.6 | | $ 450.00 | | |
| | | Date: 09/29/22 | | | | | | $ 450.00 | | |
| Salwen | | | | Settlement | Finalize settlement payment distribution | | 0.2 | $ 450.00 | $ | 90.00 |
| Salwen | | | | Correspondence | email DH, A. Gil, R. Hegazy, H. Miranda, LG with finalized payment distribution | | 0.1 | $ 450.00 | $ | 45.00 |
| Salwen | | | | Consulting | w/ DH re: settlement | | 0.3 | $ 450.00 | $ | 135.00 |
| Salwen | | | | Draft | review and revise draft Settlement Agreement | | 0.7 | $ 450.00 | $ | 315.00 |
| Total for 09/29/22 | | | | | | 1.3 | | $ 450.00 | | |
| | | Date: 09/30/22 | | | | | | $ 450.00 | | |
| Salwen | | | | Review | Final review of Settlement Agreement and email final draft to Ds | | 0.2 | $ 450.00 | $ | 90.00 |
| Salwen | | | | Draft | additional paragraph to add to settlement agreement | | 0.4 | $ 450.00 | $ | 180.00 |
| Salwen | | | | Correspondence | emails w/ DH and opposing counsel re: added paragraph to Agreement | | 0.1 | $ 450.00 | $ | 45.00 |
| Salwen | | | | Review | Order (ECF No. 179) , review consent to MJ and J. Ho's email re: same | | 0.2 | $ 450.00 | $ | 90.00 |
| Total for 09/30/22 | | | | | | 0.9 | | $ 450.00 | | |
| | | Date: 10/02/22 | | | | | | $ 450.00 | | |
| Salwen | | | | Consulting | w/ DH re: settlement, communications with clients | | 0.5 | $ 450.00 | $ | 225.00 |
| Total for 10/02/22 | | | | | | 0.5 | | $ 450.00 | | |
| | | Date: 10/09/22 | | | | | | $ 450.00 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Salwen | | | Consulting | w/ DH | | 0.2 | $ 450.00 | $ | 90.00 |
| Salwen | | | Correspondence | text LS re: client meeting | | 0.1 | $ 450.00 | $ | 45.00 |
| Salwen | | | Correspondence | email opposing counsel re: consent to MJ | | 0.2 | $ 450.00 | $ | 90.00 |
| Salwen | | | Other | fill in and sign consent to MJ | | 0.1 | $ 450.00 | $ | 45.00 |
| Total for 10/09/22 | | | | | 0.6 | | $ 450.00 | |
| | | Date: 10/12/22 | | | | | $ 450.00 | |
| Salwen | | | Meeting | Zoom w/ LS, clients A. Gil, and H. Miranda | | 0.7 | $ 450.00 | $ | 315.00 |
| Total for 10/12/22 | | | | | 0.7 | | | |
| **Total for JULIE SALWEN** | | | | | **314.2** | | | **$ 141,075.00** |
| | | | | | | | | |
| **LAW CLERK/PARALEGAL** | | | | | | | | |
| | | Date: 03/27/19 | | | | | | |
| Clerk | | | Filing | creation of file, scanning, | | 0.4 | $ 125.00 | $ | 50.00 |
| Total for 03/27/19 | | | | | 0.4 | | | |
| | | Date: 04/04/19 | | | | | | |
| Clerk | | | Research | research on def open cases/complaints | | 0.5 | $ 125.00 | $ | 62.50 |
| Clerk | | | Research | | | 0.5 | $ 125.00 | $ | 62.50 |
| Clerk | | | Review | Index | | 0.2 | $ 125.00 | $ | 25.00 |
| Total for 04/04/19 | | | | | 1.2 | | | |
| | | Date: 04/05/19 | | | | | | |
| Clerk | | | Research | research on def | | 0.5 | $ 125.00 | $ | 62.50 |
| Clerk | | | Correspondence | email Lillian S re: research on Def. | | 0.2 | $ 125.00 | $ | 25.00 |
| Total for 04/05/19 | | | | | 0.7 | | | |
| | | Date: 09/11/19 | | | | | | |
| Clerk | | | Spanish Translation | Lillan Sanchez meeting and translation for Andy Gil. | | 1 | $ 125.00 | $ | 125.00 |
| Total for 09/11/19 | | | | | 1 | | | |
| | | Date: 09/13/19 | | | | | | |
| Clerk | | | Spanish Translation | Lillan Sanchez meeting with Pizzarotti Group that lasted 2 hours. | | 2 | $ 125.00 | $ | 250.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total for 09/13/19 | | | | | 2 | | |
