UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANDY GIL, et al.,

                                             **Plaintiffs,**                    **19-CV-3497 (MKV)(SN)**

           -against-                                         **ORDER**

PIZZAROTTI, LLC, et al.,

                                             **Defendants.**
-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On November 23, 2022, the Court ordered the Pizzarotti Defendants, as Cross Claimants, to file a Proposed Findings of Fact and Conclusions of Law by December 23, 2022. ECF No. 191. As Cross Claimants have made no such filing, they are ordered to submit a Proposed Findings of Fact and Conclusions of Law by February 1, 2023. Cross Defendants shall file a response, if any, no later than 30 days after service. If the Pizzarotti Defendants/Cross Claimants fail to file their application for default damages, their claims may be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

                                                                          SARAH NETBURN
                                                                          United States Magistrate Judge

DATED:      January 30, 2023
                 New York, New York