```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANDY GIL, et al.,

                              **Plaintiffs,**

         -against-

PIZZAROTTI, LLC, et al.,

                              **Defendants.**

-------------------------------------------------------------X

19-CV-03497 (MKV)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On January 31, 2023, Defendants Pizzarotti, LLC, Ignazio Campoccia, and Giacomo Di'nola (the "Pizzarotti Defendants/Cross-Plaintiffs") served all documents concerning the motion for default judgment on Defendants Atlantic Contracting of Yonkers, Inc., and Joel Acevedo (the "Atlantic Defendants"). ECF No. 194 at 18. Pursuant to the Court's order (ECF No. 192), the Atlantic Defendants' response to the Pizzarotti Defendants' motion was due on March 2, 2023. Because the Atlantic Defendants have failed to respond, the Court deems the matter fully briefed. The Court will address the matter in due course.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:     April 14, 2023
                New York, New York