**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ANDY GIL and RAFAEL HERNANDEZ, on behalf of themselves and all others similarly situated,

                    Plaintiffs,                    19 **CIVIL** 3497 (MKV)(SN)

       -against-                          **<u>JUDGMENT</u>**

PIZZAROTTI, LLC, ATLANTIC CONTRACTING OF YONKERS, INC., JOEL ACEVEDO, IGNAZIO CAMPOCCIA, GIACOMO DI'NOLA a/k/a GIACOMO DI NOLA, JOHN DOE CORPORATIONS 1-10, and RICHARD ROES 1-10,

                    Defendants.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 18, 2023, the Court adopts the Report & Recommendation in full. Default judgment is entered against the Atlantic Defendants, as Cross-Defendants, awarding the Pizzarotti Defendants, as Cross-Claimants, $460,000.00 in damages.

**Dated:** New York, New York
          September 19, 2023

                                            **RUBY J. KRAJICK**
                                                **Clerk of Court**

                    **BY:**

                                                **Deputy Clerk**