| | Date: 09/17/19 | | | | | | |
| Clerk | | | Spanish Translation | Lillan Sanchez calls and confirmation of details with clients from Pizzarotti matter lasting 1 hour. | | 1 | $ 125.00 | $ 125.00 |
| Total for 09/17/19 | | | | | 1 | | |
| | Date: 09/19/19 | | | | | | |
| Clerk | | | Spanish Translation | Lillan Sanchez meeting with Pizzarotti clients from 8:00-9:30 pm (provided translation while meeting with David Harrison) | | 2.5 | $ 125.00 | $ 312.50 |
| Clerk | | | Document Production | Scanning and organization of new client information. | | 0.2 | $ 125.00 | $ 25.00 |
| Total for 09/19/19 | | | | | 2.7 | | |
| | Date: 09/23/19 | | | | | | |
| Clerk | | | Spanish Translation | Lillan Sanchez second meeting with Pizzarotti clients for 1.5 hours. | | 1.5 | $ 125.00 | $ 187.50 |
| Total for 09/23/19 | | | | | 1.5 | | |
| | Date: 09/25/19 | | | | | | |
| Clerk | | | Spanish Translation | Lillan Sanchez translation for meeting with Pizzarotti clients 6:30-9:30pm. | | 3 | $ 125.00 | $ 375.00 |
| Total for 09/25/19 | | | | | 3 | | |
| | Date: 09/27/19 | | | | | | |
| Clerk | | | Filing | Filing Consent documents for additional Class Members. | | 0.25 | $ 125.00 | $ 31.25 |
| Total for 09/27/19 | | | | | 0.25 | | |
| | Date: 10/13/19 | | | | | | |
| Clerk | | | Deposition Prep | met w/ JS & CLs to prep for deposition (E.Chan) | | 6 | $ 125.00 | $ 750.00 |
| Total for 10/13/19 | | | | | 6 | | |
| | Date: 10/20/19 | | | | | | |
| Clerk | | | Deposition Prep | met w/ JS & CLs to prep for deposition (E.Chan) | | 6 | $ 125.00 | $ 750.00 |
| Total for 10/20/19 | | | | | 6 | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Date: 10/27/19 | | | | | | | |
| Clerk | | | | Spanish Translation | EC Phone calls to Andy Gil to arrange conference call with JS and CL. | | 0.75 | $ 125.00 | $ 93.75 |
| Total for 10/27/19 | | | | | | 0.75 | | | |
| | | Date: 11/03/19 | | | | | | | |
| Clerk | | | | Meeting | translated at CL meeting (E.Chan) | | 0.8 | $ 125.00 | $ 100.00 |
| Total for 11/03/19 | | | | | | 0.8 | | | |
| | | Date: 11/10/19 | | | | | | | |
| Clerk | | | | Spanish Translation | EC Phone call to and from Andy Gil re case to arrange call with CL and JS. Various communications between EC and CL to arrange availability of CL and other plaintiff, Hector. Arranged meeting for deposition preparation. | | 1.5 | $ 125.00 | $ 187.50 |
| Total for 11/10/19 | | | | | | 1.5 | | | |
| | | Date: 12/08/19 | | | | | | | |
| Clerk | | | | Spanish Translation | EC Communication wtih CL re Whatsapp message recovery and rescheduling of 12/10 meeting with CL and JS. | | 1.5 | $ 125.00 | $ 187.50 |
| Total for 12/08/19 | | | | | | 1.5 | | | |
| | | Date: 01/04/20 | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Clerk | | | | | Spanish Translation | EC Conducted telephone intake from client JIMMY SAGBAY, transcribed information and sent to attorney David Harrison with copies of his documents from his phone and ID card. Meet with Julie and new PIZZAROTTI client JIMMY SAGBAY at 12:00pm at 90 Broad Street, NY, NY to obtain information re hours and time worked, legitimacy of his case and obtained signature for Attorney Retainer Agreement, in the matter of ANDY GIL, and RAFAEL HERNANDEZ vs. PIZZAROTTI, LLC., ATLANTIC CONTRACTING OF YONKERS, INC., ET AL. Telephone calls to and from client ANDY GILL; Meeting with client scheduled for 3:00pm with attorney Julie Salwen; client was a no show due to loss of family member; communicated with client from office and rescheduled for Tuesday, January 7, 2020 at 6:00pm. | | 3 | $ 125.00 | $ 375.00 |
| Total for 01/04/20 | | | | | | | 3 | | | |
| | | Date: 01/07/20 | | | | | | | | |
| Clerk | | | | | Spanish Translation | EC Conference call at 6:00pm with ANDY GILL and attorney, Julie Salwen to discuss information about the client and potential deposition questions in the matter of ANDY GIL, and RAFAEL HERNANDEZ vs. PIZZAROTTI, LLC., et al. | | 1 | $ 125.00 | $ 125.00 |
| Total for 01/07/20 | | | | | | | 1 | | | |
| | | Date: 01/08/20 | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Clerk | | | | | Spanish Translation | EC Telephone calls to and from client CÉSAR COLCHAO to schedule meeting; telephone conference with client and attorney, Julie Salwen at 1:00 pm from 90 Broad Street, NY, NY; discussed his absence from meeting and rescheduled for Wednesday January 8, 2020 at 5:30pm at attorneys' offices at 90 Broad Street, NY, NY to prepare for deposition. Meet with client CÉSAR COLCHAO and attorney, Julie Salwen at 5:30pm on 1/8/20 at attorneys' offices at 90 Broad Street, NY, NY to prepare for deposition in the matter of ANDY GIL, and RAFAEL HERNANDEZ vs. PIZZAROTTI, LLC., et al. | | 1 | $ 125.00 | $        125.00 |
| Clerk | | | | | Spanish Translation | EC Telephone calls to and from client MARCOS MORALES to discuss case and schedule appointment with attorney to prepare for deposition. Meet with client MARCOS MORALES on 1/8/20 at 5:30 pm to conduct new client intake and obtain info re his hours/time worked, legitimacy of his case; obtained signature for Retainer Agreement, sent attorney David Harrison signature, notes from intake and copy of ID card. | | 1 | $ 125.00 | $        125.00 |
| Total for 01/08/20 | | | | | | | 2 | | | |
| | | Date: 01/13/20 | | | | | | | | |
| Clerk | | | | | Spanish Translation | Translated 66 pages from Spanish to English of discovery /communications/texts between clients/parties in this case. | | 2 | $ 125.00 | $        250.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Clerk | | | | Spanish Translation | EC New client intake communications with client NAOMI CORDERO; emailed notes to Julie; scheduled in person meeting at 12:00 pm to obtain info re hours/time worked, legitimacy of case; client was a no-show. | | 0.5 | $ 125.00 | $ | 62.50 |
| Total for 01/13/20 | | | | | | 2.5 | | | | |
| | | Date: 01/16/20 | | | | | | | | |
| Clerk | | | | Spanish Translation | EC Telephone calls to and from client HECTOR MIRANDA re case and schedule meeting; meet with client and attorney Julie Salwen at 3:30PM to prepare for deposition on 1/29/20. | | 2.5 | $ 125.00 | $ | 312.50 |
| Total for 01/16/20 | | | | | | 2.5 | | | | |
| | | Date: 01/21/20 | | | | | | | | |
| Clerk | | | | Spanish Translation | EC Telephone calls to and from client MANUEL SIMONE and client contact Eduardo Abreau to schedule appointments with attorney Julie Salwen to prepare for 1/29/20 deposition; client has been a no show; rescheduled meeting and deposition. | | 1 | $ 125.00 | $ | 125.00 |
| Clerk | | | | Spanish Translation | EC Telephone calls to and from client RAFAEL HERNANDEZ to schedule and reschedule appointments; Meeting with client on 1/27/20 and attorney Julie Salwen at 9:15 am to prepare for deposition on 1/29/20. | | 2.5 | $ 125.00 | $ | 312.50 |
| Total for 01/21/20 | | | | | | 3.5 | | | | |
| | | Date: 02/06/20 | | | | | | | | |
| Clerk | | | | Spanish Translation | Edilma Chan intake Gregorio Rojas | | 0.5 | $ 125.00 | $ | 62.50 |
| Total for 02/06/20 | | | | | | 0.5 | | | | |
| | | Date: 02/11/20 | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Clerk | | | | Spanish Translation | Meeting with Edilma Chan and JS re: Hector Miranda | | 1.5 | $ 125.00 | $ 187.50 |
| Total for 02/11/20 | | | | | | 1.5 | | | |
| | | Date: 02/21/20 | | | | | | | |
| Clerk | | | | Spanish Translation | Edilma Chan  meeting with JS and Hector Miranda. | | 0.5 | $ 125.00 | $ 62.50 |
| Total for 02/21/20 | | | | | | 0.5 | | | |
| | | Date: 07/12/20 | | | | | | | |
| Clerk | | | | Phone Call | Edilma Chan correspondence with Rafael Hernandez and Andy Gil | | 0.4 | $ 125.00 | $ 50.00 |
| Total for 07/12/20 | | | | | | 0.4 | | | |
| | | Date: 07/26/20 | | | | | | | |
| Clerk | | | | Correspondence | Edilma Chan contact Plaintiffs to arrange telephone conference with JS on status update. | | 0.3 | $ 125.00 | $ 37.50 |
| Total for 07/26/20 | | | | | | 0.3 | | | |
| | | Date: 07/27/20 | | | | | | | |
| Clerk | | | | Phone Call | Edilma Chan JS telephone conference with plaintiffs on status update/declarations. | | 2.13 | $ 125.00 | $ 266.25 |
| Total for 07/27/20 | | | | | | 2.13 | | | |
| | | Date: 07/28/20 | | | | | | | |
| Clerk | | | | Phone Call | Edilma Chan JS telephone conference with Plaintiffs on status update and declarations. | | 1.5 | $ 125.00 | $ 187.50 |
| Clerk | | | | Phone Call | Phone call with prior Opt-In Erick Martinez regarding the status of his Consent form. | | 0.4 | $ 125.00 | $ 50.00 |
| Total for 07/28/20 | | | | | | 1.9 | | | |
| | | Date: 07/29/20 | | | | | | | |
| Clerk | | | | Phone Call | Phone call with Aris Rodrigez regarding Opt-In Status | | 0.1 | $ 125.00 | $ 12.50 |
| Clerk | | | | Phone Call | Call with Opt-In Daniel Vidal to clarify the status of his FLSA consent form. | | 0.2 | $ 125.00 | $ 25.00 |
| Total for 07/29/20 | | | | | | 0.3 | | | |
| | | Date: 08/26/20 | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Clerk | | | | Phone Call | Edilma Chan phone conference with Hector Miranda. | | 1.75 | $ 125.00 | $ 218.75 |
| Total for 08/26/20 | | | | | | 1.75 | | | |
| | | Date: 09/22/20 | | | | | | | |
| Clerk | | | | Meeting | Edilma Chan meeting with Pizzarotti plaintiffs | | 3 | $ 125.00 | $ 375.00 |
| Total for 09/22/20 | | | | | | 3 | | | |
| | | Date: 09/23/20 | | | | | | | |
| Clerk | | | | Phone Call | Edilma Chan correspondence with Pizzarotti plaintiff Hector Miranda and David Gonzalez | | 0.5 | $ 125.00 | $ 62.50 |
| Total for 09/23/20 | | | | | | 0.5 | | | |
| | | Date: 10/05/20 | | | | | | | |
| Clerk | | | | Meeting | Conf. DH new opt-in meeting notes Pizzarotti matter | | 0.1 | $ 125.00 | $ 12.50 |
| Total for 10/05/20 | | | | | | 0.1 | | | |
| | | Date: 04/08/21 | | | | | | | |
| Clerk | | | | Document Production | Drafted overtime damages spreadsheet (42 clients) | | 3.1 | $ 125.00 | $ 387.50 |
| Clerk | | | | Review | Entered New Class Members Time sheet hours. | | 3.6 | $ 125.00 | $ 450.00 |
| Total for 04/08/21 | | | | | | 6.7 | | | |
| **Total for LAW CLERK/PARALEGAL** | | | | | | **64.38** | | | **$ 8,047.50** |
| | | | | | | | | | |
| **GRAND TOTAL** | | | | | | **663.33** | | **$** | **288,172.50** |